

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 AUG 28 PM 4: 13

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __ 0 6 - 5 3 0 _____

# ACKNOWLEDGMENT
# OF  RECEIPT  FOR AO FORM  85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF _____ COPIES OF AO FORM 85.

8-28-06
_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Luke Noel
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action