IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | 06-530 -SLR |

**STIPULATION AND ORDER EXTENDING TIME**

Plaintiffs, Ablaise Ltd. and General Inventions Institute A, Inc. and Defendant, Bank of America Corporation, by and through their undersigned counsel, and subject to approval of the Court, hereby stipulate and agree that the time for defendant to answer, move or otherwise respond to the Complaint be extended to and including Thursday, November 2, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| */s/ Thomas C. Grimm* <br> Thomas C. Grimm (#1098) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899-1347 <br> (302) 658-9200 | */s/ William J. Marsden, Jr.* <br> William J. Marsden, Jr. (#2247) <br> 919 Market Street, Suite 1100 <br> P.O. Box 1114 <br> Wilmington, DE 19899 <br> (302) 778-8401 |
| Attorney for Plaintiffs <br> Ablaise Ltd. and General Inventions Institute A, Inc. | Attorney for Defendant <br> Bank of America Corporation |

SO ORDERED this ____ day of September, 2006.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2006, I electronically filed with the Clerk of Court STIPULATION AND ORDER EXTENDING TIME using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200

I hereby certify that on September 18, 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733

　　　　　　　　　　　　　　　　　　　　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

80036954.doc