IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ABLAISE LTD. and GENERAL
INVENTIONS INSTITUTE A, INC.,

Plaintiff,

v.

BANK OF AMERICA CORPORATION,

Defendant.

06-530 -SLR

## STIPULATION AND ORDER EXTENDING TIME

Plaintiffs, Ablaise Ltd. and General Inventions Institute A, Inc. and Defendant,

Bank of America Corporation, by and through their undersigned counsel, and subject to

approval of the Court, hereby stipulate and agree that the time for defendant to answer,

move or otherwise respond to the First Amended Complaint be extended to and including

Thursday, November 16, 2006.

MORRIS, NICHOLS, ARSHT &
TUNNELL LLP

FISH & RICHARDSON P.C.

/s/ Thomas C. Grimm
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200

/s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)
919 Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899
(302) 778-8401

Attorney for Plaintiffs
Ablaise Ltd. and General Inventions
Institute A, Inc.

Attorney for Defendant
Bank of America Corporation

SO ORDERED this _____ day of November, 2006.

_____
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2006, I electronically filed with the Clerk of

Court STIPULATION AND ORDER EXTENDING TIME  using CM/ECF which will

send electronic notification of such filing(s) to the following Delaware counsel.  In

addition, the filing will also be sent via hand delivery:


Thomas C. Grimm (#1098)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200


I hereby certify that on November 2, 2006, I have mailed by United States Postal

Service, the document(s) to the following non-registered participants:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL  60602
(312) 236-0733


                                              */s/ William J. Marsden, Jr.*
                                              William J. Marsden, Jr.


AblaiseStip.doc