IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and General INVENTORS INSTITUTE A, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION,<br><br>    Defendant. | C.A. No. 06-530-SLR |

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF DEFENDANT BANK OF AMERICA CORPORATION'S MOTION TO STAY**

                                      **FISH & RICHARDSON P.C.**
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114
Telephone: (302) 652-5070
Facsimile:  (302) 652-0607

Nagendra Setty
Douglas Bridges
Fish & Richardson P.C.
1180 Peachtree St., NE, 21st. Fl.
Atlanta, GA 30309
Telephone:  (404) 892-5005
Facsimile:  (404) 892-5002

David M. Barkan
Craig R. Compton
Jonathan J. Lamberson
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
BANK OF AMERICA CORPORATION

Dated:  December 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and General INVENTORS INSTITUTE A, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA CORPORATION,<br><br>    Defendants. | C.A. No. 06-530-SLR |

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF DEFENDANT BANK OF AMERICA CORPORATION'S MOTION TO STAY**

I, William J. Marsden, Jr., declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel of record in this action for Defendant Bank of America Corporation ("Bank of America"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint for Declaratory Judgment of Non-Infringement filed on April 6, 2006, in Northern District of California *Financial Fusion, Inc. and Sybase, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* matter.

3. Attached hereto as Exhibit B is a true and correct copy of the Motion for Leave to file A Second Amended Complaint filed on November 2, 2006, in the Northern District of California in the *Financial Fusion, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* matter.

4. Attached hereto as Exhibit C is a true and correct copy of the Complaint for Declaratory Judgment of Non-Infringement, Invalidity and Unenforceability filed on November 21, 2006, in the Northern District of California in the *Yodlee, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* matter.

5. Attached hereto as Exhibit D is a true and correct copy of a February 6, 2006 letter to Bank of America from counsel for Ablaise Ltd. re US Patent No. 6,961,737.

6. Attached hereto as Exhibit E is a true and correct copy of LexisNexis CourtLink national docket search results for Ablaise litigations.

7. Attached hereto as Exhibit F is a true and correct copy of Defendants' Memorandum In Support Of Motion To Dismiss filed on July 26, 2006, in the Northern District of California in the *Financial Fusion, Inc. and Sybase, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* matter.

8. Attached hereto as Exhibit G is a true and correct copy of the Memorandum In Support Of Plaintiffs' Opposition To Defendants' Motion To Dismiss filed on August 22, 2006, in the Northern District of California in the *Financial Fusion, Inc. and Sybase, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* matter.

9. Attached hereto as Exhibit H is a true and correct copy of the Order Denying Motion To Dismiss; Tentatively Granting Motion To Dismiss Sybase As An Improper Party; And Referring Case For Early Judicial Settlement Conference filed on September 28, 2006, in the Northern District of California in the *Financial Fusion, Inc. and Sybase, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* matter.

10. Attached hereto as Exhibit I is a true and correct copy a July 26, 2006 letter to Bank of America from counsel for Ablaise Ltd. re technology covered by the '737 Patent.

11. Attached hereto as Exhibit J is a true and correct copy of a April 10, 2006 letter to Compass Bancshares, Inc. from counsel for Ablaise Ltd. re US Patent No. 6,961,737.

12. Attached hereto as Exhibit K is a true and correct copy of the Order Granting Leave to File a Second Amended Complaint; And Relating the *Financial Fusion, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* and *Yodlee, Inc. v.*

*Ablaise Ltd. and General Inventors Institute A, Inc.* matters, filed on December 15, 2006, in the Northern District of California in the *Financial Fusion, Inc. v. Ablaise Ltd. and General Inventors Institute A, Inc.* matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of December, 2006, at Wilmington, Delaware.

                                                */s/ William J. Marsden, Jr.*
                                                William J. Marsden, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2006, I electronically filed with the Clerk of Court **DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF DEFENDANT BANK OF AMERICA CORPORATION'S MOTION TO STAY** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

Thomas C. Grimm
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on this 22nd day of December 2006, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL  60602

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

80039746 (2).doc