# Exhibit E

LexisNexis CourtLink - Printer Friendly Result List

### Search Result List

| Court | Docket Number | Description | Participant | Filed | Date Retrieved | Active or Closed | Identification |
|---|---|---|---|---|---|---|---|
| U.S. District - Illinois Northern | 1:05cv5799 | Ablaise Ltd et al v. CDW Corporation | Ablaise Ltd | 10/07/2005 | 11/01/2006 | Closed | NOS : (830) Patent |
| U.S. District - District of Columbia | 1:06cv1014 | Dow Jones & Company, Inc v. Ablaise Ltd et al | Ablaise Ltd | 06/01/2006 | 11/01/2006 | Active | NOS : (830) Patent |
| U.S. District - District of Columbia | 1:06cv1015 | Dow Jones Reuters Business Interactive, LLC v. Ablaise Ltd Et A | Ablaise Ltd | 06/01/2006 | 10/22/2006 | Active | NOS : (830) Patent |
| U.S. District - Massachusetts | 1:06cv11592 | Ablaise Ltd et al v. Lycos, Inc et al | Ablaise Ltd | 09/05/2006 | 09/11/2006 | Active | NOS : (830) Patent |
| U.S. District - Illinois Northern | 1:06cv129 | Ablaise Ltd et al v. J&R Electronics Inc | Ablaise Ltd | 01/10/2006 | 11/01/2006 | Active | NOS : (830) Patent |
| U.S. District - Illinois Northern | 1:06cv2666 | Ablaise Ltd et al v. Lycos, Inc | Ablaise Ltd | 05/12/2006 | 11/01/2006 | Closed | NOS : (830) Patent |
| U.S. District - Illinois Northern | 1:06cv5074 | Ablaise Ltd et al v. Wegmans Food Market, Inc | Ablaise Ltd | 09/19/2006 | 11/30/2006 | Closed | NOS : (830) Patent |
| U.S. District - Delaware | 1:06cv530 | Ablaise Ltd et al v. Bank of America Corporation | Ablaise Ltd | 08/28/2006 | 11/30/2006 | Active | NOS : (830) Patent |
| U.S. District - California Northern | 3:05cv3581 | Ablaise Ltd et al v. E Trade Securities, LLC | Ablaise Ltd | 09/06/2005 | 11/01/2006 | Closed | NOS : (830) Patent |
| U.S. District - California Northern | 3:05cv471 | Ablaise, Ltd et al v. Salesforce.com (Delaware), Inc | Ablaise, Ltd | 02/01/2005 | 11/01/2006 | Closed | NOS : (830) Patent |
| U.S. District - California Northern | 3:06cv7222 | Yodlee, Inc v. Ablaise Ltd et al | Ablaise Ltd | 11/21/2006 | 11/24/2006 | Active | NOS : (830) Patent |
| U.S. District - | 5:05cv471 | Ablaise, Ltd et al v. | Ablaise, Ltd | 02/01/2005 | 05/19/2005 | Active | NOS : (830) Patent |

LexisNexis CourtLink - Printer Friendly Result List

| California Northern | | Salesforce.com (Delaware), Inc | | | | | |
|---|---|---|---|---|---|---|---|
| U.S. District - California Northern | 5:06cv2451 | Financial Fusion, Inc et al v. Ablaise Ltd et al | Ablaise Ltd | 04/06/2006 | 11/30/2006 | Active | NOS : (890) Other Statutory Actions |
| U.S. District - California Northern | 5:06cv2936 | Investools, Inc et al v. Ablaise, Ltd et al | Ablaise, Ltd | 05/01/2006 | 11/29/2006 | Closed | NOS : (890) Other Statutory Actions |
| U.S. District - North Carolina Western | 5:06cv52 | Lowe's Home Centers, Inc v. Ablaise Ltd et al | Ablaise Ltd | 04/18/2006 | 11/30/2006 | Closed | NOS : (830) Patent |
| U.S. District - California Northern | 5:06cv7222 | Yodlee, Inc v. Ablaise Ltd et al | Ablaise Ltd | 11/21/2006 | 11/30/2006 | Active | NOS : (830) Patent |

Total number of results: 16