# Exhibit I

## NIRO, SCAVONE, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>THOMAS G. SCAVONE<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>JOHN C. JANKA<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS | 181 WEST MADISON STREET-SUITE 4600<br>CHICAGO, ILLINOIS 60602-4515<br><br>TELEPHONE (312) 236-0733<br>FACSIMILE (312) 236-3137<br><br>July 26, 2006 | ROBERT P. GREENSPOON<br>SALLY WIGGINS<br>RICHARD B. MEGLEY, JR.<br>MATTHEW G. McANDREWS<br>PAUL C. GIBBONS<br>WILLIAM W. FLACHSBART<br>BRADY J. FULTON<br>GREGORY P. CASIMER<br>DOUGLAS M. HALL<br>DINA M. HAYES<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY<br>ERIC J. MERSMANN |

**Email: michael.a.springs@bankofamerica.com**

Michael Springs, Esq.
Bank of America
101 South Tryon Street
Charlotte, North Carolina 28255
Mail Stop No. NC 1-002-29-01

    Re:    *Ablaise, Ltd.*

Dear Mike:

    As you know, we first wrote to Bank of America ("B of A") in February of this year advising that the B of A web site, and particularly the militarybank.com portion of the site, was utilizing technology covered by the '737 patent owned by our client, Ablaise Ltd. With our letter, we proposed that B of A accept a license under our client's patents.

    Since that initial letter, the Ablaise technical staff has revisited the B of A site and discovered yet another infringing functionality. We have reviewed our client's findings and confirmed that the "My Portfolio" facility of the B of A site does practice the method recited in claim 1 of the '737 patent.

    As you requested in our last phone call, we are writing now to provide our analysis and to explain why "My Portfolio" infringes claim 1 of the '737 patent. We also enclose selected screen shots from the B of A site to illustrate some of the site's relevant functionality.

    The Ablaise technical staff has identified the following steps performed by the B of A server when a bank customer uses the My Portfolio facility:

    1. A standard Java based user identifier (a cookie) is read by the server and enables the server to lookup preferences for the specific customer stored server-side in a user database.

Michael Springs, Esq.
July 26, 2006
Page 2 of 2

      2. The user preferences include the customer's selection of specific portal modules. See, for example, the "Expense Manager," "Rewards" and Net Worth" modules illustrated in the captured screen shots.

      3. A format identifier, from either the user database or other server accessible location, is received at the server. This format identifier allows the various portal modules to be oriented in the manner (*i.e.* one or two column views) selected by the customer. Differing module formatting and the steps followed for customer format selection are also illustrated in the captured screen shots.

      4. In response to a request for content from the bank customer, the B of A server retrieves the user's preferences, format requirements and requested content and then selects the stored functions (*i.e.* code) necessary to generate the viewable data for transmission to and display at the customer's browser.

      Since B of A continues to implement the '737 patented technology on its site, we once again ask that you give careful consideration to the license proposal forwarded with our original letter.

      We look forward to hearing from you in the near future.

Sincerely yours,

Thomas G. Scavone

TGS/ss
Enclosures

cc:    Ablaise (by email)











**My Portfolio Overview - Microsoft Internet Explorer**

File  Edit  View  »  Address  https://allmyaccounts.bankofamerica.com/newarch/home.bofa.do?csit=Y3NpdF9rZXk6Y0xpZ  → Go

Back  ·  ·  ·  Search  Favorites

Jump to:  Rewards | Net Worth | News | E-mail | Investment Manager | Other Accounts | Expense Manager

**Rewards**                                                help

The Rewards module allows you to view point and mileage balances for your reward programs.

Add more Rewards accounts

**Other Accounts**                                          help

The Other Accounts module allows you to access securely stored login information for a variety of sites.

Add more Order Summaries, Auctions, Calendars & Reminders or other accounts

**Net Worth**                      refresh | edit | chart | help

| Banking | |
|---|---|
| Bank of America (All except CA,WA & ID) chart | refresh - Last refreshed 13 minutes ago. | $200.00 |
| • MyAccess Checking-2847 | $200.00 |
| **Total Banking** | **$200.00** |
| Investments | |
| Hypothetical Credit Union - Member View add this account | N/A |
| **Total Investments** | **N/A** |
| **Total Assets** | **$200.00** |
| **Total Net Worth** | **$200.00** |

Investment account balances are calculated using quote data delayed up to 20 minutes and provided by Hyperfeed.
Unvested balances are not included in the Account Balance totals.

Add more Banking, Credit Cards, Investments or other accounts

**Expense Manager**                       refresh | edit | help

These transactions are from the last 1 week: change time period >>

| Date | Description | Amount |
|---|---|---|
| Bank of America (All except CA,WA & ID) chart | refresh - Last refreshed 13 minutes ago. | | |
| You have no new transactions from the past 1 week. | | |
| **Total Banking Withdrawals in Last 1 week** (accounts in USD) | | **$0.00** |
| **Total Banking Deposits in Last 1 week** (accounts in USD) | | **$0.00** |

Add more Banking or Credit Cards accounts

**News**                                                   help

| ☐ Wall Street Journal | ☐ CNNfn |
|---|---|
| ☐ USA TODAY | ☐ ESPN.com |
| Add Selected Accounts | |

(5 items remaining) Opening page https://allmyaccounts.bankofamerica.com/n     🔒  Internet