# Exhibit J

## NIRO, SCAVONE, HALLER & NIRO

| | | |
|---|---|---|
| RAYMOND P. NIRO<br>THOMAS G. SCAVONE<br>TIMOTHY J. HALLER<br>WILLIAM L. NIRO<br>JOSEPH N. HOSTENY, III<br>ROBERT A. VITALE, JR.<br>JOHN C. JANKA<br>PAUL K. VICKREY<br>DEAN D. NIRO<br>RAYMOND P. NIRO, JR.<br>PATRICK F. SOLON<br>ARTHUR A. GASEY<br>CHRISTOPHER J. LEE<br>DAVID J. SHEIKH<br>VASILIOS D. DOSSAS | 181 WEST MADISON STREET – SUITE 4600<br><br>CHICAGO, ILLINOIS 60602-4515<br><br>TELEPHONE (312) 236-0733<br><br>FACSIMILE (312) 236-3137<br><br>April 10, 2006 | ROBERT P. GREENSPOON<br>SALLY WIGGINS<br>RICHARD B. MEGLEY, JR.<br>MATTHEW G. McANDREWS<br>PAUL C. GIBBONS<br>WILLIAM W. FLACHSBART<br>BRADY J. FULTON<br>GREGORY P. CASIMER<br>DOUGLAS M. HALL<br>DINA M. HAYES<br>FREDERICK C. LANEY<br>DAVID J. MAHALEK<br>KARA L. SZPONDOWSKI<br>ROBERT A. CONLEY |

**FEDERAL EXPRESS**

Jerry Powell
General Counsel
Compass Bancshares, Inc.
15 South 20th Street
Birmingham, Alabama 35233-2000

   Re: *Ablaise Ltd. – United States Patent No. 6,961,737*

Dear Mr. Powell:

  We represent Ablaise Ltd., a U.K. Corporation, the owner of United States Patent No. 6961,737 ("the '737 patent") and other related United States and foreign patents and patent applications.

  The '737 patent is directed, generally, to technology implemented on the internet. It is more specifically directed to systems and methods for the dynamic generation of varying formatted web pages, using preferences to personalize the viewed pages. The invention was developed in the early to mid 1990s and represents a pioneering innovation in internet technology. The inventors, who are now principals in Ablaise Ltd., then went on to commercialize and sell the technology in Europe.

  The enclosed multimedia package includes a copy of the '737 patent and its file history, together with background information on Ablaise and the '737 patent inventors.

  In 2005, Ablaise initiated a licensing program in the United States and has now granted licenses to a number of major United States companies under one or more of its patents. Current licensees include: CDW Corporation, Citigroup Corporation, E*TRADE Financial Corporation, Salesforce.com and Shopping.com, just to name a few. We are writing now to extend a license offer to Compass Bancshares, Inc. ("Compass Bank") as well.

Jerry Powell
April 10, 2006
Page 2 of 2

After careful study, Ablaise has determined that the compassweb.com website practices the inventions claimed in the '737 patent. Our analysis indicates that Compass Bank's infringement is not merely incidental; rather, the website implements core features that rely substantially on the '737 patent technology. A representative infringement analysis for Claim 1 of the '737 patent is set out in the multimedia package. However, the compassweb.com website infringes a number of other '737 patent claims, as well. Ablaise is confident that upon review of the compassweb.com website in light of the '737 patent, as well as the enclosed materials, Compass Bank will arrive at a similar conclusion.

Ablaise is prepared to offer a license under the '737 patent on terms which are, by any measure, fair and reasonable. The value of the license depends, in part, on the extent to which Compass Bank makes use of the patented technology in its website, the user volume which the site experiences, and the revenues generated from or attributable to the use of the site. Other factors may also be relevant. For example, non monetary benefits derived from operation of the site may be important to a proper valuation of the license. We recognize, however, that much of this information may be highly sensitive and that Compass Bank may choose not to share it with us. It may also prove difficult and costly to determine, verify, audit and report such information on a continuing basis. For these reasons, Ablaise is willing, in some circumstances, to forego a continuing royalty calculated as a percentage of website derived revenue and to accept, instead, an annual or one time lump sum payment. To that end, we are also enclosing copies of Ablaise's standard lump sum and continuing royalty license agreements.

As you will see, Ablaise has devoted substantial time and effort in the preparation of these materials for your review and consideration. It is a matter of utmost importance to Ablaise, and we ask that you respond at your very earliest convenience, but in any event no later than May 5, 2006.

Sincerely yours,

Thomas G. Scavone

Enclosures

cc:   Mark Bernstein
      Ablaise