IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-530-SLR ) |
| BANK OF AMERICA CORPORATION, | ) ) |
| Defendant. | ) |

**DECLARATION OF BENJAMIN J. SCHLADWEILER IN SUPPORT
OF PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT
BANK OF AMERICA CORPORATION'S MOTION TO STAY**

I, Benjamin J. Schladweiler, declare as follows:

1. I am an attorney with the law firm of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, counsel representing the Plaintiffs in the above-captioned action.

2. I am admitted to practice before this Court.

3. This Declaration is submitted in further support of Plaintiffs' Brief in Opposition to Defendant Bank of America Corporation's Motion to Stay.

4. Attached to this Declaration as **Exhibit A** is a true and correct copy of a screenshot taken of the Bank of America website's Bill Pay customization feature.

5. Attached to this Declaration as **Exhibit B** is a true and correct copy of Financial Fusion's Second Amended Complaint for Declaratory Relief in the Northern District of California litigation.

6. Attached to this Declaration as **Exhibit C** is a true and correct copy of an October 2001 Press Release printed from Yodlee, Inc.'s website.

*Benjamin J. Schladweiler*
_____
Dated: January 25, 2007         Benjamin J. Schladweiler (#4601)

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: William J. Marsden, Jr.

I also certify that on January 25, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114

**BY E-MAIL**

David M. Barkan
Jonathan L. Lamberson
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Nagendra (Nick) Setty
Douglas L. Bridges
Christopher O. Green
FISH & RICHARDSON P.C.
1180 Peachtree Street, 21st Floor
Atlanta, GA 30309

*Benjamin J. Schladweiler*
_____
Benjamin J. Schladewiler (#4601)
bschladweiler@mnat.com

704099