IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | C.A. No. 06-530-SLR |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and through counsel for plaintiffs, Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Plaintiffs"), and Defendant, Bank of America Corporation, subject to approval of the Court, that the time for Defendant Bank of America Corporation's Reply in Support of its Motion to Stay is extended through and including Tuesday, February 20, 2007.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
|---|---|
| */s/ Thomas C. Grimm*<br>Thomas C. Grimm (#1098)<br>Benjamin J. Schladweiler (#4601)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br><br>Attorney for Plaintiffs<br>Ablaise Ltd. and General Inventions Institute A, Inc. | */s/ William J. Marsden, Jr.*<br>William J. Marsden, Jr. (#2247)<br>919 Market Street, Suite 1100<br>P.O. Box 1114<br>Wilmington, DE 19899<br>(302) 778-8401<br><br>Attorney for Defendant<br>Bank of America Corporation |

SO ORDERED this ____ day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel: Thomas C. Grimm and Benjamin J. Schladweiler.

I also certify that on February 6, 2007, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND & E-MAIL**
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
MORRIS, NICHOLS, ARSHT & TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200


**BY E-MAIL**
Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL  60602
(312) 236-0733

                                                           */s/ William J. Marsden, Jr.*
                                                           William J. Marsden, Jr.

80041731.doc