IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and General INVENTORS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | C.A. No. 06-530-SLR |

**DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF
DEFENDANT BANK OF AMERICA CORPORATION'S
REPLY BRIEF ON ITS MOTION TO STAY**

I, Kyle Wagner Compton, declare as follows:

1. I am an attorney at Fish & Richardson P.C., counsel of record in this action for Defendant Bank of America Corporation ("Bank of America"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants Ablaise and General Inventions' Opposition to Plaintiff's Motion For Leave to File A Second Amended Complaint filed on November 21, 2006, in the Northern District of California in *Financial Fusion, Inc. v. Ablaise Ltd. and General Inventions Institute A, Inc.*.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' Answer to Plaintiff's Complaint, Counterclaims, and Jury Demand filed on February 5, 2007, in the Northern District of California in *Yodlee, Inc. v. Ablaise Ltd. and General Inventors Institute A., Inc.*.

4. Attached hereto as Exhibit C is a true and correct copy of the Reassignment Order filed on January 22, 2007, in the Northern District of California in *Yodlee, Inc. v. Ablaise Ltd., et al.*

5. Attached hereto as Exhibit D is a true and correct copy of the Reassignment Order filed on January 22, 2007, in the Northern District of California in *Financial Fusion, Inc. et al. v. Ablaise Ltd., et al.*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of February, 2007, at Wilmington, Delaware.

  */s/ Kyle Wagner Compton*
Kyle Wagner Compton

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2007, I electronically filed with the Clerk of Court **DECLARATION OF KYLE WAGNER COMPTON IN SUPPORT OF DEFENDANT BANK OF AMERICA CORPORATION'S REPLY BRIEF ON ITS MOTION TO STAY** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel.  In addition, the filing will also be sent via hand delivery:

> Thomas C. Grimm
> MORRIS, NICHOLS, ARSHT & TUNNELL
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899-1347

I hereby certify that on this 20th day of February, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

> Thomas G. Scavone
> Matthew G. McAndrews
> NIRO, SCAVONE, HALLER & NIRO
> 181 W. Madison Street, Suite 4600
> Chicago, IL  60602

                                                                    */s/ Kyle Wagner Compton*
                                                                    Kyle Wagner Compton (#4693)

80042043.doc