# Exhibit C

Case 4:07-cv-01995-SBA     Document 1-42     Filed 04/10/2007     Page 1 of 2

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 22, 2007

CASE NUMBER: CV 06-07222 PVT
CASE TITLE: YODLEE, INC.-v-ABLAISE LTD. ET AL

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Case Assigned to the Honorable Saundra Armstrong Brown** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/22/07

FOR THE EXECUTIVE COMMITTEE:

_Richard W. Wieking_
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                          Entered in Computer 1/22/07

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel                  Transferor CSA