# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Thomas C. Grimm
302 351 9595
302 425 4661 Fax
tgrimm@mnat.com

February 23, 2007

**BY E-FILING**

Chief Judge Sue L. Robinson
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

       Re:    *Ablaise Ltd. and General Inventions Institute A., Inc. v.*
             *Bank of America Corporation*, C.A. No. 06-530-SLR

Dear Chief Judge Robinson:

      Pursuant to L.R. 7.1.5, plaintiffs Ablaise Ltd. and General Inventions Institute A., Inc. respectfully request oral argument on Bank of America's Motion to Stay, which has been fully briefed.

                                                            Respectfully,

                                                             Thomas C. Grimm (#1098)

cc:     Dr. Peter T. Dalleo, Clerk (by hand)
        William J. Marsden, Jr., Esquire (by e-filing & e-mail)
        David M. Barkan, Esquire (by e-mail)
        Nagendra Setty, Esquire (by e-mail)
        Thomas G. Scavone, Esquire (by e-mail)