# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
SUE L. ROBINSON
CHIEF JUDGE



LOCKBOX 31
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
302 573-6310

March 26, 2007

VIA UPS DELIVERY
Phillip Burton United States Courthouse
Northern District of California
Attn: Rufino Santos
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

      Re:    *Ablaise Ltd., et al., v. Bank of America Corporation;*
              *Delaware Civil No. 1:06-530-SLR*

Dear Mr. Santos:

In accordance with the Order issued on March 2, 2007 by Chief Judge Sue L. Robinson, U.S.D.C. for the District of Delaware, in the above referenced civil case, I am transferring said civil action to the U.S.D.C. for the Northern District of California.

Enclosed please find certified copies of the docket sheet and the March 2, 2007 court order associated with this transfer. Please note that this court began electronic filing as of March 1, 2005 thus all docket items filed in this case are available electronically on CM/ECF.

Please acknowledge receipt of the above by signing and dating the enclosed copy of this letter. Please return the same to the Delaware District Court in the enclosed, self-addressed, envelope.

                                         Sincerely,

                                         Peter T. Dalleo, Clerk

Page 2

By: _[signature]_
Deputy Clerk

Enclosures

cc:   The Honorable Sue L. Robinson
      All counsel of record were noticed electronically