**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                          General Court Number
Clerk                                                                                                        415.522.2000

**April 25, 2007**

**CASE NUMBER:  CV 07-01995 MHP**

**CASE TITLE:  ABLAISE LTD-v-BANK OF AMERICA CORPORATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable WILLIAM H. ALSUP**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **WHA**  immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/25/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects
Log Book Noted                                                    Entered in Computer 4/25/07AS

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                        Transferor CSA