1  David M. Barkan (CSB No. 160825/barkan@fr.com)
   Craig R. Compton (CSB No. 215491/compton@fr.com)
2  Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
   FISH & RICHARDSON P.C.
3  500 Arguello Street, Suite 500
   Redwood City, CA 94063
4  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
5
   Attorneys for Defendant
6  BANK OF AMERICA CORPORATION

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        (SAN FRANCISCO DIVISION)

11  ABLAISE LTD. and GENERAL INVENTORS      Case No. CV 07-01995 WHA
    INSTITUTE A, INC.,
12                                          **APPLICATION OF NAGENDRA SETTY
         Plaintiffs,                        FOR ADMISSION *PRO HAC VICE***
13
         v.
14
    BANK OF AMERICA CORPORATION,
15
         Defendants.
16

17

18       Pursuant to Civil L.R. 11-3, Nagendra Setty, an active member in good standing of the bar

19  of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro*

20  *hac vice* basis representing defendant Bank of America Corporation in the above-entitled action.

21       In support of this application, I certify under oath that:

22       1.    I am an active member in good standing of a United States Court or of the highest

23  court of another State or the District of Columbia, as indicated above;

24       2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local

25  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar

26  with the Local Rules and Alternative Dispute Resolution program of this Court; and,

27       3.    An attorney who is a member of the bar of this Court in good standing and who

28  maintains an office within the State of California has been designated as co-counsel in the above-



1  entitled action. The name, address and telephone number of that attorney is:

2  
David M. Barkan (CSB No. 160825)
FISH & RICHARDSON, P.C.
3  500 Arguello Street, Suite 500
Redwood City, CA 94063
4  Telephone: (650) 839-5070
Facsimile: (650) 839-5071

5  

6  I declare under penalty of perjury that the foregoing is true and correct.

7  

8  Dated: April 30, 2007                          FISH & RICHARDSON P.C.

9  

10                                                By: /s/ Nagendra Setty
                                                  Nagendra Setty

11  
Attorneys for Defendant
12  BANK OF AMERICA CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 1, 2007, I caused a copy of the following document(s):

APPLICATION OF NAGENDRA SETTY FOR ADMISSION *PRO HAC VICE*

[PROPOSED] ORDER GRANTING APPLICATION OF NAGENDRA SETTY FOR ADMISSION *PRO HAC VICE*

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Thomas C. Grimm<br>Benjamin J. Schladweiler<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone: (302) 652-9200<br>Facsimile: (302) 658-3989 | Attorneys for Plaintiffs<br>ABLAISE LTD. and GENERAL<br>INVENTORS INSTITUTE A, INC., |

[XX]  **FACSIMILE:**   Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on May 1, 2007, at Redwood City, California.

Christine D. Horsley

50413235.doc

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611085872
Cashier ID: bucklem
Transaction Date: 05/02/2007
Payer Name: FISH AND RICHARDSON PC
------------------------------------
PRO HAC VICE
 For: nagendra setty
 Case/Party: D-CAN-3-07-AT-PROHAC-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 423478
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```