MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
E-Mail:       martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
TREVOR J. FOSTER, Admitted Pro Hac Vice
SETH A. NORTHROP, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile**:** (612) 339-4181
E-Mail: camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Defendants. | **Case No. 06 7222 SBA** <br><br> **STIPULATION TO STAY CASE PENDING CLAIMS CONSTRUCTION HEARING IN DOW JONES CASES AND [PROPOSED] ORDER GRANTING STAY AND CONTINUING CASE MANAGEMENT CONFERENCES** |
| FINANCIAL FUSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Defendants. | **RELATED CASE** <br><br> **Case No. C 06-02451-SBA** |

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br> **Case No. C 07-01995 SBA** |

Plaintiff Yodlee, Inc. ("Yodlee"), Plaintiff Financial Fusion, Inc. ("Financial Fusion"), Defendant Bank of America Corporation ("Bank of America"), and Defendants Ablaise Ltd and General Inventions Institute A, Inc. (collectively, "Ablaise") hereby stipulate as follows:

1. Cases entitled <u>Dow Jones & Co v. Ablaise Ltd. and General Inventions Institute A, Inc.</u>, Civil Action No. 1: 06 CV 01014 and <u>Dow Jones Reuters Business Interactive, LLC v. Ablaise Ltd. and General Inventions Institute A, Inc</u>., Civil Action No. 1: 06 CV 01015 (collectively, the <u>Dow Jones</u> cases") are currently pending in the United States District Court for the District of Columbia. Those cases involve claims for declaratory judgment and of infringement of the same patents at issue in the above-entitled cases, namely U.S. Patent Nos. 6,295, 530 (the '530 patent) and 6,961,737 (the '737 patent).

2. The claims construction hearing is scheduled to take place in the <u>Dow Jones</u> cases on June 6, 2007.

3. Because a decision by the Court in the <u>Dow Jones</u> cases will not be binding on this Court, and because the facts and evidence adduced by the parties here may be different from that in the <u>Dow Jones</u> cases, the parties will not be precluded from re-visiting any of the claim construction issues in the <u>Dow Jones</u> cases or arguing that the Court in the <u>Dow Jones</u> cases erred in its decision. Bank of America's, Financial Fusion's and Yodlee's agreement to stay proceedings in this case shall not operate or be urged as any acquiescence in or agreement to be bound by the claim construction rulings in the <u>Dow Jones</u> cases.

4. Therefore, Yodlee, Financial Fusion, Ablaise and Bank of America hereby stipulate, and jointly respectfully move the Court to order, that this case be stayed until the

DAVIS WRIGHT TREMAINE LLP

District of Columbia Court issues its claims construction ruling in the Dow Jones cases. Counsel for Ablaise shall promptly inform this Court and counsel for Yodlee, Financial Fusion and Bank of America upon receipt of the claims construction order in the Dow Jones cases. Yodlee, Financial Fusion and Ablaise respectfully move the Court to postpone the Case Management Conferences in Yodlee v. Ablaise and Financial Fusion v. Ablaise, currently scheduled for May 23, 2007 to a date after the receipt of the claims construction order in the Dow Jones cases.

Dated:  May 15, 2007.                    FISH & RICHARDSON PC

                                         By:  /s/ David M. Barkan
                                                David M. Barkan
                                         Attorneys for Plaintiff Yodlee, Inc.

Dated: May 15, 2007.                     DAVIS WRIGHT TREMAINE LLP
                                         ROBINS, KAPLAN, MILLER CIRESI LLP

                                         By:   /s/ Cyrus A. Morton
                                                Cyrus A. Morton

Dated:  May 15, 2007.                    FINNEGAN HENDERSON FARABOW
                                         GARRETT & DUNNER, LLP

                                         By:  /s/ Linda J. Thayer
                                                Linda J. Thayer
                                         Attorneys for Plaintiff
                                         Financial Fusion, Inc.

Dated:  May 15, 2007                     FISH & RICHARDSON P.C.

                                         By:  /s/ David M. Barkan
                                                David M. Barkan
                                         Attorneys for Defendant
                                         Bank of America Corporation

## [PROPOSED] ORDER

The parties having so stipulated, and good cause appearing therefor, IT IS HEREBY

ORDERED THAT <u>Yodlee v. Ablaise</u>; <u>Financial Fusion v. Ablaise</u>; and <u>Ablaise v. Bank of America</u> are stayed until the Court in <u>Dow Jones & Co. v. Ablaise, Ltd. and General Inventions Institute A, Inc.</u>, Civil Action No. 1: 06 CV 01014 and <u>Dow Jones Reuters Business Interactive, LLC v. Ablaise Ltd. and General Inventions Institute A, Inc.</u>, Civil Action No. 1: 06 CV 01015 issues its claims construction order.  Counsel for Ablaise shall promptly inform this Court and counsel for Yodlee, Financial Fusion and Bank of America upon receipt of the claims construction order in the <u>Dow Jones</u> cases.  The Case Management Conferences in <u>Yodlee v. Ablaise</u> and <u>Financial Fusion v. Ablaise</u>, currently scheduled for May 23, 2007, are continued to a date after receipt of the claims construction order in the <u>Dow Jones</u> cases.

IT IS SO ORDERED.

Dated: _____, 2007.

_____
The Honorable Saundra Brown Armstrong
United States District Judge