David M. Barkan (CSB No. 160825/barkan@fr.com)
Craig R. Compton (CSB No. 215491/compton@fr.com)
Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | Case No. CV 07-01995 WHA <br><br> **APPLICATION OF NAGENDRA SETTY FOR ADMISSION *PRO HAC VICE* – CORRECTED VERSION** |

Pursuant to Civil L.R. 11-3, Nagendra Setty, an active member in good standing of the bar of the state of Georgia admitted to practice in the Northern District of Georgia, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing defendant Bank of America Corporation in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing and to become familiar with the Local Rules and Alternative Dispute Resolution program of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who

1 | entitled action. The name, address and telephone number of that attorney is:

> David M. Barkan (CSB No. 160825)
> FISH & RICHARDSON, P.C.
> 500 Arguello Street, Suite 500
> Redwood City, CA 94063
> Telephone: (650) 839-5070
> Facsimile: (650) 839-5071

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 30, 2007                    FISH & RICHARDSON P.C.


By: /s/ Nagendra Setty
    Nagendra Setty

Attorneys for Defendant
BANK OF AMERICA CORPORATION

**PROOF OF SERVICE**

I am employed in the County of San Mateo. My business address is Fish & Richardson P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for personal delivery, for mailing with United States Postal Service, for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight service.

On May 14, 2007, I caused a copy of the following document(s):

APPLICATION OF NAGENDRA SETTY FOR ADMISSION *PRO HAC VICE* – CORRECTED VERSION

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

| | |
|---|---|
| Thomas C. Grimm<br>Benjamin J. Schladweiler<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Telephone: (302) 652-9200<br>Facsimile: (302) 658-3989 | Attorneys for Plaintiffs<br>ABLAISE LTD. and GENERAL<br>INVENTORS INSTITUTE A, INC., |

[XX]   **FACSIMILE:**   Such document was faxed to the facsimile transmission machine with the facsimile machine number stated above. Upon completion of the transmission, the transmitting machine issued a transmission report showing the transmission was complete and without error.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury that the above is true and correct. Executed on May 14, 2007, at Redwood City, California.

_____
Christine D. Horsley

50415335.doc