1  David M. Barkan (CSB No. 160825/barkan@fr.com)
   Craig R. Compton (CSB No. 215491/compton@fr.com)
2  Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
   FISH & RICHARDSON P.C.
3  500 Arguello Street, Suite 500
   Redwood City, CA 94063
4  Telephone: (650) 839-5070
   Facsimile: (650) 839-5071
5
   Attorneys for Defendant
6  BANK OF AMERICA CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11 | ABLAISE LTD. and GENERAL INVENTORS    Case No. CV 07-01995 WHA
   | INSTITUTE A, INC.,
12 |                                       **[PROPOSED] ORDER GRANTING**
   |         Plaintiffs,                   **APPLICATION OF NAGENDRA SETTY**
   |                                       **FOR ADMISSION *PRO HAC VICE***
13 |         v.
14 | BANK OF AMERICA CORPORATION,
15 |         Defendants.

16

17        Nagendra Setty, an active member in good standing of the bar of the state of Georgia

18 admitted to practice in the Northern District of Georgia having applied in the above-entitled action

19 for admission to practice in the Northern District of California on a *pro hac vice* basis,

20 representing defendant Bank of America Corporation

21        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

22 conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac*

23 *vice*. Service of papers upon and communication with co-counsel designated in the application

24 shall constitute notice to the party. All future filings in this action are subject to the requirements

25 contained in General Order No. 45, *Electronic Case Filing*.

26

27 Dated: _____    _____
                                      The Hon. William H. Alsup
28                                    United States District Court Judge