David M. Barkan (CSB No. 160825/barkan@fr.com)
Craig R. Compton (CSB No. 215491/compton@fr.com)
Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
BANK OF AMERICA CORPORATION

RECEIVED

07 MAY 15 PM 1: 22

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., | Case No. CV 07-01995 WHA SBA |
| Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION OF NAGENDRA SETTY FOR ADMISSION *PRO HAC VICE* |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendants. | |

Nagendra Setty, an active member in good standing of the bar of the state of Georgia admitted to practice in the Northern District of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Bank of America Corporation

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  5/22/07

The Hon. William H. Alsup SAUNDRA B. ARMSTRONG
United States District Court Judge

50413347.doc

[PROPOSED] ORDER GRANTING APPLICATION OF NAGENDRA SETTY FOR ADMISSION PRO HAC VICE
Case No. CV 07-01995 WHA