# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ablaise Ltd., | 07-01995 SBA |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Bank of America Corporation, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: July 11, 2007

                        RICHARD W. WIEKING
                        Clerk
                        by:   Timothy J. Smagacz

                        */s/ Timothy Smagacz*
                        _____
                        ADR Administrative Assistant
                        415-522-4205
                        Tim_Smagacz@cand.uscourts.gov

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
07-01995 SBA                         -2-

PROOF OF SERVICE

Case Name:       Ablaise Ltd. v. Bank of America Corporation

Case Number:   07-01995 SBA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On July 11, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Benjamin J. Schladweiler
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>
>Thomas C. Grimm
>Morris, Nichols, Arsht & Tunnell
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>
>Martin L. Fineman
>Davis Wright Tremaine LLP
>505 Montgomery Street
>Suite 800
>San Francisco, CA 94111-6533

William J. Marsden Jr.
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19899-1114
marsden@fr.com

David M. Barkan
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
barkan@fr.com

Nagendra Setty
Fish & Richardson P.C.
1230 Peachtree St., NE
19th Floor
Atlanta, GA 30309
nsetty@fr.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov