1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br> CASE NO. C07-01995 SBA |

1  Plaintiff Financial Fusion, Inc. ("Financial Fusion"), Plaintiff Yodlee, Inc. ("Yodlee"),
2  Defendant Bank of America Corporation ("Bank of America"), and Defendants Ablaise Ltd. and
3  General Inventions Institute A, Inc. (collectively, "Ablaise") hereby stipulate as follows:
4      1.  Related cases entitled *Dow Jones & Co. v. Ablaise Ltd. et al.*, Civil Action No. 1:06
5  CV 01014, and *Dow Jones Reuters Business Interactive, LLC v. Ablaise Ltd. et al.*, Civil Action No.
6  1:06 CV 01015 (collectively, "the *Dow Jones* cases") are currently pending in the United States
7  District Court for the District of Columbia.
8      2.  The *Dow Jones* cases involve claims for declaratory judgment and of infringement of
9  the same patents at issue in the present cases, namely, U.S. Patent Nos. 6,295,530 ("the '530 patent")
10  and 6,961,737 ("the '737 patent").
11      3.  The claims construction hearing in the *Dow Jones* cases took place on June 6, 2007,
12  and the Court issued its claims construction decision this week, on July 11, 2007. In the decision,
13  the *Dow Jones* Court construed claim terms in both the '530 and '737 patents.
14      4.  The Case Management Conference in the instant related cases is currently scheduled
15  for July 26, 2007, at 2:45 p.m., via telephone, which means the parties' Joint Case Management
16  Statements are due this Monday, July 16, 2007.
17      5.  Because the parties would like more time to consider the effect of the recently-issued
18  claims construction decision on the positions and schedules in the instant related cases, Financial
19  Fusion, Yodlee, Bank of America and Ablaise, through their respective counsel, hereby stipulate,
20  and jointly request, the Court to reschedule the Case Management Conference in these related cases
21  for the next available date after **August 26, 2007**, that is, an extension of one month.
22  By her signature below, counsel for Plaintiff Financial Fusion swears under penalty of
23  perjury that counsel for Plaintiff Yodlee and Defendants Ablaise and Bank of America concurred in
24  the filing of this document.
25
26
27
28

1  Dated: July 13, 2007                              Dated: July 13, 2007

2
3  By:   /s/Linda J. Thayer                          By:   /s/Cyrus A. Morton
   Linda J. Thayer, Esq. (SBN 195,115)               Cyrus A. Morton (*Admitted Pro Hac Vice*)
   linda.thayer@finnegan.com                         Robins Kaplan Miller & Ciresi LLP
4  FINNEGAN, HENDERSON, FARABOW,                     2800 LaSalle Plaza
   GARRETT & DUNNER, L.L.P.                          800 LaSalle Avenue
5  Stanford Research Park                            Minneapolis, MN 55402
   3300 Hillview Avenue                              Tel.: (612)349-8500
6  Palo Alto, California  94304-1203                 Fax: (612) 339-4181
   Tel.:   (650) 849-6600
7  Fax:   (650) 849-6666

8  Attorneys for Plaintiff                           Attorneys for Defendants
   FINANCIAL FUSION, INC.                            ABLAISE LTD. and GENERAL
9                                                    INVENTIONS INSTITUTE A, INC.

10
   Dated: July 13, 2007
11

12 By:   /s/David M. Barkan
   David M. Barkan (SBN 160,825)
13 barkan@fr.com
   Fish & Richardson P.C.
14 500 Arguello Street, Suite 500
   Redwood City, CA 94063
15 Tel.: (650) 839-5070
   Fax: (650) 839-5071
16
   Attorneys for Plaintiff
17 YODLEE, INC.

18 Attorneys for Defendant
   BANK OF AMERICA CORPORATION
19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

The parties having so stipulated, and good cause appearing therefor, IT IS HEREBY ORDERED THAT the Case Management Conference in all three related cases, C06-002451, C06-07222, and C07-01995, is rescheduled for a date convenient for the court, and occurring after August 26, 2007, that date being _____.

IT IS SO ORDERED.

Date: _____, 2007

The Honorable Saundra Brown Armstrong
United States District Judge