David M. Barkan (CSB No. 160825/barkan@fr.com)
Craig R. Compton (CSB No. 215491/compton@fr.com)
Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | Case No. CV 07-01995 SBA <br><br> **NOTICE OF APPEARANCE OF JONATHAN J. LAMBERSON** |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that Jonathan J. Lamberson of Fish & Richardson P.C. hereby appears in the above-entitled action as counsel for defendant Bank of America Corporation. The undersigned requests that copies of all briefs, motions, orders, correspondence and other papers be served upon Mr. Lamberson at the address listed below:

>Jonathan J. Lamberson
>FISH & RICHARDSON P.C.
>500 Arguello Street, Suite 500
>Redwood City, CA 94063
>Telephone: (650) 839-5070
>Facsimile: (650) 839-5071
>Email: lamberson@fr.com

| | | |
|---|---|---|
| 1 | Dated: July 13, 2007 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Jonathan J. Lamberson |
| 4 | | Jonathan J. Lamberson |
| 5 | | Attorneys for Defendant |
| | | BANK OF AMERICA CORPORATION |
| 7 | 50426430.doc | |