UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CASE MANAGEMENT CONFERENCE MINUTES

Date: 9/19/07

<u>RELATED ACTIONS:</u>
**C-06-02451 SBA**          **JUDGE:** <u>SAUNDRA BROWN ARMSTRONG</u>
C-06-07222 SBA
C-07-01995 SBA
**Title: FINANCIAL FUSION, INC. ET AL** vs. **ABLAISE LTD. ET AL**

**Atty.:** <u> JAKE HOLDREITH          </u>     <u>  DAVID BARKEN          </u>

   <u>   LINDA THAYER          </u>       <u>                              </u>

**Deputy Clerk:** Lisa R. Clark     **Court Reporter:** <u>    N/R         </u>
**PROCEEDINGS**
Plt   DFT
( )  ( ) **1.** <u>  TELEPHONE CASE MANAGEMENT CONFERENCE - HELD  </u>
( )  ( ) **2.** <u>                                                          </u>
( )  ( ) **3.** <u>                                                          </u>
( )  ( ) **4.** <u>                                                          </u>
( ) **Motion(s)**   ( ) **Granted**     ( ) **Denied**     ( ) **Off Calendar**
         ( ) **Granted/Part**  ( ) **Denied/Part**  ( ) **Submitted**
( ) **Order to be prepared by** ( ) **Plaintiff** ( )**Deft** () **Court**

**RESULT OF CASE MANAGEMENT CONFERENCE**
**Case Continued to** <u> 5/28/07  @ 9:00 AM </u> **for a MARKMAN HEARING FOR 4.0 HOURS.**
**Case Continued to** <u>              </u> **for OSC RE:** <u>                 </u>
**Case Continued to** <u>              </u> **for** <u>                </u> **Motion Hearing**
**Brief Sched. Motion papers by** <u>       </u> **Opposition by** <u>         </u> **Reply by** <u>       </u>
**General Discovery Cut-off** <u>           </u> **Expert Discovery Cut-off** <u>         </u>
**Plft to name Experts by** <u>            </u> **Deft to name Experts by** <u>         </u>
**All Dispositive Motions to be heard by ( Motion Cut-off)** <u>             </u>
**Case Continued to** <u>              </u> **for Pretrial Conference at 1:00 p.m.**
**Pretrial Papers Due** <u>         </u> **Motions in limine/objections to evidence due** <u>     </u> **Responses to motions in limine and/or responses to objections to evidence due** <u>        </u>
**Case Continued to** <u>           </u> **for Trial(Court/Jury:** <u>      </u> **Days) at 8:30 a.m.**
( ) **REFERRED TO MAGISTRATE** <u>            </u> **FOR SETTLEMENT CONFERENCE**
( ) **REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
 **Notes:** <u> SEE CASE MANAGEMENT ORDER FOR DEADLINES RELATED TO MARKMAN HEARING; CASE REFERRED TO ENE                                  </u> cc: ADR