UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., | CASE NO. C06-02451 SBA |
| Plaintiff, | **JOINT CASE MANAGEMENT CONFERENCE ORDER** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | CASE NO. C06-07222 SBA |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | **RELATED CASE** |
| Plaintiffs, | CASE NO. C07-01995 SBA |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

| Case Event | Date |
|---|---|
| Parties will establish agreed upon procedures for production of documents pursuant to Pat. LR 3-2. | October 10, 2007 |
| Preliminary Infringement Contentions, per Pat. LR 3-1 and 3-2 | November 1, 2007 |
| Preliminary Invalidity Contentions, per Pat. LR 3-3 and 3-4 | December 17, 2007 |
| Exchange Proposed Terms for Claim Construction, per Pat. LR 4-1 | January 7, 2008 |

| | |
|---|---|
| Exchange Preliminary Claim Constructions and Extrinsic Evidence, per Pat. LR 4-2 | January 28, 2008 |
| Joint Claim Construction Statement, per Pat. LR 4-3 | February 25, 2008 |
| Claim Construction Discovery Ends, per Pat. LR 4-4 | March 26, 2008 |
| Accused Parties serve Opening Claim Construction Brief, per Pat. LR 4-5 | April 10, 2008 |
| Ablaise serves Responsive Claim Construction Brief, per Pat. LR 4-5 | April 24, 2008 |
| Accused Parties serve Reply Claim Construction Brief for First Phase of Hearings, per Pat. LR 4-5 | May 1, 2008 |
| Tutorial and Markman Hearing | May 28, 2007 @ 9:00 A.M for 4.0 hours |
| | |
| Case Management Conference Immediately Following *Markman* Hearing | |

**ORDER**

ORDERED this 20th day of September, 2007.

*Saundra B. Armstrong*
_____

The Honorable Saundra B. Armstrong
United States District Judge