<pre>
 1                    UNITED STATES DISTRICT COURT
 2                   NORTHERN DISTRICT OF CALIFORNIA
 3                           OAKLAND DIVISION
 4  FINANCIAL FUSION, INC.,              CASE NO. C06-02451 SBA
 5              Plaintiff,               **JOINT CASE MANAGEMENT
                                         CONFERENCE ORDER**
 6         v.
 7  ABLAISE LTD., and GENERAL INVENTIONS
    INSTITUTE A, INC.
 8
                Defendants.
 9
10  YODLEE, INC.,                        **RELATED CASE**
11              Plaintiff,               CASE NO. C06-07222 SBA
12         v.
13  ABLAISE LTD., and GENERAL INVENTIONS
    INSTITUTE A, INC.
14
                Defendants.
15
16  ABLAISE LTD., and GENERAL INVENTIONS **RELATED CASE**
    INSTITUTE A, INC.
17                                       CASE NO. C07-01995 SBA
                Plaintiffs,
18
           v.
19
    BANK OF AMERICA CORPORATION,
20
                Defendant.
21
</pre>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Case Event | Date |
|---|---|
| Parties will establish agreed upon procedures for production of documents pursuant to Pat. LR 3-2. | October 10, 2007 |
| Preliminary Infringement Contentions, per Pat. LR 3-1 and 3-2 | November 1, 2007 |
| Preliminary Invalidity Contentions, per Pat. LR 3-3 and 3-4 | December 17, 2007 |
| Exchange Proposed Terms for Claim Construction, per Pat. LR 4-1 | January 7, 2008 |

| | |
|---|---|
| Exchange Preliminary Claim Constructions and Extrinsic Evidence, per Pat. LR 4-2 | January 28, 2008 |
| Joint Claim Construction Statement, per Pat. LR 4-3 | February 25, 2008 |
| Claim Construction Discovery Ends, per Pat. LR 4-4 | March 26, 2008 |
| Accused Parties serve Opening Claim Construction Brief, per Pat. LR 4-5 | April 10, 2008 |
| Ablaise serves Responsive Claim Construction Brief, per Pat. LR 4-5 | April 24, 2008 |
| Accused Parties serve Reply Claim Construction Brief for First Phase of Hearings, per Pat. LR 4-5 | May 1, 2008 |
| Tutorial and Markman Hearing | May 28, 2007 @ 9:00 A.M for 4.0 hours |
| | |
| Case Management Conference Immediately Following *Markman* Hearing | |

**ORDER**

ORDERED this 20th day of September, 2007.

*Saundra B. Armstrong*

The Honorable Saundra B. Armstrong
United States District Judge