UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
AMENDED
<u>CIVIL CASE MANAGEMENT CONFERENCE MINUTES</u>

**Date:9/19/07**

<u>RELATED ACTIONS:</u>
**C-06-02451 SBA            JUDGE: <u>SAUNDRA BROWN ARMSTRONG</u>**
C-06-07222 SBA
C-07-01995 SBA
**Title: FINANCIAL FUSION, INC. ET AL** vs. **ABLAISE LTD. ET AL**

**Atty.:  <u>JAKE HOLDREITH</u>            <u>DAVID BARKEN</u>**

         <u>LINDA THAYER</u>            <u>                         </u>

**Deputy Clerk:  Lisa R. Clark            Court Reporter:<u>     N/R         </u>**
**PROCEEDINGS**
Plt   DFT
(  )   (  ) **1.  <u>TELEPHONE CASE MANAGEMENT CONFERENCE - HELD  </u>**
(  )   (  ) **2.<u>                                                          </u>**
(  )   (  ) **3.<u>                                                          </u>**
(  )   (  ) **4.<u>                                                          </u>**
(  ) **Motion(s)**    (  ) **Granted**        (  ) **Denied**        (  ) **Off Calendar**
              (  ) **Granted/Part**  (  ) **Denied/Part**  (  ) **Submitted**
(  ) **Order to be prepared by**  (  ) **Plaintiff**  (  )**Deft**  (  ) **Court**

           <u>**RESULT OF CASE MANAGEMENT CONFERENCE**</u>
**Case Continued to** <u>~~5/28/08~~</u> **@ 9:00 AM  for a MARKMAN HEARING FOR 4.0 HOURS.** 5/28/08
**Case Continued to<u>                </u>for  OSC RE:<u>                   </u>**
**Case Continued to<u>              </u>for<u>                      </u>Motion Hearing**
**Brief Sched. Motion papers by<u>      </u>Opposition by<u>        </u>Reply by<u>     </u>**
**General Discovery Cut-off<u>           </u>Expert Discovery Cut-off<u>       </u>**
**Plft to name Experts by<u>           </u>Deft to name Experts by<u>        </u>**
**All Dispositive Motions to be heard by ( Motion Cut-off)<u>            </u>**
**Case Continued to<u>              </u>for Pretrial Conference at 1:00 p.m.**
**Pretrial Papers Due<u>         </u>Motions in limine/objections to evidence due<u>     </u>Responses
to motions in limine and/or responses to objections to evidence due<u>        </u>**
**Case Continued to<u>            </u>for Trial(Court/Jury:<u>     </u>Days) at 8:30 a.m.**
( ) **REFERRED TO MAGISTRATE<u>            </u>FOR SETTLEMENT CONFERENCE**
( ) **REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
 **Notes:  <u>SEE CASE MANAGEMENT ORDER FOR DEADLINES RELATED TO MARKMAN
HEARING; CASE REFERRED TO ENE                                      </u>cc: ADR**