1  MARTIN L. FINEMAN, California State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Phone: (415) 276-6500
   Fax:   (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Pro Hac Vice Application pending
6  CYRUS A. MORTON, Pro Hac Vice Application pending
   TREVOR J. FOSTER, Pro Hac Vice Application pending
7  SETH A. NORTHROP, Pro Hac Vice Application pending
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
8  2800 LaSalle Plaza
   800 LaSalle Avenue
9  Minneapolis, MN 55402
   Telephone: (612) 349-8500
10 Fax:  (612) 339-4181
   E-Mail: camorton@rkmc.com
11
   Attorneys for Plaintiffs
12 ABLAISE LTD. and GENERAL
   INVENTIONS INSTITUTE A, INC.
13

RECEIVED
SEP 2 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABLAISE, LTD. and GENERAL INVENTIONS INSTITUTE A, INC.., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | Case No. C07-01995 <br><br> [PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION FOR SETH A. NORTHROP |

|    |    |    |
|----|----|----|
| 1  | FINANCIAL FUSION, INC., | ) RELATED CASE |
| 2  | Plaintiff, | ) Case No. C 06-02451-SBA |
| 3  | v. | ) |
| 4  | ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) |
| 5  | | ) |
| 6  | Defendants. | ) |
| 7  | YODLEE, INC., | ) RELATED CASE |
| 8  | Plaintiff, | ) Case No. 06 7222 SBA |
| 9  | v. | ) |
| 10 | ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) |
| 11 | | ) |
| 12 | Defendants. | ) |

SETH A. NORTHROP, an active member in good standing of the bar of Minnesota, whose business address and telephone number are Robins, Kaplan, Miller & Ciresi, L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, Telephone 612/349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Ablaise, Ltd and General Inventions Institute A, Inc.,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: _____, 2007.

_____
The Honorable Saundra Brown Armstrong
United States District Judge