1  MARTIN L. FINEMAN, California State Bar No. 104413
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery St., Suite 800
   San Francisco, California 94111-6533
3  Phone: (415) 276-6500
   Fax:  (415) 276-6599
4  E-mail: martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Pro Hac Vice Application pending
6  CYRUS A. MORTON, Pro Hac Vice Application pending
   TREVOR J. FOSTER, Pro Hac Vice Application pending
7  SETH A. NORTHROP, Pro Hac Vice Application pending
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
8  2800 LaSalle Plaza
   800 LaSalle Avenue
9  Minneapolis, MN 55402
   Telephone: (612) 349-8500
10 Fax:  (612) 339-4181
   E-Mail: camorton@rkmc.com
11
   Attorneys for Plaintiffs
12 ABLAISE LTD. and GENERAL
   INVENTIONS INSTITUTE A, INC.
13

RECEIVED

SEP 2 5 2007

RICHARD W. WIEKING
CLE ...
NORTHE... ...
OAKLAND CALIFORNIA

14

15                 UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      OAKLAND DIVISION

18 ABLAISE, LTD. and GENERAL            Case No. C07-01995
   INVENTIONS INSTITUTE A, INC..,
19                                      [PROPOSED] ORDER GRANTING PRO
                  Plaintiffs,           HAC VICE APPLICATION FOR JAKE M.
20                                      HOLDREITH
                     v.
21
   BANK OF AMERICA CORPORATION,
22
                  Defendants.
23

24

25

26

27

28

1    FINANCIAL FUSION, INC.,                              )    **RELATED CASE**
                                                          )
2              Plaintiff,                                 )    **Case No. C 06-02451-SBA**
                                                          )
3         v.                                              )
                                                          )
4    ABLAISE LTD. and GENERAL INVENTIONS )
     INSTITUTE A, INC.,                                   )
5                                                         )
               Defendants.                                )
6    _____  )

7    YODLEE, INC.,                                        )    **RELATED CASE**
                                                          )
8              Plaintiff,                                 )    **Case No. 06 7222 SBA**
                                                          )
9         v.                                              )
                                                          )
10   ABLAISE LTD. and GENERAL INVENTIONS )
     INSTITUTE A, INC.,                                   )
11                                                        )
               Defendants.                                )
12   _____  )

13         JAKE M. HOLDREITH, an active member in good standing of the bar of Minnesota,

14   whose business address and telephone number are Robins, Kaplan, Miller & Ciresi, L.L.P. 2800

15   LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, Telephone 612/349-8500, having

16   applied in the above-entitled action for admission to practice in the Northern District of California

17   on a *pro hac vice* basis, representing defendants Ablaise, Ltd and General Inventions Institute A,

18   Inc.,

19         IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms

20   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro*

21   *hac vice*. Service of papers upon and communication with co-counsel designated in the

22   application will constitute notice to the party. All future filings in this action are subject to the

23   requirements contained in General Order No. 45, *Electronic Case Filing*.

24         IT IS SO ORDERED.

25         Dated: __10/2_____, 2007.

26                                                        _Saundra B Armstrong_
                                                          The Honorable Saundra Brown Armstrong
27                                                        United States District Judge

28

SFO SFO 371256v1 0067939-000005                PROP. ORDER PRO HAC VICE APPL. - HOLDREITH     - 2 -
ABLAISE v. BANK OF AMERICA – No. 07-1995 SBA