MARTIN L. FINEMAN, California State Bar No. 104413
DAVIS WRIGHT TREMAINE LLP
505 Montgomery St., Suite 800
San Francisco, California 94111-6533
Phone: (415) 276-6500
Fax: (415) 276-6599
E-mail: martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Pro Hac Vice Application pending
CYRUS A. MORTON, Pro Hac Vice Application pending
TREVOR J. FOSTER, Pro Hac Vice Application pending
SETH A. NORTHROP, Pro Hac Vice Application pending
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Fax: (612) 339-4181
E-Mail: camorton@rkmc.com

Attorneys for Plaintiffs
ABLAISE LTD. and GENERAL
INVENTIONS INSTITUTE A, INC.

RECEIVED
SEP 2 5 2007
RICHARD W. [illegible]
CLERK, U.S. DIST[illegible]
NORTHERN DISTRICT [illegible]
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABLAISE, LTD. and GENERAL INVENTIONS INSTITUTE A, INC.., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | Case No. C07-01995 <br><br> [PROPOSED] ORDER GRANTING PRO HAC VICE APPLICATION FOR TREVOR J. FOSTER |

| | | |
|---|---|---|
| 1 | FINANCIAL FUSION, INC., | ) **RELATED CASE** |
| 2 | Plaintiff, | ) Case No. C 06-02451-SBA |
| 3 | v. | ) |
| 4 | ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) |
| 5 | | ) |
| 6 | Defendants. | ) |
| 7 | YODLEE, INC., | ) **RELATED CASE** |
| 8 | Plaintiff, | ) Case No. 06 7222 SBA |
| 9 | v. | ) |
| 10 | ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | ) |
| 11 | Defendants. | ) |

TREVOR J. FOSTER, an active member in good standing of the bar of Minnesota, whose business address and telephone number are Robins, Kaplan, Miller & Ciresi, L.L.P., 2800 LaSalle Plaza, 800 LaSalle Avenue, Minneapolis, MN 55402, Telephone 612/349-8500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants Ablaise, Ltd and General Inventions Institute A, Inc.,

IT IS HEREBY ORDERED THAT the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

IT IS SO ORDERED.

Dated: 10/2, 2007.

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge