# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ablaise Ltd., <br>            Plaintiff(s), <br>    v. <br> Bank of America Corporation, <br>            Defendant(s). | 07-01995 SBA ENE <br><br> **Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

>**Stephen C. Durant**
>Novak Druce + Quigg LLP
>525 Market St., 37th Fl.
>San Francisco, CA 94102
>415-814-6140

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

---

**Notice of Appointment of Evaluator**
07-01995 SBA ENE             - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: October 9, 2007

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Evaluator**
07-01995 SBA ENE                                       - 2 -