| | |
|---|---|
| 1 | MARTIN L. FINEMAN, California State Bar No. 104413 |
| | DAVIS WRIGHT TREMAINE LLP |
| 2 | 505 Montgomery St., Suite 800 |
| | San Francisco, California 94111-6533 |
| 3 | Phone: (415) 276-6500 |
| | Fax: (415) 276-6599 |
| 4 | E-mail: martinfineman@dwt.com |
| 5 | RONALD J. SCHUTZ, Member of the N.D. California Bar |
| | JAKE M. HOLDREITH, Admitted Pro Hac Vice |
| 6 | CYRUS A. MORTON, Admitted Pro Hac Vice |
| | TREVOR J. FOSTER, Admitted Pro Hac Vice |
| 7 | SETH A. NORTHROP, Admitted Pro Hac Vice |
| | PATRICK M. ARENZ, Pro Hac Vice Application Pending |
| 8 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 2800 LaSalle Plaza |
| 9 | 800 LaSalle Avenue |
| | Minneapolis, MN 55402 |
| 10 | Telephone: (612) 349-8500 |
| | Fax: (612) 339-4181 |
| 11 | E-Mail: camorton@rkmc.com |
| 12 | Attorneys for Plaintiffs |
| | ABLAISE LTD. and GENERAL |
| 13 | INVENTIONS INSTITUTE A, INC. |

**FILED**

OCT - 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ABLAISE, LTD. and GENERAL INVENTIONS INSTITUTE A, INC.., | Case No. C07-01995 |
| Plaintiffs, | **PRO HAC VICE APPLICATION FOR PATRICK M. ARENZ** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendants. | |

| | | |
|---|---|---|
| 1 | FINANCIAL FUSION, INC., ) | **RELATED CASE** |
| 2 | Plaintiff, ) | Case No. C 06-02451-SBA |
| 3 | v. ) | |
| 4 | ABLAISE LTD. and GENERAL INVENTIONS ) INSTITUTE A, INC., ) | |
| 5 | ) | |
| 6 | Defendants. ) | |
| 7 | YODLEE, INC., ) | **RELATED CASE** |
| 8 | Plaintiff, ) | Case No. 06 7222 SBA |
| 9 | v. ) | |
| 10 | ABLAISE LTD. and GENERAL INVENTIONS ) INSTITUTE A, INC., ) | |
| 11 | Defendants. ) | |

Pursuant to Civil L.R. 11-3, PATRICK M. ARENZ, an active member in good standing of the bar of the State of Minnesota, the U.S. District Court, District of Minnesota, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendants Ablaise Ltd. and General Inventions Institute A, Inc.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court and of the highest court of another State as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above entitled action. The name, address and telephone number of the attorney is: Martin L. Fineman, California State Bar No. 104413, Davis Wright Tremaine LLP, 505 Montgomery St., Suite 800, San Francisco, CA 94111, Telephone: (415) 276-6500.

1      I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed at Minneapolis, Minnesota.
3      Dated this __5th__ day of October 2007.

                                                      PATRICK M. ARENZ

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611001341
Cashier ID: lenahac
Transaction Date: 10/09/2007
Payer Name: Davis Wright Tremaine LLP
--------------------------------
PRO HAC VICE
 For: Patrick M. Arenz
 Case/Party: D-CAN-4-07-AT-PROHAC-001
 Amount:         $210.00
--------------------------------
CHECK
 Check/Money Order Num: 4614
 Amt Tendered:  $210.00
--------------------------------
Total Due:        $210.00
Total Tendered:   $210.00
Change Amt:       $0.00

CV07-1995-SBA for Patrick M. Arenz.


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```