


October 26, 2007                                                                                      <u>VIA FEDERAL EXPRESS</u>

Linda Jean Thayer, Esq.                                   Cyrus A. Morton, Esq.
Jeffrey Engelhardt Danley, Esq.                           Jake M. Holdreith, Esq.
Lily Lim, Esq.                                            Seth A. Northrop, Esq.
Finnegan, Henderson, Farabow, Garrett &                   Trevor J. Foster, Esq.
Dunner, LLP                                               Robins Kaplan Miller & Ciresi LLP
3300 Hillview Avenue                                      800 La Salle Avenue – Suite 2800
Palo Alto, California  94304-1203                         Minneapolis, Minnesota  55402-2015

David M. Barkan, Esq.                                     Benjamin J. Schladweiler, Esq.
Craig R. Compton, Esq.                                    Thomas C. Grimm, Esq.
Jonathan Joseph Lamberson, Esq.                           Morris, Nichols, Arsht & Tunnell LLP
Nagendra Setty, Esq.                                      1201 North Market Street – 18th Floor
William J. Marsden, Jr, Esq.                              Wilmington, Delaware  19801-1118
Fish & Richardson PC
500 Arguello Street – Suite 500
Redwood City, California  94063-1568

Matthew G. McAndrews, Esq.                                Martin L. Fineman, Esq.
Thomas G. Scavone, Esq.                                   Davis Wright Tremaine LLP
Niro Scavone Haller & Niro, Ltd.                          505 Montgomery Street – Suite 800
181 West Madison Street – Suite 4600                      San Francisco, California  94111-6533
Chicago, Illinois  60602-4635

Re:   U.S. District Court – Northern District of California – Oakland Division
      Consolidated Cases:
      (1)   *Financial Fusion, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*
            Case No. C06-02451 SBA
      (2)   *Yodlee, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*
            Case No. C06-07222 SBA
      (3)   *Ablaise Ltd., and General Inventions Institute A, Inc.* v. *Bank of America Corporation*
            Case No. C07-01995 SBA
      Our Ref.:  8288.001.000000

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the evaluator in the above-referenced consolidated cases under the Court's Early Neutral Evaluation (ENE) program. Please be sure to review carefully ADR L.R. 5 which governs the ENE program.

To Counsel for All Parties
October 26, 2007
Page 2

I am partner in the law firm Novak Druce & Quigg LLP. I am a registered patent attorney and have practiced patent law, both patent litigation and patent prosecution, since 1981. I am a graduate of the University of Notre Dame BSEE 1978 and the Cornell Law School 1981. I have served on the ENE panel for the U.S. District Court for the Northern District of California since 1994 and have served as an evaluator in over a dozen patent cases. Enclosed for your convenience is a copy of my online bio.

Pursuant to ADR L.R. 5-7, I will conduct a phone conference with all counsel before the formal evaluation session to discuss the following:

- the procedures to be followed
- the nature of the case
- appropriate dates for the ENE session
- the parties who will be present at the session and other procedural matters
- ideas to improve the effectiveness of the ENE session or matters that could pose impediments
- requirements for your written ENE statements
- any questions you might have about the ENE program

I anticipate that the telephone conference will last approximately one-half hour. My secretary will call each of you in the next few days to determine your availability for the telephone conference, which I hope to conduct before November 6, 2007. Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the ENE session may be conducted. The final date that the session can be held is December 18, 2007.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you on this case.

Sincerely yours,

*[original signed by]*

Stephen C. Durant

SCD/tvl

Enclosure

cc:    Clerk's Office-ADR Unit