David M. Barkan (CSB No. 160825/barkan@fr.com)
Craig R. Compton (CSB No. 215491/compton@fr.com)
Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
BANK OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., | Case No. CV 07-01995 SBA |
|---|---|
| Plaintiffs, | **NOTICE OF CHANGE OF COUNSEL** |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

TO THE COURT AND PLAINTIFFS ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., BY AND THROUGH THEIR COUNSEL OF RECORD.

PLEASE TAKE NOTICE that, pursuant to General Order 45 § 4(C)(C), William J. Marsden hereby withdraws as counsel for Bank of America Corporation ("Bank of America") in this case. David M. Barkan, Craig R. Compton, and Jonathan J. Lamberson of Fish & Richardson P.C. will continue to act as counsel for Bank of America in this matter.

Dated: November 7, 2007       FISH & RICHARDSON P.C.

                              By: */s/ David M. Barkan*
                                  David M. Barkan

                              Attorneys for Defendant
                              BANK OF AMERICA CORPORATION

50447372.doc

1