**NOVAK DRUCE + QUIGG LLP**
ATTORNEYS AT LAW

November 7, 2007

<u>VIA E-MAIL</u>

David M. Barkan, Esq.  
Fish & Richardson PC  
500 Arguello Street – Suite 500  
Redwood City, California 94063-1568

Jake M. Holdreith, Esq.  
Robins Kaplan Miller & Ciresi LLP  
800 La Salle Avenue – Suite 2800  
Minneapolis, Minnesota 55402-2015

Linda Jean Thayer, Esq.  
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP  
3300 Hillview Avenue  
Palo Alto, California 94304-1203

Re:  U.S. District Court – Northern District of California – Oakland Division  
     Early Neutral Evaluation of Consolidated Cases:
  (1) *Financial Fusion, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*  
      Case No. C06-02451 SBA
  (2) *Yodlee, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*  
      Case No. C06-07222 SBA
  (3) *Ablaise Ltd., and General Inventions Institute A, Inc.* v. *Bank of America Corporation*  
      Case No. C07-01995 SBA
     Our Ref.: 8288.001.000000

Dear Counsel:

This letter is to follow up on our pre-session conference call of earlier today in the above-referenced matter.

It was agreed that the parties would file a joint stipulation to reschedule the Early Neutral Evaluation (ENE) session to a date and time in mid-January 2008. The parties feel that the issues will be better focused for an effective ENE session at that time since the preliminary infringement contentions will have been submitted on or about November 1, 2007, and the preliminary invalidity conventions will have been submitted on or about December 17, 2007.

We shall hold a subsequent pre-session conference call to refine the issues to be discussed during the ENE session.

To Counsel for All Parties
November 7, 2007
Page 2

The ENE session is to be held at the U.S. District Court building in San Francisco, California.

Sincerely yours,

Stephen C. Durant

SCD/tvl

Enclosure

cc:     Clerk's Office-ADR Unit