*Counsel listed on last page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | Case No. C 06-02451 SBA <br><br> **JOINT MOTION TO EXTEND DEADLINE FOR CONDUCTING ENE SESSION** |
| YODLEE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> Case No. C 06-07222 SBA |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | **RELATED CASE** <br><br> Case No. CV 07-01995 SBA |

Pursuant to ADR Local Rule 5-5, the parties in the above captioned actions, Financial Fusion, Inc. ("Financial Fusion"), Bank of America Corporation ("Bank of America"), Ablaise Ltd. and General Inventors Institute A, Inc. (collectively "Ablaise"), and Yodlee, Inc. ("Yodlee"), through their respective counsel, hereby request the Court to extend the deadline for conducting an ENE session from December 18, 2007 to January 31, 2008.

1  The amended case scheduling order filed on September 20, 2007 calls for Preliminary
2  Invalidity Contentions to be served on December 17, 2007.  The parties believe the ENE session
3  will be more productive if they have the benefit of reviewing the Preliminary Invalidity
4  Contentions prior to submitting ENE statements.  The parties discussed this issue in a preliminary
5  telephone conference with the ENE evaluator on November 7, 2007 and the ENE evaluator
6  concurred in the parties' evaluation that the ENE session was more likely to be productive if held
7  after the parties had time to absorb the invalidity contentions.
8  For the reasons set for above, the parties request that the Court extends the deadline for
9  conducting an ENE session to January 31, 2008.

Dated:  November 12, 2007                                    Dated:  November 12, 2007

By   */s/ Jake M. Holdreith*                                   By   */s/ David M. Barkan*
    Jake M. Holdreith (Admitted *pro hac vice*)                    David M. Barkan (SBN 160825)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.                         FISH & RICHARDSON P.C.
    2800 LaSalle Plaza                                             500 Arguello Street, Suite 500
    800 LaSalle Avenue                                             Redwood City, CA 94063
    Minneapolis, MN 55402                                          Tel: (650) 839-5070
    Tel: (612) 349-8500                                            Fax: (650) 839-5071
    Fax: (612) 339-4181                                            Email: barkan@fr.com
    Email: jmholdreith@rkmc.com
                                                                   Attorneys for
    Attorneys for                                                  YODLEE, INC. and BANK OF
    ABLAISE LTD. and GENERAL                                       AMERICA CORP.
    INVENTIONS INSTITUTE A, INC.

Dated:  November 12, 2007

By   */s/ Linda J. Thayer*
    Linda J. Thayer (SBN 195115)
    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
    Stanford Research Park
    3300 Hillview Avenue
    Palo Alto, CA 94304-1203
    Tel: (650) 849-6600
    Fax: (650) 849-6666
    Email: Linda.thayer@finnegan.com

    Attorneys for
    FINANCIAL FUSION, INC.

2
**MOTION TO EXTEND DEADLINE TO CONDUCT ENE  SESSION**
Related Cases No. C 06-02451 SBA,
No. C 06-047222 SBA, and Case No. CV 07-01995 SBA

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Linda J. Thayer and Jake M. Holdreith.

Dated: November 12, 2007

FIRM NAME

By:  \s\ *David M. Barkan*

Attorneys for
YODLEE, INC. and BANK OF AMERICA CORP.