UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., | Case No. C 06-02451 SBA |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING DEADLINE FOR CONDUCTING ENE SESSION** |
| v. | |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC. | **RELATED CASE** |
| Plaintiff, | Case No. C 06-07222 SBA |
| v. | |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. | |
| Defendants. | |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., | **RELATED CASE** |
| Plaintiffs, | Case No. CV 07-01995 SBA |
| v. | |
| BANK OF AMERICA CORPORATION, | |
| Defendants. | |

Pursuant to ADR Local Rule 5-5, the parties in the above captioned actions, Financial Fusion, Inc. ("Financial Fusion"), Bank of America Corporation ("Bank of America"), Ablaise Ltd. and General Inventors Institute A, Inc. (collectively "Ablaise"), and Yodlee, Inc. ("Yodlee"), through their respective counsel, hereby request the Court to extend the deadline for conducting an ENE session from December 18, 2007 to January 31, 2008.

## **ORDER**

The deadline for the parties to conduct an ENE session in the above-captioned matters is hereby extended to January 31, 2008.

IT IS SO ORDERED.

Dated: _____, 2007

_____
Honorable Saundra B. Armstrong
United States District Judge