MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599
E-Mail:       martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
TREVOR J. FOSTER, Admitted Pro Hac Vice
SETH A. NORTHROP, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
E-Mail: camorton@rkmc.com

THOMAS G. SCAVONE, Member of the N.D. Cal. Bar
MATTHEW G. MCANDREWS, Admitted Pro Hac Vice
NIRO, SCAVONE, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, Illinois 60602
Telephone:    (312) 236-0733
Facsimile:    (312) 239-3137
E-Mail:       scavone@nshn.com
              mmcandrews@nshn.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., | **Case No. C 06-02451-SBA** |
| Plaintiff, | **WITHDRAWAL OF CO-COUNSEL; [PROPOSED] ORDER** |
| v. | |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | |
| Defendants. | |

01 May 07 19:08    Mark Bernstein         00-44-207-436-2915       p.3

|   |   |
|---|---|
| YODLEE, INC., | RELATED CASE |
| Plaintiff, | Case No. 06 7222 SBA |
| v. | |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., | |
| Defendants. | |

Niro Scavone Haller & Niro and its attorneys Thomas G. Scavone and Matthew G. McAndrews hereby withdraw as co-counsel of record for Defendants and Counterclaimants Ablaise Ltd. ("Ablaise") and General Inventions Institute A, Inc. ("GIIA"). Robins, Kaplan, Miller & Ciresi and Davis Wright Tremaine LLP shall remain as co-counsel of record for Ablaise and GIIA.

I consent to the foregoing.    NIRO, SCAVONE, HALLER & NIRO

By: /s/ Matthew G. McAndrews
    Matthew G. McAndrews

By: /s/ Thomas G. Scavone
    Thomas G. Scavone

I consent to the foregoing.    ROBINS, KAPLAN, MILLER & CIRESI

By: Ronald J. Schultz
    Ronald J. Schutz

I consent to the foregoing.    DAVIS WRIGHT TREMAINE LLP

By: /s/ Martin L. Fineman
    Martin L. Fineman

I consent to the foregoing.    ABLAISE LTD

By: [signature]
    Mark Bernstein

I consent to the foregoing.    GENERAL INVENTIONS INSTITUTE A, INC.

By: [signature]
    Gordon Herring

FINANCIAL FUSION V. ABLAISE
WITHDRAWAL OF COUNSEL
Case No. 06 7222 SBA

2

SFO 361259v1 0067939-000005 00A0

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Niro Scavone Haller & Niro, Thomas G. Scavone and Matthew G. McAndrews' request to withdraw as co-counsel for Defendants Ablaise Ltd. ("Ablaise") and General Inventions Institute A, Inc. ("GIIA") is granted. Robins, Kaplan, Miller & Ciresi and Davis Wright Tremaine LLP shall remain as co-counsel for Ablaise and GIIA.

IT IS SO ORDERED.

Dated: DECEMBER 24, 2007

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge