1  *Counsel listed on last page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | Case No. C 06-02451 SBA <br><br> **JOINT MOTION AND [PROPOSED] ORDER TO FURTHER EXTEND DEADLINE FOR CONDUCTING ENE SESSION** |
| YODLEE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> Case No. C 06-07222 SBA |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | **RELATED CASE** <br><br> Case No. CV 07-01995 SBA |

Pursuant to ADR Local Rule 5-5, the parties in the above captioned actions, Financial Fusion, Inc. ("Financial Fusion"), Bank of America Corporation ("Bank of America"), Ablaise Ltd. and General Inventors Institute A, Inc. (collectively "Ablaise"), and Yodlee, Inc. ("Yodlee"),

**MOTION & [PROPOSED] ORDER TO FURTHER EXTEND**
**DEADLINE TO CONDUCT ENE SESSION**
Related Cases No. C 06-02451 SBA,
No. C 06-07222 SBA, and Case No. CV 07-01995 SBA

1  through their respective counsel, hereby request the Court to further extend the deadline for

2  conducting an ENE session from January 31, 2008 to February 4, 2008.

3        The parties request that the Court extend the deadline to February 4, 2008, because it has

4  been determined that this is the earliest date on which all parties are available to conduct the ENE

5  session.

7  Dated: January 4, 2008                             Dated: January 4, 2008

9  By  /s/ Jake M. Holdreith                   By  /s/ David M. Barkan

    Jake M. Holdreith                            David M. Barkan (SBN 160825)
    (Admitted *pro hac vice*)                   FISH & RICHARDSON P.C.
    ROBINS, KAPLAN, MILLER & CIRESI   500 Arguello Street, Suite 500
    L.L.P.                                        Redwood City, CA 94063
    2800 LaSalle Plaza                      Tel: (650) 839-5070
    800 LaSalle Avenue                   Fax: (650) 839-5071
    Minneapolis, MN 55402             Email: barkan@fr.com
    Tel: (612) 349-8500
    Fax: (612) 339-4181                 Attorneys for
    Email: jmholdreith@rkmc.com      YODLEE, INC. and BANK OF
                                                    AMERICA CORP.
    Attorneys for
    ABLAISE LTD. and GENERAL
    INVENTIONS INSTITUTE A, INC.

17  Dated: January 4, 2008

19  By  /s/ Linda J. Thayer
    Linda J. Thayer (SBN 195115)
    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
    Stanford Research Park
    3300 Hillview Avenue
    Palo Alto, CA 94304-1203
    Tel: (650) 849-6600
    Fax: (650) 849-6666
    Email: linda.thayer@finnegan.com

    Attorneys for
    FINANCIAL FUSION, INC.

2

1  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
2  penalty of perjury that concurrence in the filing of this document has been obtained from Linda J.
3  Thayer and Jake M. Holdreith.

5  Dated: January 4, 2008                    FISH & RICHARDSON P.C.

                                             By:  \s\ *David M. Barkan*

                                             Attorneys for
                                             YODLEE, INC. and BANK OF AMERICA
                                             CORP.

## **ORDER**

The deadline for the parties to conduct an ENE session in the above-captioned matters is hereby extended to February 4, 2008.

IT IS SO ORDERED.

Dated: _____, 2008

                                             _____
                                             Honorable Saundra B. Armstrong
                                             United States District Judge