

NOVAK DRUCE + QUIGG LLP
ATTORNEYS AT LAW

January 4, 2008                                                            VIA EMAIL, CONF. VIA MAIL

Linda Jean Thayer, Esq.                          Cyrus A. Morton, Esq.
Finnegan, Henderson, Farabow, Garrett &          Jake M. Holdreith, Esq.
Dunner, LLP                                      Robins Kaplan Miller & Ciresi LLP
3300 Hillview Avenue                             800 La Salle Avenue – Suite 2800
Palo Alto, California  94304-1203                Minneapolis, Minnesota  55402-2015

David M. Barkan, Esq.                            Benjamin J. Schladweiler, Esq.
Fish & Richardson PC                             Thomas C. Grimm, Esq.
500 Arguello Street – Suite 500                  Morris, Nichols, Arsht & Tunnell LLP
Redwood City, California  94063-1568             1201 North Market Street – 18th Floor
                                                 Wilmington, Delaware  19801-1118

Matthew G. McAndrews, Esq.
Thomas G. Scavone, Esq.
Niro Scavone Haller & Niro, Ltd.
181 West Madison Street – Suite 4600
Chicago, Illinois  60602-4635


Re:   U.S. District Court – Northern District of California – Oakland Division
      Consolidated Cases:
      (1) *Financial Fusion, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*
          Case No. C06-02451 SBA
      (2) *Yodlee, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*
          Case No. C06-07222 SBA
      (3) *Ablaise Ltd., and General Inventions Institute A, Inc.* v. *Bank of America
          Corporation*
          Case No. C07-01995 SBA
      Our Ref.: 8288.001.000000

Dear Counsel:

This letter is to initiate scheduling of our second pre-session conference call. During our first call, it was agreed that counsel would obtain from the court an extension of time in which to hold the ENE session to a date after submission of preliminary infringement contentions and after submission of preliminary invalidity contentions. My understanding is that the ENE session now is scheduled to occur on February 4, 2008.


To Counsel for All Parties
January 4, 2008
Page 2

During this next pre-session call, we need to cover:

- Issues to be addressed during the session

- Procedures to be followed

- Scheduling and content of ENE statements

- Parties who will attend.

My assistant, Todd Leone, shall coordinate the scheduling of dates for the next pre-session call.

I look forward to working with you on this case.

Very truly yours,

Stephen C. Durant

SCD/abd


cc:   Alice M. Fiel
      ADR Case Administrator
      US District Court~NDCA