MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
PATRICK M. ARENZ, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimle: (612) 339-4181
E-Mail: camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **MORTON DECLARATION** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> CASE NO. C06-07222 SBA |

|   |   |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | **RELATED CASE**<br><br>CASE NO. C07-001995 SBA |

I, Cyrus A. Morton, declare as follows:

1. I represent Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Ablaise") in these related cases.

2. Attached as Exhibit 1 is a true and correct copy of Defendants' First Amended Answer to Plaintiff's Second Amended Complaint, Counterclaims, and Jury Demand for Case No. C06-02451 SBA (*Financial Fusion, Inc. v. Ablaise, Ltd.*).

3. Attached as Exhibit 2 is a true and correct copy of Defendants' First Amended Answer to Plaintiff's Complaint, Counterclaims, and Jury Demand for Case No. C06-07222 SBA (*Yodlee, Inc. v. Ablaise, Ltd.*).

4. Attached as Exhibit 3 is a true and correct copy of a letter dated February 6, 2006, from Thomas G. Scavone of Niro, Scavone, Haller & Niro to Mr. Kenneth D. Lewis of Bank of America Corporation.

5. Attached as Exhibit 4 is a true and correct copy of Ablaise's First Set of Interrogatories and Requests for Inspection served on Financial Fusion, Inc., dated September 24, 2007.

6. Attached as Exhibit 5 is a true and correct copy of Ablaise's First Set of Interrogatories and Requests for Inspection served on Yodlee, Inc., dated September 24, 2007.

7. My colleague Jake M. Holdreith and I have had discussions with counsel for Financial Fusion, Inc. and Yodlee, Inc., especially in preparation for the Case Management Conference. In these conversations, we have asked each party whether the services or products it provides to Bank of America are representative of the services or products it provides to all of its

1  other customers. Both Financial Fusion, Inc. and Yodlee, Inc. have refused to make such representations.

2  8.  I attended the Case Management Conference held on September 19, 2007 via telephone. In that Conference, Ablaise sought to discuss with the Court the reasons this is not a standard patent case, discovery is needed, and why these actions should be limited to the Bank of America website.

9.  During the Case Management Conference Ablaise informed the Court of these issues and the Court indicated that it would hear any motion Ablaise felt was necessary including limiting the actions to the Bank of America website.

10. I have met and conferred telephonically and by email with counsel for Yodlee, Inc. and Bank of America, Corp., and by email with counsel for Financial Fusion, Inc. I raised the issues addressed by the present motion, including limiting the lawsuit and amending the infringement contentions. Respective counsel acknowledged Ablaise's requests, but did not agree and indicated that they would oppose this motion. My colleague and I have also had multiple conversations with counsel for Yodlee, Inc. and Financial Fusion, Inc. requesting that they each list all their customers and what services and products that they provide to them. Counsel for each party has consistently refused to provide this information.

11. Attached as Exhibit 6 is a true and correct copy of a screen shot from Yodlee, Inc.'s website, available at http://corporate.yodlee.com/customers/clients.htm (last visited Jan. 8, 2008).

12. Attached as Exhibit 7 is a true and correct copy of Financial Fusion, Inc.'s preliminary invalidity contentions (without exhibits).

13. Attached as Exhibit 8 is a true and correct copy of Yodlee, Inc.'s preliminary invalidity contentions (without exhibits).

14. Attached as Exhibit 9 is a true and correct copy of Financial Fusion, Inc.'s proposed claim terms for construction, dated January 8, 2008.

15. Attached as Exhibit 10 is a true and correct copy of Yodlee, Inc.'s proposed claim terms for construction, dated January 8, 2008.

16. Attached as Exhibit 11 is a true and correct copy of Ablaise's preliminary claim chart alleging infringement of U.S. Patent No. 6,295,530 by the Bank of America Corporation.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Minneapolis, Minnesota.

Dated: January 9, 2008

/s/Cyrus A Morton
Cyrus A. Morton