# EXHIBIT 4

MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
E-Mail:        martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
TREVOR J. FOSTER, Admitted Pro Hac Vice
SETH A. NORTHROP, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   (612) 349-8500
Facsimile:    (612) 339-4181
E-Mail:        camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **ABLAISE LTD. AND GENERAL INVENTIONS INSTITUTE A, INC.'S FIRST SET OF INTERROGATORIES** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br><br> CASE NO. C06-07222 SBA |

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | **RELATED CASE**<br><br><br>CASE NO. C06-001995 SBA |

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendants Ablaise Ltd. and General Inventions Institute A, Inc. (collectively, "Ablaise") hereby requests Plaintiff Financial Fusion, Inc. ("Financial Fusion") to answer the following interrogatories in writing and under oath, within thirty (30) days from the date of service of these interrogatories. These interrogatories request all information and items within the knowledge of Financial Fusion, its agents, representatives, persons acting on its behalf, and its attorneys.

These interrogatories are continuing in nature and should Financial Fusion, its agents, representatives, persons acting on its behalf or its attorneys obtain additional information that would add to or change its answers to these interrogatories, you are required to supplement your answers to these interrogatories upon receipt of such information.

## DEFINITIONS

1. The terms "Financial Fusion," "you," and "your" shall mean Financial Fusion, Inc., as well as each of any and all predecessors, successors, subsidiaries, divisions, assigns, parents, and affiliates thereof, and all past or present directors, officers, agents, employees, consultants, representatives, and others acting for or on any or all their behalves.

2. Wherever used herein, the singular indicates the plural and vice versa; the words "and" and "or" shall be conjunctive and disjunctive; the words "all" or "any" shall mean "any and all"; the word "including" means "including without limitation."

3. The term "product or service" includes but is not limited to hardware, appliances, coding, hosting, support, maintenance, software, or solution.

- 2 -

## INSTRUCTIONS

1. Financial Fusion should answer each and every interrogatory separately and fully, including each subdivision thereof, unless it objected to, in which event the reason for all objections shall be specifically and separately stated.

2. Where a complete answer to an interrogatory is not possible, the interrogatory shall be answered to the extent possible and a statement shall be made indicating why only a partial answer is given.

3. With respect to each document, communication or thing that you contend is privileged or otherwise excludable from discovery, state the basis for the privilege claimed, the name and address of the author(s) and addressee(s), the date, the type of document, the subject matter of the document, and the name and address of every recipient of the original or any copy of the document.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify each and every product or service that Financial Fusion provides that is usable in an html environment, including, if available, the current URL on which it can be located.

| | |
|---|---|
| DATED: September 24, 2007 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**<br><br>By: _____<br>Ronald J. Schutz, Esq.<br>Jake H. Holdreith, Esq.<br>Cyrus A. Morton, Esq.<br>Trevor J. Foster, Esq.<br>Seth Northrop, Esq.<br><br>2800 LaSalle Plaza<br>800 LaSalle Avenue<br>Minneapolis, MN  55402-2015<br>612-349-8500<br><br>**DAVIS WRIGHT TREMAINE LLP**<br><br>Martin L. Fineman, Esq.<br>(CA State Bar No.104413)<br><br>505 Montgomery Street<br>Suite 800<br>San Francisco, California  94111<br>415-276-6500<br><br>**ATTORNEYS FOR ABLAISE LTD. AND GENERAL INVENTORS INSTITUTE A, INC.** |

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2007, I have caused to be served true and correct copies of the following documents:

- Ablaise Ltd. and General Inventions Institute A, Inc.'s First Set of Interrogatories to Financial Fusion, Inc.; and

- Ablaise Ltd. and General Inventions Institute A, Inc.'s First Set of Requests for Production of Documents and Things to Financial Fusion, Inc.

on the following in the manner indicated below:

**BY E-MAIL AND U.S. MAIL**

Ms. Linda Thayer
Finnegan, Henderson, Farabow,
 Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304

*Attorneys for Plaintiff*
Financial Fusion, Inc.

Cyrus A. Morton
ATTORNEYS FOR ABLAISE LTD. AND
GENERAL INVENTIONS INSTITUTE A, INC.

MP1 10052885.1

1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:  (415) 276-6500
   Facsimile:   (415) 276-6599
4  E-Mail:      martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Admitted Pro Hac Vice
6  CYRUS A. MORTON, Admitted Pro Hac Vice
   TREVOR J. FOSTER, Admitted Pro Hac Vice
7  SETH A. NORTHROP, Admitted Pro Hac Vice
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
8  2800 LaSalle Plaza
   800 LaSalle Avenue
9  Minneapolis, MN 55402
   Telephone:  (612) 349-8500
10 Facsimile:   (612) 339-4181
   E-Mail:      camorton@rkmc.com
11
   Attorneys for Defendants
12 Ablaise Ltd. and General Inventions Institute A, Inc.

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, | CASE NO. C06-02451 SBA |
| Plaintiff, | **ABLAISE LTD. AND GENERAL INVENTIONS INSTITUTE A, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | **RELATED CASE**<br><br>CASE NO. C06-001995 SBA |

PLEASE TAKE NOTICE THAT, pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Ablaise Ltd. and General Inventions Institute A, Inc. (collectively, "Ablaise") hereby requests Plaintiff Financial Fusion, Inc. ("Financial Fusion") to produce for inspection and copying the following documents and things at the offices of Robins, Kaplan, Miller & Ciresi, 2800 LaSalle Plaza, 800 LaSalle Avenue South, Minneapolis, Minnesota, 55402-2015, or such mutually agreed upon location, within thirty (30) days of the date of service of these requests upon you.

These requests are continuing in nature and should Financial Fusion, its agents, representatives, persons acting on its behalf or its attorneys obtain additional information that would add to or change its production, you are required to supplement your production to these requests upon receipt of such information.

## DEFINITIONS

1. The terms "Financial Fusion," "you," and "your" shall mean Financial Fusion, Inc., as well as each of any and all predecessors, successors, subsidiaries, divisions, assigns, parents, and affiliates thereof, and all past or present directors, officers, agents, employees, consultants, representatives, and others acting for or on any or all their behalves.

2. The term "document" or "documents" means the "original" or a "duplicate" as those terms are defined in Rule 1001 of the Federal Rules of Evidence and/or Rule 34 of the Federal Rules of Civil Procedure, and includes, but is not limited to, any e-mail transmission, book, pamphlet, letter, memorandum, correspondence, telegram, report, record, file, note, agreement, working paper, guideline, draft, chart, paper, diary, minutes or resolution of meetings

or other written, recorded, printed, or electronic material which is in Financial Fusion's possession, custody, or control or to which Financial Fusion has, has had, or can obtain access. The term "document" or "documents" also includes any photograph, picture, film, audio recording, video recording, tape, videotapes, CDs, DVDs, data compilation or computer record, however produced or reproduced.

3. Wherever used herein, the singular indicates the plural and vice versa; the words "and" and "or" shall be conjunctive and disjunctive; the words "all" or "any" shall mean "any and all"; the word "including" means "including without limitation."

4. The term "product or service," includes but is not limited to hardware, appliances, coding, hosting, support, maintenance, software, or solution.

## INSTRUCTIONS

1. In producing documents, furnish all documents known or available to you, regardless of whether documents are possessed by you, or any parent, subsidiary or affiliated corporate entity, or any of your officers, directors, employees, agents, representatives, present or former contractors, consultants or attorneys, and any others acting on behalf of or in conjunction with you and all other persons purporting to act on your behalves.

2. Electronic and computerized information must be produced in an intelligible format or together with a description of the system from which it was derived sufficient to permit rendering of the materials intelligible.

3. With respect to each document, communication or thing that you contend is privileged or otherwise excludable from discovery, state the basis for the privilege claimed, the name and address of the author(s) and addressee(s), the date, the type of document, the subject matter of the document, and the name and address of every recipient of the original or any copy of the document.

4. Where an identified and/or produced document is in a language other than English, state whether or not an English language translation of such document exists and, if an English translation does exist, identify and produce all translations.

# REQUEST FOR PRODUCTION

**REQUEST NO. 1:**

Produce for inspection every product or service that Financial Fusion provides that is usable in an html environment. Include with this production any necessary passwords, logins, and any other necessary credentials to allow for inspection.

DATED: September 24, 2007

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Ronald J. Schutz, Esq.
Jake H. Holdreith, Esq.
Cyrus A. Morton, Esq.
Trevor J. Foster, Esq.
Seth Northrop, Esq.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

**DAVIS WRIGHT TREMAINE LLP**

Martin L. Fineman, Esq.
(CA State Bar No.104413)

505 Montgomery Street
Suite 800
San Francisco, California 94111
415-276-6500

**ATTORNEYS FOR ABLAISE LTD. AND GENERAL INVENTORS INSTITUTE A, INC.**

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2007, I have caused to be served true and correct copies of the following documents:

- Ablaise Ltd. and General Inventions Institute A, Inc.'s First Set of Interrogatories to Financial Fusion, Inc.; and

- Ablaise Ltd. and General Inventions Institute A, Inc.'s First Set of Requests for Production of Documents and Things to Financial Fusion, Inc.

on the following in the manner indicated below:

**BY E-MAIL AND U.S. MAIL**

Ms. Linda Thayer
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304

*Attorneys for Plaintiff*
Financial Fusion, Inc.

_____
Cyrus A. Morton
ATTORNEYS FOR ABLAISE LTD. AND
GENERAL INVENTIONS INSTITUTE A, INC.

MP1 10052885.1