**EXHIBIT 6**



# OUR CLIENTS & PARTNERS

**Clients >>**

**Partners**

Leading financial institutions trust Yodlee to power their critical online banking appl
their profitability. Over 100 top financial institutions and portals offer Yodlee powere
millions of customers world-wide.

| | |
|---|---|
| **Scottrade**® | **ING** |
| **AOL** | *charles* SCHWAB INSTITUTION |
| Big Brain Works **grendel**™ control your monsters | **PNC** |
| **citigroup**J private bank | Comerica |
| **COMMONWEALTH** *financial network* | **Compass Bank** |
| **Covestor** proven self-investors | **E✱TRADE**™ |
| **Fidelity** INVESTMENTS® | financial engines® |
| **HARRIS BANK**® | HSBC |
| **JPMorganChase** | **Merrill Lynch** |

