# EXHIBIT 9

1   Linda J. Thayer (SBN 195,115)
    Lily Lim (SBN 214,536)
2   Jeffrey E. Danley (SBN 238,316)
    FINNEGAN, HENDERSON, FARABOW,
3     GARRETT & DUNNER, L.L.P.
    Stanford Research Park
4   3300 Hillview Avenue
    Palo Alto, California  94304-1203
5   Telephone:    (650) 849-6600
    Facsimile:    (650) 849-6666
6   Email:  linda.thayer@finnegan.com
    Email:  lily.lim@finnegan.com
7   Email:  jeff.danley@finnegan.com

8   Attorneys for Plaintiff and Counterclaim-Defendant
    FINANCIAL FUSION, INC.

9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  FINANCIAL FUSION, INC.,                CASE NO. C06-02451 SBA

14              Plaintiff,                 **FINANCIAL FUSION, INC.'S
                                           PROPOSED TERMS AND CLAIM
15          v.                             ELEMENTS FOR CONSTRUCTION
                                           PURSUANT TO PATENT L. R. 4-1(a)**
16  ABLAISE LTD., and GENERAL INVENTIONS
    INSTITUTE A, INC.

17

18              Defendants.

19

20          Pursuant to Patent Local Rule 4-1(a), Plaintiff Financial Fusion, Inc. ("FFI") identifies the

21  following terms, phrases, and/or clauses in the asserted claims of U.S. Patent No. 6,961,737 ("the

22  '737 patent") that FFI contends should be construed by the Court.

23          The proposed claim terms, phrases, and/or clauses herein are based on positions taken by

24  Defendants to date and information reasonably available to FFI at this stage of discovery.  FFI

25  reserves the right to supplement and amend its identification as the parties meet and confer, as the

26  parties conduct discovery, as additional materials and information become available or known,

27  and/or as appropriate under the Patent Local Rules and the Federal Rules of Civil Procedure. By

28

1  listing a term, phrase, or clause below, FFI does not concede that any such term, phrase, or clause

2  fulfills the requirements of 35 U.S.C. § 112.

3      Pursuant to Patent L.R. 4-1(b), FFI requests that the parties meet and confer by January 14,

4  2008, for the purpose of finalizing this list, narrowing or resolving differences, and facilitating the

5  ultimate preparation of a Joint Claim Construction and Prehearing Statement.

| '737 Patent |
| :---: |
| format identifier |
| user identifier |
| type of formatting |
| formatting |
| formatting data |
| in response to identifying a request for specified content data and a user identifier; |

Respectfully submitted,

Dated:  January 7, 2008      By: _Linda J. Thayer_

Linda J. Thayer
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
3300 Hillview Avenue
Palo Alto, California  94304-1203
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

Attorneys for Plaintiff and Counterclaim-Defendant,
FINANCIAL FUSION, INC.