# EXHIBIT 10

1   David M. Barkan (CSB No. 160825/barkan@fr.com)
    Craig R. Compton (CSB No. 215491/compton@fr.com)
2   Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
    Christina D. Jordan (CSB No. 245944/jordan@fr.com)
3   FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
4   Redwood City, CA 94063
    Telephone: (650) 839-5070
5   Facsimile: (650) 839-5071

6   Attorneys for
    YODLEE, INC. (Case No. 06-07222) and
7   BANK OF AMERICA CORP. (Case No. 06-001995)

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13   YODLEE, INC.,                        Case No. C06-07222 SBA

14            Plaintiff,                   **YODLEE, INC.'S PROPOSED CLAIM
                                           TERMS FOR CONSTRUCTION
15   v.                                    PURSUANT TO PATENT LOCAL RULE
                                           4-1**
16   ABLAISE LTD. and GENERAL
     INVENTIONS INSTITUTE A, INC.,

17            Defendants.

18   ABLAISE LTD. and GENERAL             **RELATED CASE**
     INVENTIONS INSTITUTE A, INC.,
19                                         Case No. C06-001995 SBA
              Plaintiffs,
20
21   v.

22   BANK OF AMERICA CORPORATION,

23            Defendant.

24        Pursuant to Patent Local Rule 4-1(a), Plaintiff Yodlee, Inc. ("Yodlee") and Defendant

25   Bank of America Corp. ("BofA") jointly identify the following terms, phrases, and/or clauses in

26   the asserted claims of U.S. Patent No. 6,961,737 ("the '737 patent") that Yodlee and BofA

27   contend should be construed by the Court.

28
                                            1

1     The proposed claim terms, phrases, and/or clauses herein are based on positions taken by

2 Defendants to date and the information that is reasonably available to Yodlee and BofA at this

3 stage of discovery.  Yodlee and BofA reserve the right to supplement and amend this

4 identification as the parties meet and confer, as the parties conduct discovery, as additional

5 materials and information become available or known, and/or as appropriate under the Patent

6 Local Rules and the Federal Rules of Civil Procedure.  By listing a term, phrase, or clause below,

7 Yodlee and BofA do not concede that any such term, phrase, or clause fulfills the requirements of

8 35 U.S.C. § 112.

| Proposed Claim Terms for Construction from the '737 Patent |
| --- |
| format identifier |
| user identifier |
| type of formatting |
| formatting |
| formatting data |
| in response to identifying a request for specified content data and a user identifier |

To date, Ablaise and GIIA have not served any infringement contentions relating to U.S.

Patent No. 6,295,530 ("the '530 patent").  As Ablaise and GIIA have failed to assert any claims

from the '530 patent, the Patent Local Rules do not require Yodlee to identify any claims terms

from the '530 patent requiring construction at this time.

Yodlee believes that the '530 patent should be dismissed from this case with prejudice

because Ablaise and GIIA have failed to comply with Patent L.R. 3-1, which requires any party

claiming patent infringement to identify asserted claims and serve infringement contentions on all

parties no later than 10 days after the Initial Case Management Conference.  In the event Ablaise

and GIIA are allowed to raise infringement contentions relating to the '530 patent, Yodlee

specifically reserves the right to identify claim terms for construction at the appropriate time.

2

1    Pursuant to Patent L.R. 4-1(b), Yodlee and BofA request that the parties meet and confer

2   by January 14, 2008, for the purpose of finalizing this list, narrowing or resolving differences, and

3   facilitating the ultimate preparation of a Joint Claim Construction and Prehearing Statement.

4

5   Dated:  January 7, 2008                         FISH & RICHARDSON P.C.

6

7                                                    By: _____
                                                         Christina D. Jordan
8

9                                                    Attorneys for
                                                     YODLEE, INC. (Case No. 06-07222) and
10                                                   BANK OF AMERICA CORP. (Case No. 06-
                                                     001995)
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                 3

1

**PROOF OF SERVICE**

2       I am employed in the County of San Mateo. My business address is Fish & Richardson
P.C., 500 Arguello Street, Suite 500, Redwood City, California 94063.  I am over the age of 18
3   and not a party to the foregoing action.

4       I am readily familiar with the business practice at my place of business for collection and
processing of correspondence for personal delivery, for mailing with United States Postal Service,
5   for facsimile, and for overnight delivery by Federal Express, Express Mail, or other overnight
service.

6

    On January 7, 2008, I caused a copy of the following document(s):

7

**YODLEE, INC.'S PROPOSED CLAIM TERMS FOR CONSTRUCTION**

8

to be served on the interested parties in this action by placing a true and correct copy thereof,
9   enclosed in a sealed envelope, and addressed as follows:

10

    Martin L. Fineman               Attorneys for Defendants
11       Davis Wright Tremaine LLP       ABLAISE LTD and GENERAL
    505 Montgomery Street, Suite 800   INVENTIONS INSTITUTE A, INC.
12       San Francisco, CA 94111
    Telephone:  (415) 276-6500
13       Facsimile:  (415) 276-6599

14       Patrick M. Arenz               Attorneys for Defendants
    Ronald J. Schutz              ABLAISE LTD and GENERAL
15       Jake M. Holdreith            INVENTIONS INSTITUTE A, INC.
    Cyrus A. Morton
16       Robins, Kaplan, Miller & Ciresi L.L.P.
    2800 LaSalle Plaza
17       800 LaSalle Avenue
    Minneapolis, MN  55402-2015
18       Telephone:  (612) 349-8500
    Facsimile:  (612) 339-4181

19
  [ XX ]  **ELECTRONIC**    The document was transmitted by electronic mail to the addressees'
20           **MAIL:**             email addresses as stated above.

21     [ XX ]  **FEDERAL**      The document was deposited on the same day in the ordinary course
        **EXPRESS:**     of business with a facility regularly maintained by Federal Express.

22

23       I declare that I am employed in the office of a member of the bar of this Court at whose
direction the service was made.

24

25       I declare under penalty of perjury that the above is true and correct.  Executed on
January 7, 2008, at Redwood City, California.

26

27                                     _____
                                   Christie Horsley

28   50457575 (4).doc

4