# EXHIBIT 11

| Claim element | Claim language | Operation of MBNA American Bank "Payment Activity" webpage Documented August & September 2006 |
|---|---|---|
| 1(preamble) | A method of serving output signals from a serving device to a plurality of browsing devices connected to a network, wherein said output signals represent commands executable by a browsing device so as to display viewable data in accordance with a specified page format; said method comprising steps of: | MBNA practiced a method of serving output signals from a serving device to a plurality of browsing devices connected to a network, wherein said output signals represented commands executable by a browsing device so as to display viewable data in accordance with a specified page format. The image below is a display of viewable data in accordance with a specified page format. The image is of MBNA'S Payment Activity web page that it served on the www.mbnanetaccess.com website. |

**Preliminary Claim Chart of Bank of America's Exemplary Infringement US Patent 6,295,530**

| | | | |
|---|---|---|---|
| 1.A | identifying requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data; | MBNA identified requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data. <br><br> On the "Payment Activity" webpage of the www.mbnanetaccess.com website, (shown in the element, supra), MBNA provided a user with the ability to view rows of payment activity data with column headings which change format in accordance with a user's preference for sorting the rows of payment activity data. When a user selected a column heading, the MBNA server identified requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data. When the user clicked the "Amount" link the request for viewable data comprised a URL which contained the parameter "s_on" . The webpage which was served after the user clicked the "Amount" link has the following URL: <br><br> https://chpayment.mbnanetaccess.com/mbna/wps?s_on=amt&s_name=a&s_amt=z&s_date=a&sid=1&sp=19001&s_on=date&s_on=date&s_on=amt&rq=ph&s_date=z&s_date=a&s_date=a&validate=Y&oss=eaeaf26c82065080&s_amt=z&s_amt=z&s_amt=a&s_name=a&s_name=a&s_name=a&esc=56493037&page_tms=7d9fb69e02fa042395b2Oe51cbflc09a2bc6c986bblb924c <br><br> In the URL above, the parameter "s_on" is assigned to the value "amt". <br><br> "s_on=amt" | |
| 1.B | maintaining a plurality of formatting types of data defining respectively corresponding predetermined formats for portions of said viewable data; | MBNA maintained a plurality of formatting types of data that defined respectively corresponding predetermined formats for portions of the viewable data. <br><br> For example, in the two images shown below, two different formats of the viewable data are shown, i.e. the left image illustrates the "Payment Date" layout while the right image illustrates the "Amount" layout. When a user clicked the "Payment Date" link, the text font for the text "Payment" was larger than the text font of other column headings. Alternatively, if the user clicked the "Amount" link, then the text font for the text "Amount" was larger than the text font of other column headings. <br><br> The MBNA server maintained a plurality of formatting types of data to produce these two different formats shown below. | |

Abalise reserves the right to supplement or amend this chart based on additional information obtained through formal discovery or other means. In particular, Ablaise reserves the right to amend this chart if discovery or other means show any portion(s) of Bank of America's website(s) (or any other websites or portions thereof) operates in a substantially similar manner to any of the accused websites or portions of websites.                    Page 2
MP3 20257494.1

| | |  |
|---|---|---|
| 1.C | storing content data representing said viewable data; | MBNA stored content data representing the viewable data.<br><br>Examples of content data stored by MBNA include the text,<br><br>    "Payment Date"<br><br>and<br><br>    "Amount"<br><br>This content data can be seen as viewable data on the user's "Payment Activity" webpage at www.mbnanetacess.com when displayed at a browsing device. |
| 1.D | selecting a | MBNA selected a specific part of said content data representing specific viewable data. |

|   |   |   |
|---|---|---|
|   | specific part of said content data representing specific viewable data; |   |
| 1.E | selecting a specific one of said types of formatting data in response to said formatting type identification data; | MBNA selected a specific one of the types of formatting data in response to the formatting type identification data.<br><br>For example, in response to the formatting type of identification data which may be the parameter,<br><br>"s_on=amt",<br><br>MBNA selected a specific one of the types of formatting data (sets of HTML tags). |
| 1.F | processing said content data and said formatting types of data so as to combine said selected part of said content data with said specific one of said types of formatting data, and for outputting processed viewable data with executable instructions; and | MBNA processed the content data and the formatting types of data (HTML tags) so as to combine the content data with the specific one of the formatting types of data and output the processed viewable data with executable instructions. |
| 1.G | supplying output signals to the requesting browsing device derived from said output processed data, | MBNA supplied output signals to the requesting browsing device derived from the output processed data. |
| 1.H | in which said output signals represent commands | The output signals represented commands executable by a browsing device so as to display the specific viewable data in accordance with a first specified page format when a first type of formatting data is selected and a second specified page format when a second type of formatting data is selected. |

Abalise reserves the right to supplement or amend this chart based on additional information obtained through formal discovery or other means. In particular, Abalise reserves the right to amend this chart if discovery or other means show any portion(s) of Bank of America's website(s) (or any other websites or portions thereof) operates in a substantially similar manner to any of the accused websites or portions of websites.          Page 4
MP3 20257494.1

| | | |
|---|---|---|
| | executable by a browsing device so as to display said specific viewable data in accordance with a first specified page format when a first type of formatting data is selected and in a second specified page format when a second type of formatting data is selected. | For example, two different types of formatting data were likely selected to format the contents of the user's "Payment Activity" webpage in the two different formats shown in the images below. |
| 2(preamble) | 2. A method of serving output signals from a serving device to a plurality of browsing devices connected to a network, wherein said output signals | MBNA practiced a method of serving output signals from a serving device to a plurality of browsing devices connected to a network, wherein said output signals represented HTML data executable by a browsing device so as to display viewable data in accordance with a specified page format.

The image below is a display of viewable data in accordance with a specified page format. The image is of MBNA'S Payment Activity web page that it served on the www.mbnanetaccess.com website. |

| | | |
|---|---|---|
| | represent HTML (hypertext mark-up language) data executable by a browsing device so as to display viewable data in accordance with a specified page format; said method comprising: |  |

Abalise reserves the right to supplement or amend this chart based on additional information obtained through formal discovery or other means. In particular, Ablaise reserves the right to amend this chart if discovery or other means show any portion(s) of Bank of America's website(s) (or any other websites or portions thereof) operates in a substantially similar manner to any of the accused websites or portions of websites.          Page 6
MP3 20257494.1

| 2.A | identifying requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data; | MBNA identified requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data.<br><br>On the "Payment Activity" webpage of the www.mbnanetaccess.com website, (shown in the element, supra), MBNA provided a user with the ability to view rows of payment activity data with column headings which change format in accordance with a user's preference for sorting the rows of payment activity data. When a user selected a column heading, the MBNA server identified requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data. When the user clicked the "Amount" link the request for viewable data comprised a URL which contained the parameter "s_on" . The webpage which was served after the user clicked the "Amount" link has the following URL:<br><br>https://chpayment.mbnanetaccess.com/mbna/wps?s_on=amt&s_name=a&s_amt=z&s_date=a&sid=1&sp=19001&s_on=date&s_on=date&s_on=amt&rq=ph&s_date=z&s_date=a&s_date=a&validate=Y&oss=eaeaf26c82065080&s_amt=z&s_amt=z&s_amt=a&s_name=a&s_name=a&s_name=a&esc=56493037&page_tms=7d9fb69e02fa042395b2Oe51cbflc09a2bc6c986bblb924c<br><br>In the URL above, the parameter "s_on" is assigned to the value "amt".<br><br>"s_on=amt" |
|---|---|---|
| 2.B | maintaining a plurality of formatting types of data defining respectively corresponding predetermined formats for portions of said viewable data; | MBNA maintained a plurality of formatting types of data that defined respectively corresponding predetermined formats for portions of the viewable data.<br><br>For example, in the two images shown below, two different formats of the viewable data are shown, i.e. the left image illustrates the "Payment Date" layout while the right image illustrates the "Amount" layout. When a user clicked the "Payment Date" link, the text font for the text "Payment" was larger than the text font of other column headings. Alternatively, if the user clicked the "Amount" link, then the text font for the text "Amount" was larger than the text font of other column headings.<br><br>The MBNA server maintained a plurality of formatting types of data to produce these two different formats shown below. |



| | | | |
|---|---|---|---|
| 2.C | storing content data representing said viewable data, said content data including graphics data; | MBNA stored content data representing the viewable data.<br><br>Examples of content data stored by MBNA include the text,<br><br>"Payment Date"<br><br>and<br><br>"Amount"<br><br>This content data can be seen as viewable data on the user's "Payment Activity" webpage at www.mbnanetacess.com when displayed at a browsing device. | |

| | | |
|---|---|---|
| 2.D | selecting a specific part of said content data representing specific viewable data; | MBNA selected a specific part of said content data representing specific viewable data. |
| 2.E | selecting a specific one of said types of formatting data in response to said formatting type identification data; | MBNA selected a specific one of the types of formatting data in response to the formatting type identification data. For example, in response to the formatting type of identification data which may be the parameter, "s_on=amt", MBNA selected a specific one of the types of formatting data (sets of HTML tags). |
| 2.F | processing said content data and said formatting types of data so as to combine said selected part of said content data with said specific one of said types of formatting data, and for outputting processed data in the form of hypertext mark-up language data; and | MBNA processed the content data and the formatting types of data (HTML tags) so as to combine the content data with the specific one of the formatting types of data and output the processed viewable data with executable instructions. |
| 2.G | supplying output signals to the | MBNA supplied output signals to the requesting browsing device derived from the HTML data. |

| | | |
|---|---|---|
| | requesting browsing device derived from said hypertext mark-up language data; and | |
| 2.H | in which said output signals represent hypertext mark-up language data executable by a browsing device so as to display said specific viewable data in accordance with a first specified page format when a first type of formatting data is selected and in a second specified page format when a second type for formatting data is selected. | The output signals represented HTML data executable by a browsing device so as to display the specific viewable data in accordance with a first specified page format when a first type of formatting data is selected and a second specified page format when a second type of formatting data is selected.<br><br>For example, two different types of formatting data was likely selected to format the contents of the user's "Payment Activity" webpage in the two different formats shown in the images below. |

| 3(preamble) | 3. A serving device for serving output signals to a plurality of browsing devices connected to a network, wherein said output signals represent commands executable by a browsing device so as to display viewable data in accordance with a specified page format, said serving device comprising: | MBNA employed a serving device for serving output signals from a serving device to a plurality of browsing devices connected to a network, wherein said output signals represented commands executable by a browsing device so as to display viewable data in accordance with a specified page format.<br><br>The image below is a display of viewable data in accordance with a specified page format. The image is of MBNA'S Payment Activity web page that it served on the www.mbnanetaccess.com website.<br><br> |
|---|---|---|

Abalise reserves the right to supplement or amend this chart based on additional information obtained through formal discovery or other means. In particular, Ablaise reserves the right to amend this chart if discovery or other means show any portion(s) of Bank of America's website(s) (or any other websites or portions thereof) operates in a substantially similar manner to any of the accused websites or portions of websites.           Page 11
MP3 20257494.1

| | | |
|---|---|---|
| | | |
| 3.A | means for identifying requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data; | MBNA employed a serving device that identified requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data.<br><br>On the "Payment Activity" webpage of the www.mbnanetaccess.com website, (shown in the element, supra), MBNA provided a user with the ability to view rows of payment activity data with column headings which change format in accordance with a user's preference for sorting the rows of payment activity data. When a user selected a column heading, the MBNA server identified requests from browsing devices that define a request for specified viewable data, said request including formatting type identification data. When the user clicked the "Amount" link the request for viewable data comprised a URL which contained the parameter "s_on" . The webpage which was served after the user clicked the "Amount" link has the following URL:<br><br>https://chpayment.mbnanetaccess.com/mbna/wps?s_on=amt&s_name=a&s_amt=z&s_date=a&sid=1&sp=19001&s_on=date&s_on=date&s_on=amt&rq=ph&s_date=z&s_date=a&s_date=a&validate=Y&oss=eaeaf26c82065080&s_amt=z&s_amt=z&s_amt=a&s_name=a&s_name=a&s_name=a&esc=56493037&page_tms=7d9fb69e02fa042395b2Oe51cbflc09a2bc6c986bblb924c<br><br>In the URL above, the parameter "s_on" is assigned to the value "amt".<br><br>"s_on=amt" |
| 3.B | means for storing a plurality of formatting types of data defining respectively corresponding predetermined formats for portions of said viewable data; | MBNA employed a serving device that maintained a plurality of formatting types of data that defined respectively corresponding predetermined formats for portions of the viewable data.<br><br>For example, in the two images shown below, two different formats of the viewable data are shown, i.e. the left image illustrates the "Payment Date" layout while the right image illustrates the "Amount" layout. When a user clicked the "Payment Date" link, the text font for the text "Payment" was larger than the text font of other column headings. Alternatively, if the user clicked the "Amount" link, then the text font for the text "Amount" was larger than the text font of other column headings.<br><br>The MBNA server maintained a plurality of formatting types of data to produce these two different formats shown below. |

Preliminary Claim Chart of Bank of America's Exemplary Infringement US Patent 6,295,530

| | | |
|---|---|---|
| | |  |
| 3.C | means for storing content data representing said viewable data; | MBNA employed a serving device that stored content data representing the viewable data.<br><br>Examples of content data stored by MBNA include the text,<br><br> "Payment Date"<br><br>and<br><br> "Amount"<br><br>This content data can be seen as viewable data on the user's "Payment Activity" webpage at www.mbnanetacess.com when displayed at a browsing device. |

| | | |
|---|---|---|
| 3.D | means for selecting a specific part of said content data representing specific viewable data; | MBNA employed a serving device that selected a specific part of said content data representing specific viewable data. |
| 3.E | means for selecting a specific one of said types of formatting data in response to said formatting type identification data; | MBNA employed a serving device that selected a specific one of the types of formatting data in response to the formatting type identification data.<br><br>For example, in response to the formatting type of identification data which may be the parameter,<br><br>"s_on=amt",<br><br>MBNA selected a specific one of the types of formatting data (sets of HTML tags). |
| 3.F | means for processing said read content data and said formatting types of data so as to combine said selected part of said content data with said specific one of said types of formatting data, and for outputting processed data in the form of executable | MBNA employed a serving device that processed the content data and the formatting types of data (HTML tags) so as to combine the content data with the specific one of the formatting types of data and output the processed viewable data with executable instructions. |

Abalise reserves the right to supplement or amend this chart based on additional information obtained through formal discovery or other means. In particular, Ablaise reserves the right to amend this chart if discovery or other means show any portion(s) of Bank of America's website(s) (or any other websites or portions thereof) operates in a substantially similar manner to any of the accused websites or portions of websites.       Page 14

MP3 20257494.1

| | | |
|---|---|---|
| | instructions; and | |
| 3.G | means for supplying output signals to the requesting browsing device derived from said output processed data, | MBNA employed a serving device that supplied output signals to the requesting browsing device derived from the output processed data. |
| 3.H | in which said output signals represent commands executable by a browsing device so as to display said specific viewable data in accordance with a first specified page format when a first type of formatting data is selected and in a second specified page format when a second type of formatting data is selected. | The output signals represented commands executable by a browsing device so as to display the specific viewable data in accordance with a first specified page format when a first type of formatting data is selected and a second specified page format when a second type of formatting data is selected.<br><br>For example, two different types of formatting data were likely selected to format the contents of the user's "Payment Activity" webpage in the two different formats shown in the images below. |



Abalise reserves the right to supplement or amend this chart based on additional information obtained through formal discovery or other means. In particular, Ablaise reserves the right to amend this chart if discovery or other means show any portion(s) of Bank of America's website(s) (or any other websites or portions thereof) operates in a substantially similar manner to any of the accused websites or portions of websites.                    Page 16

MP3 20257494.1