1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:  (415) 276-6500
   Facsimile:  (415) 276-6599
4  E-Mail:     martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Admitted Pro Hac Vice
6  CYRUS A. MORTON, Admitted Pro Hac Vice
   PATRICK M. ARENZ, Admitted Pro Hac Vice
7  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2800 LaSalle Plaza
8  800 LaSalle Avenue
   Minneapolis, MN 55402
9  Telephone:  (612) 349-8500
   Facsimle:   (612) 339-4181
10 E-Mail:     camorton@rkmc.com

11 Attorneys for Defendants
   Ablaise Ltd. and General Inventions Institute A, Inc.

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14                    OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, | CASE NO. C06-02451 SBA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING ABLAISE' MOTION FOR A CASE MANAGEMENT ORDER** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |

MP3 20251635.1

**[PROPOSED] ORDER**
CASE NOS. C06-02451 SBA; C06-07222 SBA
C06-001995 SBA

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br> CASE NO. C07-001995 SBA |

**IT IS HEREBY ORDERED THAT:**

(1) Ablaise's motion for a Case Management Order limiting Financial Fusion, Inc.'s and Yodlee, Inc.'s declaratory judgment actions to only the Bank of America website, dismissing without prejudice Financial Fusion, Inc.'s and Yodlee, Inc.'s non-infringement and invalidity claims regarding the '530 patent, and allowing Ablaise to file its First Amended Answer and Counterclaim in both Case No. C06-02451 SBA and Case No. C06-07222 SBA is **GRANTED**.

(2) In the alternative, Ablaise's motion to compel Financial Fusion, Inc. and Yodlee, Inc. to answer Interrogatory Number 1 in Ablaise's First Set of Interrogatories and permit inspection for responsive information to Request for Inspection Number 1 in Ablaise's First Set of Requests for Inspection is **GRANTED**.

(3) Ablaise's motion to amend its preliminary infringement contentions is **GRANTED**.

DATED: _____, 2008

_____
The Honorable Judge Saundra B. Armstrong
United States District Judge