1  *Counsel listed on last page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | Case No. C 06-02451 SBA <br><br> **JOINT MOTION AND ORDER TO FURTHER EXTEND DEADLINE FOR CONDUCTING ENE SESSION** |
| YODLEE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> Case No. C 06-07222 SBA |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | **RELATED CASE** <br><br> Case No. CV 07-01995 SBA |

Pursuant to ADR Local Rule 5-5, the parties in the above captioned actions, Financial Fusion, Inc. ("Financial Fusion"), Bank of America Corporation ("Bank of America"), Ablaise Ltd. and General Inventors Institute A, Inc. (collectively "Ablaise"), and Yodlee, Inc. ("Yodlee"),

**MOTION & [PROPOSED] ORDER TO FURTHER EXTEND DEADLINE TO CONDUCT ENE SESSION**
Related Cases No. C 06-02451 SBA,
No. C 06-07222 SBA, and Case No. CV 07-01995 SBA

1  through their respective counsel, hereby request the Court to further extend the deadline for

2  conducting an ENE session from January 31, 2008 to February 4, 2008.

3      The parties request that the Court extend the deadline to February 4, 2008, because it has

4  been determined that this is the earliest date on which all parties (including client representatives)

5  are available to conduct the ENE session.

Dated:  January 4, 2008            Dated:  January 4, 2008

By    */s/ Jake M. Holdreith*          By    */s/ David M. Barkan*
    Jake M. Holdreith                               David M. Barkan (SBN 160825)
    (Admitted *pro hac vice*)                       FISH & RICHARDSON P.C.
    ROBINS, KAPLAN, MILLER & CIRESI      500 Arguello Street, Suite 500
    L.L.P.                                              Redwood City, CA 94063
    2800 LaSalle Plaza                            Tel: (650) 839-5070
    800 LaSalle Avenue                         Fax: (650) 839-5071
    Minneapolis, MN 55402                  Email: barkan@fr.com
    Tel: (612) 349-8500
    Fax: (612) 339-4181                      Attorneys for
    Email: jmholdreith@rkmc.com         YODLEE, INC. and BANK OF
                                                              AMERICA CORP.
    Attorneys for
    ABLAISE LTD. and GENERAL
    INVENTIONS INSTITUTE A, INC.

Dated:  January 4, 2008

By    */s/ Linda J. Thayer*
    Linda J. Thayer (SBN 195115)
    FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, L.L.P.
    Stanford Research Park
    3300 Hillview Avenue
    Palo Alto, CA 94304-1203
    Tel: (650) 849-6600
    Fax: (650) 849-6666
    Email: linda.thayer@finnegan.com

    Attorneys for
    FINANCIAL FUSION, INC.

2

**MOTION & [PROPOSED] ORDER TO FURTHER EXTEND
DEADLINE TO CONDUCT ENE SESSION**
Related Cases No. C 06-02451 SBA,
No. C 06-07222 SBA, and Case No. CV 07-01995 SBA

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David Barkan and Jake M. Holdreith.

Dated: January 10, 2008

FISH & RICHARDSON P.C.

By:  \s\ *Linda J. Thayer*

Attorneys for
FINANCIAL FUSION, INC.

## ORDER

The deadline for the parties to conduct an ENE session in the above-captioned matters is hereby extended to February 4, 2008.

IT IS SO ORDERED.

Dated: 1/10/08

*Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Judge

3