MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
PATRICK M. ARENZ, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimle: (612) 339-4181
E-Mail: camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **PROOF OF SERVICE** <br><br> Date: 3/4/2008 <br> Time: 1:00 P.M. <br> Courtroom: 3 <br> **Before the Honorable Judge Armstrong** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> CASE NO. C06-07222 SBA |

MP3 20255698.2
CASE NOS. C06-02451 SBA; C06-07222
SBA; C06-07222 SBA

ABLAISE'S MOTION FOR A
CASE MANAGEMENT ORDER

| | | |
|---|---|---|
| 1 | ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., | **RELATED CASE** |
| 2 | Plaintiff, | CASE NO. C06-001995 SBA |
| 3 | v. | |
| 4 | BANK OF AMERICA CORPORATION, | |
| 5 | Defendant. | |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

MP3 20255698.2
CASE NOS. C06-02451 SBA; C06-07222 SBA; C06-07222 SBA

- 2 -

# Proof of Service

I, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

**ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER; MORTON DECLARATION (with Exhibits 1-11) and [Proposed] Order**

I caused the above document to be served on

Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

by enclosing a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **January 8, 2008**, following the ordinary business

Executed on **January 8, 2008**, at San Francisco, California.

_Edith Shertz_
EDITH SHERTZ

SFO 401067v1 0068258-000048