MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
E-Mail: martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
PATRICK M. ARENZ, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimle: (612) 339-4181
E-Mail: camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **NOTICE OF NEW HEARING DATE FOR ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER** <br><br> Date: March 11, 2008 <br> Time: 1:00 P.M. <br> Courtroom: 3 <br> Before the Honorable Judge Armstrong <br><br> **RELATED CASE** <br><br> CASE NO. C06-07222 SBA |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | |

MP3 20255698.2
CASE NOS. C06-02451 SBA; C06-07222
SBA; C06-07222 SBA

NOTICE OF NEW HEARING DATE FOR ABLAISE'S
MOTION FOR A CASE MANAGEMENT ORDER

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br> CASE NO. C07-001995 SBA |

PLEASE TAKE NOTICE that the hearing on defendants Ablaise Ltd. and General Inventions Institute A, Inc.'s Motion for a Case Management Order, originally scheduled for March 4, 2008, is rescheduled to Tuesday, March 11, 2008, at 1:00 p.m.

Dated: January 10, 2008.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Cyrus A. Morton
Ronald J. Schutz, Esq.
Jake H. Holdreith, Esq.
Cyrus A. Morton, Esq.
Patrick M. Arenz, Esq.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
612-349-8500

**DAVIS WRIGHT TREMAINE LLP**

Martin L. Fineman, Esq.
(CA State Bar No. 104413)

505 Montgomery Street
Suite 800
San Francisco, California 94111
415-276-6500

**ATTORNEYS FOR ABLAISE LTD. AND GENERAL INVENTORS INSTITUTE A, INC.**

## Proof of Service

I, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

**NOTICE OF NEW HEARING DATE FOR ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER**

I caused the above document to be served on

Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

by enclosing a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **January 10, 2008**, following the ordinary business

Executed on **January 10, 2008**, at San Francisco, California.

_____
EDITH SHERTZ

SFO 401250v1 0067939-000003