MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:  (415) 276-6500
Facsimile:   (415) 276-6599
E-Mail:       martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
PATRICK M. ARENZ, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimle:    (612) 339-4181
E-Mail:       camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, | CASE NO.  C06-02451 SBA |
| Plaintiff, | **RE-NOTICE OF NEW HEARING DATE FOR ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | **Date: March 18, 2008**<br>**Time: 1:00 P.M.**<br>**Courtroom: 3** |
| Defendants. | **Before the Honorable Judge Armstrong** |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | CASE NO.  C06-07222 SBA |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |

MP3 20255698.2
CASE NOS. C06-02451 SBA; C06-07222 SBA; C06-07222 SBA

RE-NOTICE OF NEW HEARING DATE FOR ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br> CASE NO.  C07-001995 SBA |

PLEASE TAKE NOTICE that the hearing on defendants Ablaise Ltd. and General Inventions Institute A, Inc.'s Motion for a Case Management Order, originally scheduled for March 4, 2008, then scheduled for March 11, 2008, is now rescheduled to Tuesday, March 18, 2008, at 1:00 p.m.

Dated:  January 14, 2008.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/   Cyrus A. Morton
   Ronald J. Schutz, Esq.
   Jake H. Holdreith, Esq.
   Cyrus A. Morton, Esq.
   Patrick M. Arenz, Esq.

   2800 LaSalle Plaza
   800 LaSalle Avenue
   Minneapolis, MN  55402-2015
   612-349-8500

**DAVIS WRIGHT TREMAINE LLP**

   Martin L. Fineman, Esq.
   (CA State Bar No. 104413)

   505 Montgomery Street
   Suite 800
   San Francisco, California  94111
   415-276-6500

**ATTORNEYS FOR ABLAISE LTD. AND GENERAL INVENTORS INSTITUTE A, INC.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS