1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:  (415) 276-6500
   Facsimile:   (415) 276-6599
4  E-Mail:      martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Admitted Pro Hac Vice
6  CYRUS A. MORTON, Admitted Pro Hac Vice
   PATRICK M. ARENZ, Admitted Pro Hac Vice
7  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2800 LaSalle Plaza
8  800 LaSalle Avenue
   Minneapolis, MN 55402
9  Telephone:  (612) 349-8500
   Facsimile:   (612) 339-4181
10 E-Mail:      camorton@rkmc.com

11 Attorneys for Defendants
   Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO.  C06-02451 SBA <br><br> **PROOF OF SERVICE OF RE-NOTICE OF NEW HEARING DATE FOR ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER** <br><br> Date: March 18, 2008 <br> Time: 1:00 P.M. <br> Courtroom: 3 <br> Before the Honorable Judge Armstrong <br> **RELATED CASE** <br><br> CASE NO.  C06-07222 SBA |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | |

MP3 20255698.2
CASE NOS. C06-02451 SBA; C06-07222 SBA; C06-07222 SBA

RE-NOTICE OF NEW HEARING DATE FOR ABLAISE'S
MOTION FOR A CASE MANAGEMENT ORDER

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., <br><br>Plaintiff, <br><br>v. <br><br>BANK OF AMERICA CORPORATION, <br><br>Defendant. | **RELATED CASE** <br><br>CASE NO. C07-001995 SBA |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Proof of Service**

I, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

**NOTICE OF NEW HEARING DATE FOR ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER**

I caused the above document to be served on

Benjamin J. Schladweiler
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Thomas C. Grimm
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

by enclosing a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **January 14, 2008**, following the ordinary business

Executed on **January 14, 2008**, at San Francisco, California.

_____
EDITH SHERTZ

SFO 401250v1 0067939-000003