**NOVAK DRUCE + QUIGG LLP**
ATTORNEYS AT LAW

January 23, 2008                                                                                              VIA E-MAIL

Linda Jean Thayer, Esq.                                   Cyrus A. Morton, Esq.
Jeffrey Engelhardt Danley, Esq.                           Jake M. Holdreith, Esq.
Lily Lim, Esq.                                            Seth A. Northrop, Esq.
Finnegan, Henderson, Farabow, Garrett &                   Trevor J. Foster, Esq.
Dunner, LLP                                               Robins Kaplan Miller & Ciresi LLP
3300 Hillview Avenue                                      800 La Salle Avenue – Suite 2800
Palo Alto, California 94304-1203                          Minneapolis, Minnesota 55402-2015

David M. Barkan, Esq.                                     Martin L. Fineman, Esq.
Craig R. Compton, Esq.                                    Davis Wright Tremaine LLP
Jonathan Joseph Lamberson, Esq.                           505 Montgomery Street – Suite 800
Nagendra Setty, Esq.                                      San Francisco, California 94111-6533
William J. Marsden, Jr, Esq.
Fish & Richardson PC
500 Arguello Street – Suite 500
Redwood City, California 94063-1568

Re:   U.S. District Court – Northern District of California – Oakland Division
      Consolidated Cases:
      (1) *Financial Fusion, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*
          Case No. C06-02451 SBA
      (2) *Yodlee, Inc.* v. *Ablaise Ltd., and General Inventions Institute A, Inc.*
          Case No. C06-07222 SBA
      (3) *Ablaise Ltd., and General Inventions Institute A, Inc.* v. *Bank of America Corporation*
          Case No. C07-01995 SBA
      Our Ref.: 8288.001.000000

Dear Counsel:

This will confirm the points agreed upon in our pre-conference telephone call of January 15, 2008.

**Time and Location:**

The ENE Session shall take place at February 4, 2008 commencing at 10:00AM at the offices of:

Davis Wright Tremaine LLP
505 Montgomery Street - Suite 800
San Francisco, California 94111-6533


**Party Representatives:**

The following party representatives will attend:

- For Ablaise Ltd.: Mark Bernstein (Chairman)
- For Yodlee, Inc.: Joseph Polveri (Vice President Business Development & General Counsel) and Nick Mack, Esq.
- For Financial Fusion, Inc.: Karen Williams (Associate General Counsel)
- For Bank of America: Amanda Vaugn (Bank of America Legal Department – Litigation)

**ENE Statements:**

The ENE Statements shall be due in my office by January 31, 2008. The briefs shall be no longer than 20 pages each. Exhibits to the ENE Statements shall not be included in the page count and may include claim charts and infringement contentions previously submitted to the Court.

The parties are reminded of ADR Local Rules 5-8 and 5-9(a) and 5-12. The 10 day rule requirement of Rule 5-8(a) is expressly waived.

**Order of Presentations:**

Following introductions . . .

- Ablaise will present on infringement.
- Bank of America, Yodlee and Financial Fusion will respond to the infringement presentation and will present on invalidity and/or unenforceability.
- Ablaise may respond to the invalidity and/or unenforceability presentations.

. . . Delivery of evaluation and/or opportunity for further discussion.

**Additional Preparation:**

During our call, Counsel discussed the procedural history of these three cases. Ablaise recently filed a Motion for a Case Management Order. Counsel suggested that the Motion would be helpful to my understanding of some issues arising from the unique procedural history of the case. According to Counsel, an understanding of those issues could be important should the parties wish to discuss settlement. Counsel for Ablaise indicated that he would send a copy of that Motion to me.

Counsel for Bank of America, Yodlee and Financial Fusion indicated that an understanding of the terms on which Ablaise had settled other matters involving the patents in questions would be a factor in any settlement considerations. Counsel for Ablaise indicated that he would confer with his client concerning willingness to discuss the question of other settlements at this point.



To Counsel for All Parties
January 23, 2008
Page 3

Counsel for Ablaise indicated that an understanding of the extent to which Yodlee and Financial Fusion could be liable for indemnification of other customers would be a factor in any settlement discussions. Counsel for Yodlee and Financial Fusion indicated that they would confer with their clients concerning willingness to discuss the question of indemnification of other customers.

The U.S. District Court of the District of Columbia issued a Markman Order in the so-called *Dow Jones* cases. Counsel indicated that the Order might be relevant to these cases. Counsel for Ablaise promised to send a copy of the Order to me.

I look forward to a productive session.

Very truly yours,

Stephen C. Durant

SCD/tvl

Enclosure

cc:   Clerk's Office-ADR Unit