# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ablaise Ltd., | No. C 07-01995 SBA ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Bank of America Corporation, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) February 4, 2008

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: February 11, 2008

Evaluator, Stephen C. Durant
Novak Druce + Quigg LLP
525 Market St., 37th Fl.
San Francisco, CA 94102

**Certification of ADR Session**
07-01995 SBA ENE