***Counsel listed on signature page***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

YODLEE, INC.,

Plaintiff,

v.

ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,

Defendants.

Case No. C06-07222 SBA

**DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF YODLEE, BANK OF AMERICA, AND FINANCIAL FUSION, INC.'S OPPOSITION TO ABLAISE'S MOTION FOR A CASE MANAGEMENT ORDER**

FINANCIAL FUSION, INC.

Plaintiff,

v.

ABLAISE LTD., and GENERAL INVENTORS INSTITUTE A, INC.

Defendants.

**RELATED CASE**

Case No. C06-02451 SBA

ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.,

Plaintiffs,

v.

BANK OF AMERICA CORPORATION,

Defendant.

**RELATED CASE**

Case No. C07-01995 SBA

LAMBERSON DECL. IN SUPPORT OF YODLEE & BANK OF
LAMBERSON DECL. IN SUPPORT OF OPP. TO ABLAISE'S MOT.
FOR A CASE MANAGEMENT ORDER
Case Nos. C06-07222 SBA, C07-01995 SBA, C06-02451 SBA

I, Jonathan J. Lamberson, declare and state as follows:

1. I am a member of the Bar of the State of California and of this Court. I am an associate at the law firm of Fish & Richardson P.C., counsel of record for Plaintiff Yodlee, Inc. ("Yodlee") and Bank of America Corporation ("BofA"). My business address is 500 Arguello Street, Suite 500, Redwood City, California 94063. I make this declaration based on my own knowledge and would testify to the matters stated herein under oath if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of a letter dated February 6, 2006 from Ablaise Ltd. to Bank of America Corporation.

3. Attached as Exhibit B is a true and correct copy of a letter dated March 24, 2006 from Ablaise Ltd. to First Horizon Bank.

4. Attached as Exhibit C is a true and correct copy of Financial Fusion's Complaint for Declaratory Judgment of Non-Infringement against Ablaise and General Inventors Institute A, Inc., filed on April 6, 2006.

5. Attached as Exhibit D is a true and correct copy of a letter dated April 10, 2006 from Ablaise Ltd. to Compass Bancshares, Inc.

6. Attached as Exhibit E is a true and correct copy of a letter dated July 26, 2006 from Ablaise Ltd. to Bank of America Corporation.

7. Attached as Exhibit F is a true and correct copy of Ablaise's Memorandum in support of Motion to Dismiss, filed on July 26, 2006.

8. Attached as Exhibit G is a true and correct copy of Order Denying Motion to Dismiss, Tentatively Granting Motion to Dismiss Sybase As An Improper Party; And Referring Case for Early Judicial Settlement Conference, entered on September 28, 2006.

9. Attached as Exhibit H is a true and correct copy of Ablaise Ltd. and General Inventions Institute A, Inc. Complaint for Patent Infringement against Bank of America Corporation, filed on August 28, 2006.

10. Attached as Exhibit I is a true and correct copy of Ablaise Ltd. and General Inventions Institute A, Inc.'s First Amended Complaint for Patent Infringement against Bank of America Corporation, filed on October 10, 2006.

11. Attached as Exhibit J is a true and correct copy of Financial Fusion's Motion for Leave to File Second Amended Complaint, filed on November 2, 2006.

12. Attached as Exhibit K is a true and correct copy of Defendant Ablaise and General Inventions' Opposition to Plaintiff's Motion for Leave to File A Second Amended Complaint, filed on November 21, 2006.

13. Attached as Exhibit L is a true and correct copy of Order Granting Motion For Leave to File Second Amended Complaint and Granting Motion to Relate Case, entered on December 18, 2006.

14. Attached as Exhibit M is a true and correct copy of Defendants' Answer to Second Amended Complaint, Counterclaims and Jury Demand, filed on February 5, 2007.

15. Attached as Exhibit N is a true and correct copy of Yodlee's Complaint for Declaratory Judgment of Non-Infringement, Invalidity and Unenforceability, filed on November 21, 2006.

16. Attached as Exhibit O is a true and correct copy of Defendants' Answer to Plaintiff's Complaint, Counterclaims, and Jury Demand, filed on February 5, 2007.

17. Attached as Exhibit P is a true and correct copy of the Joint Case Management Conference Order, entered on September 20, 2007.

18. Attached as Exhibit Q is a true and correct copy of Ablaise and General Inventions Institute A, Inc.'s Disclosure of Asserted Claims and Preliminary Infringement Contentions served on Bank of America Corporation.

19. Attached as Exhibit R is a true and correct copy of Ablaise and General Inventions Institute A, Inc.'s Disclosure of Asserted Claims and Preliminary Infringement Contentions served on Yodlee, Inc.

20. Attached as Exhibit S is a true and correct copy of Ablaise and General Inventions Institute A, Inc.'s Disclosure of Asserted Claims and Preliminary Infringement Contentions served on Financial Fusion, Inc.

21. Attached as Exhibit T is a true and correct copy of Plaintiffs' Brief in Opposition to Defendant Bank of America Corporation's Motion to Stay, filed on January 25, 007.

22. Attached as Exhibit U is a true and correct copy of Joint Case Management Conference Statement; [Proposed] Order, filed on September 6, 2007.

23. Attached as Exhibit V is a true and correct copy of the Scheduling Order in the *Dow Jones v. Ablaise* litigation, entered on November 3, 2006.

Dated: February 26, 2008

/s/ Jonathan J. Lamberson
Jonathan J. Lamberson

David M. Barkan (CSB No. 160825
barkan@fr.com)
Craig R. Compton (CSB No. 215491
compton@fr.com)
Jonathan J. Lamberson (CSB No. 239107
lamberson@fr.com)
Christina D. Jordan (CSB No. 245944
jordan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Plaintiffs, YODLEE, INC. and Defendant BANK OF AMERICA CORP

Linda J. Thayer (CSB No. 195115
Linda.thayer@finnegan.com)
Gerald F. Ivey (Admitted *Pro Hac Vice*
gerald.ivey@finnegan.com)
Lily Lim (CSB No. 214536
lily.lim@finnegan.com)
Jeffrey E. Danley (CSB No. 238316
jeff.danley@finnegan.com)
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California 94304-1203
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Attorneys for Plaintiff, FINANCIAL FUSION, INC.

50467298.doc