# EXHIBIT A

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
THOMAS G. SCAVONE
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602-4515

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

ROBERT P. GREENSPOON
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
PAUL C. GIBBONS
WILLIAM W. FLACHSBART
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN

February 6, 2006

**FEDERAL EXPRESS**

Mr. Kenneth D. Lewis
President and Chief Executive Officer
Bank of America Corporation
100 North Tryon St.
Suite 220
Charlotte, North Carolina 28255

  Re: *Ablaise Ltd. – United States Patent No. 6,961,737*

Dear Mr. Lewis:

  We represent Ablaise Ltd., a U.K. Corporation, the owner of United States Patent No. 6,961,737 ("the '737 patent") and other related United States and foreign patents and patent applications.

  The '737 patent is directed, generally, to technology implemented on the internet. It is more specifically directed to systems and methods for the dynamic generation of varying formatted web pages, using preferences to personalize the viewed pages. The invention was developed in the early to mid 1990s and represents a pioneering innovation in internet technology.

  The enclosed multimedia package includes a copy of the '737 patent and its file history, together with background information on Ablaise and the '737 patent inventors.

  In 2005, Ablaise initiated a licensing program in the United States and has now granted licenses to a number of major United States companies under one or more of its patents. Current licensees include: CDW Corporation, Citigroup Corporation, Salesforce.com and Shopping.com, just to name a few. We are writing now to extend a license offer to Bank of America as well.

Mr. Kenneth D. Lewis
February 6, 2006
Page 2 of 2

After careful study, Ablaise has determined that the militarybank.bankofamerica.com website practices the inventions claimed in the '737 patent. Our analysis indicates that Bank of America's infringement is not merely incidental; rather, the website implements core features that rely substantially on the '737 patent technology. A representative infringement analysis for Claim 1 of the '737 patent is set out in the multimedia package. However, the militarybank.bankofamerica.com website infringes a number of other '737 patent claims, as well. Ablaise is confident that upon review of the militarybank.bankofamerica.com website in light of the '737 patent, as well as the enclosed materials, Bank of America will arrive at a similar conclusion.

Ablaise is prepared to offer a license under the '737 patent on terms which are, by any measure, fair and reasonable. The value of the license depends, in part, on the extent to which Bank of America makes use of the patented technology in its website, the user volume which the site experiences, and the revenues generated from or attributable to the use of the site. Other factors may also be relevant. For example, non monetary benefits derived from operation of the site may be important to a proper valuation of the license. We recognize, however, that much of this information may be highly sensitive and that Bank of America may choose not to share it with us. It may also prove difficult and costly to determine, verify, audit and report such information on a continuing basis. For these reasons, Ablaise is willing, in some circumstances, to forego a continuing royalty calculated as a percentage of website derived revenue and to accept, instead, an annual or one time lump sum payment. To that end, we are also enclosing copies of Ablaise's standard lump sum and continuing royalty license agreements.

As you will see, Ablaise has devoted substantial time and effort in the preparation of these materials for your review and consideration. It is a matter of utmost importance to Ablaise, and we ask that you respond at your very earliest convenience, but in any event no later than February 28, 2006.

Sincerely yours,

Thomas G. Scavone

Enclosures

cc: Mark Bernstein
    Ablaise