# EXHIBIT B

MAR-28-2006  15:59        FIRST TENNESSEE                                              P.03

## NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
THOMAS G. SCAVONE
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS

181 WEST MADISON STREET · SUITE 4600

CHICAGO, ILLINOIS 60602-4515

TELEPHONE (312) 236-0733

FACSIMILE (312) 236-3137

ROBERT P. GREENSPOON
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
PAUL C. GIBBONS
WILLIAM W. FLACHSBART
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN

COPY

March 24, 2006

**VIA FEDERAL EXPRESS**

James P. Googe, Jr.
Senior Vice President & Counsel
First Horizon National Corporation
165 Madison Avenue
Memphis, Tennessee 38103

Re:  *First Horizon – Ablaise Ltd. (US Patent No. 6,961,737)*

Dear Mr. Googe:

We are writing further to our February 7, 2006 letter addressed to Mr. Ken Glass.

Since receiving your February 16, 2006 letter, we have not heard further from First Horizon. This is troubling and, in the absence of some response, we will have no recourse but to initiate a suit for patent infringement.

Please contact me at your earliest convenience.

Sincerely yours,

*Tom Scavone (mm)*

Thomas G. Scavone

TGS:mm
cc:  Mark Bernstein (by email)
     Ablaise