# EXHIBIT E

# NIRO, SCAVONE, HALLER & NIRO

RAYMOND P. NIRO
THOMAS G. SCAVONE
TIMOTHY J. HALLER
WILLIAM L. NIRO
JOSEPH N. HOSTENY, III
ROBERT A. VITALE, JR.
JOHN C. JANKA
PAUL K. VICKREY
DEAN D. NIRO
RAYMOND P. NIRO, JR.
PATRICK F. SOLON
ARTHUR A. GASEY
CHRISTOPHER J. LEE
DAVID J. SHEIKH
VASILIOS D. DOSSAS

181 WEST MADISON STREET - SUITE 4600

CHICAGO, ILLINOIS 60602 - 4515

————

TELEPHONE (312) 236 - 0733

FACSIMILE (312) 236 - 3137

July 26, 2006

ROBERT P. GREENSPOON
SALLY WIGGINS
RICHARD B. MEGLEY, JR.
MATTHEW G. McANDREWS
PAUL C. GIBBONS
WILLIAM W. FLACHSBART
BRADY J. FULTON
GREGORY P. CASIMER
DOUGLAS M. HALL
DINA M. HAYES
FREDERICK C. LANEY
DAVID J. MAHALEK
KARA L. SZPONDOWSKI
ROBERT A. CONLEY
ERIC J. MERSMANN

**Email: michael.a.springs@bankofamerica.com**

Michael Springs, Esq.
Bank of America
101 South Tryon Street
Charlotte, North Carolina 28255
Mail Stop No. NC 1-002-29-01

     Re:    *Ablaise, Ltd.*

Dear Mike:

As you know, we first wrote to Bank of America ("B of A") in February of this year advising that the B of A web site, and particularly the militarybank.com portion of the site, was utilizing technology covered by the '737 patent owned by our client, Ablaise Ltd. With our letter, we proposed that B of A accept a license under our client's patents.

Since that initial letter, the Ablaise technical staff has revisited the B of A site and discovered yet another infringing functionality. We have reviewed our client's findings and confirmed that the "My Portfolio" facility of the B of A site does practice the method recited in claim 1 of the '737 patent.

As you requested in our last phone call, we are writing now to provide our analysis and to explain why "My Portfolio" infringes claim 1 of the '737 patent. We also enclose selected screen shots from the B of A site to illustrate some of the site's relevant functionality.

The Ablaise technical staff has identified the following steps performed by the B of A server when a bank customer uses the My Portfolio facility:

1. A standard Java based user identifier (a cookie) is read by the server and enables the server to lookup preferences for the specific customer stored server-side in a user database.

Michael Springs, Esq.
July 26, 2006
Page 2 of 2

   2.   The user preferences include the customer's selection of specific portal modules.   See, for example, the "Expense Manager," "Rewards" and Net Worth" modules illustrated in the captured screen shots.

   3.   A format identifier, from either the user database or other server accessible location, is received at the server.   This format identifier allows the various portal modules to be oriented in the manner (*i.e.* one or two column views) selected by the customer.   Differing module formatting and the steps followed for customer format selection are also illustrated in the captured screen shots.

   4.   In response to a request for content from the bank customer, the B of A server retrieves the user's preferences, format requirements and requested content and then selects the stored functions (*i.e.* code)   necessary to generate the viewable data for transmission to and display at the customer's browser.

   Since B of A continues to implement the '737 patented technology on its site, we once again ask that you give careful consideration to the license proposal forwarded with our original letter.

   We look forward to hearing from you in the near future.

                                        Sincerely yours,

                                        Thomas G. Scavone

TGS/ss
Enclosures

cc:    Ablaise (by email)





Customize My Portfolio - Microsoft Internet Explorer

File Edit View » Address https://allmyaccounts.bankofamerica.com/newarch/customize.bofa.do?csit=Y3NpdF9rZXk6V Go

Back Search Favorites

Bank of America Higher Standards

Online Banking

Search - Locations - Mail - Help - Sign Off

Accounts | Bill Pay & e-Bills | Transfer Funds | Investments | Customer Service

Is the size of the text too small?
Learn how to adjust text size.

My Portfolio Overview

## Customize My Portfolio

Select from the list below to view and manage your preferences and settings.

**Customize My Portfolio Page**

- Add/Remove Modules
- Change Layout

« Back to My Portfolio Overview

**Secure Area**

Accounts • Bill Pay & e-Bills • Transfer Funds • Investments • Customer Service
Search • Locations • Mail • Help • Site Map • Sign Off

Bank of America, N.A. Member FDIC. Equal Housing Lender
© 2004 Bank of America Corporation. All rights reserved.

(1 item remaining) Opening page https://allmyaccounts.bankofamerica.com/ne Internet

Add/Remove Modules - Microsoft Internet Explorer

File    Edit    View »    Address https://allmyaccounts.bankofamerica.com/newarch/changecontent.bofa.do?csit=Y3NpdF9r2    Go

Back ▾    Search    Favorites

**Bank of America** 〰 **Higher Standards**

**Online Banking**

Search · Locations · Mail · Help · Sign Off

Accounts    Bill Pay & e-Bills    Transfer Funds    Investments    Customer Service

Is the size of the text too small?
Learn how to adjust text size.

My Portfolio Overview

## Add/Remove Modules

### Add/Remove Modules

Check or uncheck boxes to choose which modules you want to display on your dashboard.

☑ **E-mail**
Preview recently-received email messages across all your email accounts.

☑ **News**
View news headlines from your favorite sources.

☑ **Investment Manager**
View all of your investment holdings across multiple institutions.

☑ **Other Accounts**
Access securely stored login information for other supported sites like online calendars, travel reservation sites, online shopping sites and more.

☑ **Expense Manager**
Track your daily expenses and payments across all of your banking and credit card accounts.

☑ **Net Worth**
View all of your assets and liabilities, across categories and financial institutions.

☑ **Rewards**
View all of your rewards balances and securely store your login information.

[ Update Modules Displayed ]        [ « Back to Customize My Portfolio ]

🔒 **Secure Area**

Accounts · Bill Pay & e-Bills · Transfer Funds · Investments · Customer Service
Search · Locations · Mail · Help · Site Map · Sign Off

Bank of America, N.A. Member FDIC. Equal Housing Lender 🏠
© 2004 Bank of America Corporation. All rights reserved.

Internet





My Portfolio Overview - Microsoft Internet Explorer

File   Edit   View   »   Address https://allmyaccounts.bankofamerica.com/newarch/home.bofa.do?csit=Y3NpdF9rZXk6Y0xp   Go

Back   Search   Favorites

Jump to:   Rewards | Net Worth | News | E-mail | Investment Manager | Other Accounts | Expense Manager

**Rewards**                                    help          **Other Accounts**                          help

The Rewards module allows you to view point and mileage     The Other Accounts module allows you to access securely
balances for your reward programs.                          stored login information for a variety of sites.

Add more Rewards accounts      Add more Order Summaries, Auctions, Calendars & Reminders or
                                                                            other accounts

**Net Worth**       refresh | edit | chart | help     **Expense Manager**        refresh | edit | help

| Banking | |
|---|---|
| Bank of America (All except CA,WA & ID) | $200.00 |
| chart | refresh · Last refreshed 13 minutes ago. | |
| • MyAccess Checking-2847 | $200.00 |
| **Total Banking** | **$200.00** |

These transactions are from the last 1 week: change time period >>

| Date | Description | Account |
|---|---|---|
| Bank of America (All except CA,WA & ID) | | |
| chart | refresh · Last refreshed 13 minutes ago. | | |
| You have no new transactions from the past 1 week. | | |

| Investments | |
|---|---|
| Hypothetical Credit Union – Member View add this account | N/A |
| **Total Investments** | **N/A** |

| **Total Banking Withdrawals in Last 1 week** (accounts in USD) | **$0.00** |
| **Total Banking Deposits in Last 1 week** (accounts in USD) | **$0.00** |

| **Total Assets** | **$200.00** |
| **Total Net Worth** | **$200.00** |

Add more Banking or Credit Cards accounts

Investment account balances are calculated using quote data delayed up to 20 minutes and provided by Hypothetical.
Unvested balances are not included in the Account Balance totals.

**Add more Banking, Credit Cards, Investments or other accounts**

**News**                                         help

| ☐ Wall Street Journal | ☐ CNNfn |
|---|---|
| ☐ USA TODAY | ☐ ESPN.com |

Add Selected Accounts

(5 items remaining) Opening page https://allmyaccounts.bankofamerica.com/n        Internet