# EXHIBIT I

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 06-530-SLR ) ) **JURY TRIAL DEMANDED** ) ) ) ) |

## FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT

For their First Amended Complaint, Plaintiffs, Ablaise Ltd. ("Ablaise") and General Inventions Institute A, Inc. ("GIIA") (Ablaise and GIIA are collectively referred to herein as "Plaintiffs"), complain of defendant Bank of America Corporation ("BofA") as follows:

1. This is a claim for patent infringement and arises under the patent laws of the United States, Title 35 of the United States Code. This Court has original jurisdiction over the subject matter of this amended complaint under 28 U.S.C. § 1338(a).

2. Ablaise is a British corporation.

3. GIIA is a British Virgin Islands corporation.

4. BofA is a Delaware corporation having a place of business at 100 North Tryon Street, Suite 220, Charlotte, North Carolina 28255. Its registered agent in this state for service of process is The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801.

5. Plaintiffs own and have standing to sue for infringement of United States Patent No. 6,961,737 ("the '737 patent") (Ex. A), entitled, "Serving Signals" and United States Patent No. 6,295,530 ("the '530 patent") (Ex. B), entitled, "Internet Service of Differently Formatted Viewable Data Signals Including Commands for Browser Execution."

6. The '737 patent was duly and legally issued by the United States Patent and Trademark Office on November 1, 2005.

7. The '530 patent was duly and legally issued by the United States Patent and Trademark Office on September 25, 2001.

8. BofA has infringed one or more claims of the '737 patent and the '530 patent by making, using, and operating its bankofamerica.com and related websites throughout the United States, including this judicial district.

9. BofA has continued to engage in its infringing activities even after receiving notice of the '737 patent and the '530 patent and its infringement of such patents.

10. BofA's infringement of the '737 patent and the '530 patent will continue unless enjoined by this Court.

11. Plaintiffs have been damaged by the infringing acts of BofA.

12. Plaintiffs will continue to be damaged unless and until BofA is restrained from its infringing acts by this Court.

WHEREFORE, Plaintiffs demand judgment against BofA, including BofA's affiliates, officers, agents, servants, employees, and all persons in active concert or participation with them, as follows:

A. A preliminary and permanent injunction prohibiting BofA from further acts of infringement of the '737 patent and the '530 patent;

B. An award to Plaintiffs of such damages as they shall prove at trial against BofA, after a full accounting of all damages that Plaintiffs have suffered as a result of BofA's unlawful conduct, said damages to be no less than a reasonable royalty;

C. An award to Plaintiffs of all damages so determined for willful infringement, in accordance with 35 U.S.C. § 284, together with prejudgment interest;

D. A determination that this case is exceptional within the meaning of 35 U.S.C. § 285, and an award to Plaintiffs of the costs of this action and reasonable attorneys' fees; and

E. Such other relief as this Court and/or a jury may determine to be proper and just.

## JURY DEMAND

Plaintiffs hereby demand a jury trial on all issues triable to a jury in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Benjamin J. Schladweiler*
_____
Thomas C. Grimm (#1098)
Benjamin J. Schladweiler (#4601)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
tgrimm@mnat.com
bschladweiler@mnat.com
(302) 658-9200
*Attorneys for Plaintiffs Ablaise Ltd.*
*and General Inventions Institute A, Inc.*

OF COUNSEL:

Thomas G. Scavone
Matthew G. McAndrews
NIRO, SCAVONE, HALLER & NIRO
181 W. Madison Street, Suite 4600
Chicago, IL 60602
(312) 236-0733

October 10, 2006
540877

3

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2006, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following: William J. Marsden, Jr.

I also certify that on October 10, 2006, I caused to be served true and correct copies of the foregoing document on the following in the manner indicated below:

**BY HAND**

William J. Marsden, Jr.
FISH & RICHARDSON, P.C.
919 Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE  19899-1114

*/s/ Benjamin J. Schladweiler*

Benjamin J. Schladweiler (#4601)
bschladweiler@mnat.com

540877