# EXHIBIT P

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3          OAKLAND DIVISION

4   FINANCIAL FUSION, INC.,                          CASE NO. C06-02451 SBA

5                        Plaintiff,                  **JOINT CASE MANAGEMENT CONFERENCE ORDER**

6               v.

7   ABLAISE LTD., and GENERAL INVENTIONS
    INSTITUTE A, INC.

8
                         Defendants.
9

10  YODLEE, INC.,                                    **RELATED CASE**

11                       Plaintiff,                  CASE NO. C06-07222 SBA

12              v.

13  ABLAISE LTD., and GENERAL INVENTIONS
    INSTITUTE A, INC.
14
                         Defendants.
15

16  ABLAISE LTD., and GENERAL INVENTIONS            **RELATED CASE**
    INSTITUTE A, INC.
17                                                   CASE NO. C07-01995 SBA
                         Plaintiffs,
18
                v.
19
    BANK OF AMERICA CORPORATION,
20
                         Defendant.
21

22

23

24

25

26

27

28

| Case Event | Date |
|---|---|
| Parties will establish agreed upon procedures for production of documents pursuant to Pat. LR 3-2. | October 10, 2007 |
| Preliminary Infringement Contentions, per Pat. LR 3-1 and 3-2 | November 1, 2007 |
| Preliminary Invalidity Contentions, per Pat. LR 3-3 and 3-4 | December 17, 2007 |
| Exchange Proposed Terms for Claim Construction, per Pat. LR 4-1 | January 7, 2008 |

| Exchange Preliminary Claim Constructions and Extrinsic Evidence, per Pat. LR 4-2 | January 28, 2008 |
|---|---|
| Joint Claim Construction Statement, per Pat. LR 4-3 | February 25, 2008 |
| Claim Construction Discovery Ends, per Pat. LR 4-4 | March 26, 2008 |
| Accused Parties serve Opening Claim Construction Brief, per Pat. LR 4-5 | April 10, 2008 |
| Ablaise serves Responsive Claim Construction Brief, per Pat. LR 4-5 | April 24, 2008 |
| Accused Parties serve Reply Claim Construction Brief for First Phase of Hearings, per Pat. LR 4-5 | May 1, 2008 |
| Tutorial and Markman Hearing | May 28, 2007 @ 9:00 A.M for 4.0 hours |
|  |  |
| Case Management Conference Immediately Following *Markman* Hearing |  |

**ORDER**

ORDERED this 20th day of September, 2007.

_____

The Honorable Saundra B. Armstrong
United States District Judge