# EXHIBIT Q

1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:   (415) 276-6500
   Facsimile:   (415) 276-6599
4  E-Mail:       martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D. California Bar
   JAKE M. HOLDREITH, Admitted Pro Hac Vice
6  CYRUS A. MORTON, Admitted Pro Hac Vice
   TREVOR J. FOSTER, Admitted Pro Hac Vice
7  SETH A. NORTHROP, Admitted Pro Hac Vice
   PATRICK M. ARENZ, Admitted Pro Hac Vice
8  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   2800 LaSalle Plaza
9  800 LaSalle Avenue
   Minneapolis, MN 55402
10 Telephone:   (612) 349-8500
   Facsimile:   (612) 339-4181
11 E-Mail:       camorton@rkmc.com

12 Attorneys for Defendants
   Ablaise Ltd. and General Inventions Institute A, Inc.

13

14                 UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                      OAKLAND DIVISION

17

18 FINANCIAL FUSION, INC,                    CASE NO.  C06-02451 SBA

19                Plaintiff,                 **ABLAISE LTD. AND GENERAL
                                             INVENTIONS INSTITUTE A, INC.'S
20 v.                                        DISCLOSURE OF ASSERTED CLAIMS
                                             AND PRELIMINARY INFRINGEMENT
21 ABLAISE LTD., and GENERAL                 CONTENTIONS**
   INVENTIONS INSTITUTE A, INC.
22
                  Defendants.
23
   YODLEE, INC.,                             **RELATED CASE**
24
                  Plaintiff,
25
   v.                                        CASE NO.  C06-07222 SBA
26
   ABLAISE LTD., and GENERAL
27 INVENTIONS INSTITUTE A, INC.

28                Defendants.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | **RELATED CASE**<br><br><br>CASE NO.  C06-001995 SBA |

Pursuant to Rule 3-1 of the Patent Local Rules of the Northern District of California, Plaintiff Ablaise Ltd. and General Inventions Institute A, Inc. ("Ablaise") submits its Disclosure of Asserted Claims and Preliminary Infringement Contentions to the Defendant Bank of America Corp. ("Bank of America").  Ablaise's initial disclosures are based on the information available to it at this time.  Ablaise has not had any discovery from Bank of America regarding the design or operation of its websites, which includes information maintained internally at Bank of America and not readily available to the public.  Ablaise, therefore, reserves the right to supplement or amend these contentions herein based on additional information obtained through formal discovery or other means.  In particular, Ablaise reserves the right to amend these contentions if discovery or other means show any portion(s) of Bank of America's website(s) (or any other websites or portions thereof) operates in a substantially similar manner to any of the accused websites or portions of websites.

## I.    ASSERTED CLAIMS (Patent Local Rule 3-1(a))

Ablaise asserts that Bank of America infringes United States Patent No. 6,961,737 claims 1, 2, 3, 4, 5, and 6.  These claims are asserted based on information available at this time.  Ablaise specifically reserves the right to amend these contentions after Bank of America provides discovery.

## II.    ACCUSED INSTRUMENTALITY (Patent Local Rule 3-1(b))

Ablaise asserts that at least two of Bank of America's websites infringe United States Patent No. 6,961,737.  The two infringing websites are:

CONFIDENTIAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    https://www.bankofamerica.com/index.jsp

2    https://militarybankonline.bankofamerica.com/efs/servlet/military/login.jsp

3    The following portions of those websites infringe the following claims.

4        1.     https://www.bankofamerica.com/index.jsp

5            A.     The Bill Pay Overview page, available at:

6    https://bills.bankofamerica.com/wps8207/wps?oss=-820a0f7f55ad6c5a9bde88b53b6749b5&rq=ov

7    &osn=820a0f7f55ad6c5a9bde88b53b6749b5&lgrd=Y&sp=8207

8               The Bill Pay Overview page infringes claims 1, 2, 3, 4, 5, and 6.

9            B.     The Customize Bill Pay Overview page, available at:

10   https://bills.bankofamerica.com/wps8207/wps?rq=customize&sp=8207&oss=820a0f7f55ad6c5a9

11   bde88b53b6749b5

12              The Customize Bill Pay Overview page infringes claims 1, 2, 3, 4, 5, and 6.

13           C.     A user's My Portfolio Overview page, available at:

14   https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do;jsessionid=ZS3wdaM

15   bN25GOnyYxr?view=dashboard&c=csit_key%3AFVN35Y6cfAcmWQVkS3CTP%2Fe4gGc%3

16   D&l=view:u:s

17              The My Portfolio Overview page infringes claims 1, 3, 4, and 6.

18           D.     The "Preferences" tab on the Settings page for the user's My Portfolio

19   Overview page, available at:

20   https://allmyaccounts.bankofamerica.com/moneycenter/editModules/show.bofa.do?c=csit_key%3

21   AHxvzBwD%2BferOPDehWJ0Sji6Xges%3D&l=u:s

22              The "Preferences" tab on the Settings page for the user's My Portfolio

23   Overview page infringes claims 1, 3, 4, and 6.

24           E.     The "Preferences" tab including the "Change Layout" feature on the

25   Settings page for the user's My Portfolio Overview page, available at:

26   https://allmyaccounts.bankofamerica.com/moneycenter/changeLayout/show.bofa.do?c=csit_key

27   %3AbAEi0AzviZXdMF%2FWyu0RxREGens%3D&l=u:s

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1　　　　　　　The "Preferences" tab including the "Change Layout" feature on the

2　Settings page for the user's My Portfolio Overview page infringes claims 1, 3, 4, and 6.

3　　　　　2.　　https://militarybankonline.bankofamerica.com/efs/servlet/military/login.jsp

4　　　　　　　A.　　A user's Financial News tab on the Military Bank Online website,

5　available at:

6　https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal.jsp

7　　　　　　　　　A user's Financial News tab on the Military Bank Online website infringes

8　claims 1, 3, 4, and 6.

9　　　　　　　B.　　The Edit Layout page on the Military Bank Online website, available at:

10　https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal-layout.jsp

11　　　　　　　The Edit Layout page on the Military Bank Online website infringes

12　claims 1, 3, 4, and 6.

**III.　INFRINGEMENT CLAIM CHARTS (Patent Local Rule 3-1(c))**

The following charts are based on information currently available to Ablaise. Ablaise's infringement claim charts for the '737 patents are attached as Exhibits A, B, and C. Ablaise may need to supply additional charts after Bank of America has complied with discovery.

**IV.　TYPE OF INFRINGEMENT (Patent Local Rule 3-1(d))**

Ablaise contends that each element of the asserted claims is literally present in the accused instrumentality. Should any element of the asserted claims be found not literally present, Ablaise contends that any such element would be infringed under the doctrine of equivalents.

**V.　PRIORITY TO EARLIER APPLICATIONS (Patent Local Rule 3-1(e))**

The patents in suit are entitled to the priority date of United Kingdom Patent Application 9509828 filed May 15, 1995. It is Ablaise's position that all of the asserted claims are entitled to this priority date.

**VI.　COMMERCIAL EMBODIMENT (Patent Local Rule 3-1(f))**

Ablaise does not currently intend to rely on whether any Ablaise apparatus, product, device, process, method, act or other instrumentality practices the asserted claims.

DATED:  November 1, 2007

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:

Ronald J. Schutz, Esq.
Jake H. Holdreith, Esq.
Cyrus A. Morton, Esq.
Trevor J. Foster, Esq.
Patrick M. Arenz, Esq.

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN  55402-2015
612-349-8500

**DAVIS WRIGHT TREMAINE LLP**

Martin L. Fineman, Esq.
(CA State Bar No.104413)

505 Montgomery Street
Suite 800
San Francisco, California  94111
415-276-6500

**ATTORNEYS FOR ABLAISE LTD. AND
GENERAL INVENTORS INSTITUTE A, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2007, I have caused to be served true and correct copies of the following documents:

- Ablaise's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Bank of America)

- Ablaise's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Yodlee)

- A CD containing bates numbers AB0000001 - AB0000881 (via U.S. Mail only).

on the following in the manner indicated below:

### ALL BY E-MAIL & U.S. MAIL

David Barkan, Esq.                                *Attorney for Plaintiff*
Fish & Richardson P.C.                       Yodlee
500 Arguello Street                              *Attorney for Defendant*
Redwood City, CA 95063                   Bank of America

Martin L. Fineman, Esq.                     *Attorney for Plaintiff/Defendant*
Davis Wright Tremaine LLP              Ablaise
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

Patrick M. Arenz

ATTORNEYS FOR ABLAISE LTD. AND
GENERAL INVENTIONS INSTITUTE A, INC.

# EXHIBIT A

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| Claim element identifier | Claim Language | Operation of Bank of America's Military Bank Online, Financial News Webpage |
|---|---|---|
| 1. (preamble) | 1. A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises<br><br>content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page,<br><br>and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data,<br><br>said method comprising: | Bank of America practices a method for serving pages of viewable data to browsing devices with their Military Bank Online, Financial News server. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics.<br><br><br><br>An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737

| | | |
|---|---|---|
| | | The content data is highlighted.<br><br>`<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span class="portaltitlenews">`Headline News`</span></td>` |
| 1.A | identifying requests from browsing devices that define a request for specified content data; | Bank of America employs a method that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "Financial News" webpage.<br><br>URL: https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal.jsp<br><br> |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

| 1.B | storing content data; | Bank of America employs a method that stores content data that it serves to users who request the "Financial News" webpage. Examples of "content data" stored by Bank of America include the text, *Headline News* And *Business News* This can be seen on the "Financial News" webpage when displayed at a browsing device. |
|-----|------------------------|----------------|
| 1.C | storing executable functions; | Bank of America employs a method that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 1.D | maintaining a user database comprising information relating to user preferences; | Bank of America employs a method that maintains a database of user information, the information related to user preferences (both content and formatting preferences). Since this is a demo version of the page, the user in this example is "demo" The user can specify their preference for the location of modules within the Financial News page, including the "Headline News" and "Business News" modules (as well as additional modules). The user can also specify the content (which modules will appear) on their "Financial News" page. These preferences would be stored by the Financial News server allowing the user to see those preferences upon subsequent visits to their "Financial News" page. The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "Financial News" webpage. |

MP3 20247384.1

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**



User can move modules up or down or choose to add or remove modules in both the left and right columns.

For example, the user can select the categories "Business News" from the Left Column Content list and can click the "up" link. When the user clicks the "up" link the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.MoveUp" with a value of "NEWSBUSINESS" and "selectedwides" with a value of "NEWSBUSINESS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content in their desired layout on subsequent visits to their "Financial News" personalized webpage.

URL:
https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.MoveUp=NEWSBUSINESS&selectedwides=NEWSBUSINESS&random=0.8013961156708853

POST data:
PortalItems.MoveUp=NEWSBUSINESS

MP3 20247384.1

|  |  | selectedwides=NEWSBUSINESS<br>random=0.8013961156708853<br><br><br>To specify which modules to display on their "Financial News" webpage, the user can make content selections on the "Edit Layout" page shown above.  For example, the user can select the "Stock Portfolio" item in the Left Column Content list and click the "remove" link. When the user clicks the "remove" link the following URL request is sent to  Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.Remove" with a value of "STOCKS" and "selectedwides" with a value of "STOCKS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "Financial News" personalized webpage.<br><br> URL:<br>https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.Remove=STOCKS&selectedwides=STOCKS&random=0.7052622468695134<br><br>POST data:<br>PortalItems.Remove=STOCKS<br>selectedwides=STOCKS<br>random=0.7052622468695134<br><br><br>The resulting "Financial News" page has the module "Business News" at the top and no longer contains the "Stocks" module. |
|---|---|---|

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737

| | | |
|---|---|---|
| | |  |
| 1.E | and in response to identifying a request for specified content data and a user identifier; | Bank of America employs a method that identifies a request for content data and a user identifier.<br><br>When the user "Demo" initiates a request for the "Financial News" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:      https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalRefresh<br><br>Cookie data:<br>BOA_0020=20071023:0:E:00045C73-7831-171E-8F0E8310197B0000<br>BOA_COM_BT_ELIGIBLE=No<br>throttle_value=100<br>JSESSIONID=0000TNtjRs7vzacALmLUAlRXsUs:129degmk8 |

| 1.E(a) | (a) reading user preference information from said user database in response to a received user identifier; | Bank of America employs a method that reads the user's preferences in response to the received user identifier. For example, the server reads that the "demo" user has a preference for the "Business News" module to appear at the top of the page and for only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" to be included in the Left Column on the "Financial News" page as illustrated at element 1.D, supra.<br><br> |
|---|---|---|
| 1.E(b) | (b) selecting stored content data in dependence upon the content data specified in a received request; | Bank of America employs a method that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified is the "Financial News" webpage. |
| 1.E(c) | (c) receiving format identifiers identifying the type of formatting required; | Bank of America employs a method that receives format identifiers which identify the type of formatting required.<br>After a user has customized their "Financial News" webpage, the server utilizes format identifiers associated with that user to enable the |

|  |  | server to serve to the "Demo" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
|---|---|---|
| 1.E(d) | (d) selecting a set of stored functions in dependence upon a received format identifier and said read user information; | Bank of America employs a method that selects functions in dependence upon the format identifier and read user information. For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "Financial News" page with the "Business News" module in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear within the "Financial News" webpage as illustrated at element 1.D, supra. |
| 1.E(e) | and (e) executing said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a method that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags). The Bank of America server will execute one or more functions to serve a page with the "Business News" module at the top of the webpage and will execute one or more different functions to serve a page with the "Headline News" module located at the top of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules (described at element 1.D, supra). |

| The "Business News" module at the top of the page and only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" included in the Left Column on the "Financial News" page | The "Headline News" module at the top of the page and only the "Headline News," "Business News," "Military News," "Weather", "Sports News" and "Stock Portfolio" included in the Left Column on the "Financial News" page |
|---|---|

Confidential        Page 8

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable. The content data is highlighted. The HTML <td> tag and its attributes shown below and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <td> tag along with the attribute valing= "middle" preceding the text "Headline News" specifies the vertical alignment of the cell content, in this case the text "Headline News."

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
```

The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled).

MP3 20247384.1

11/1/2007

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737



| | | |
|---|---|---|
| | | Headline News — Number of headlines to show has not been specified. Click Edit to select the number of headlines to show. |
| 3 | 3. A method as in claim 1 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.

This excerpt from the source code from the "Financial News" page indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">

<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en">
<head>
<meta name="GOOGLEBOT" content="NOSNIPPET" />
<meta name="GOOGLEBOT" content="NOARCHIVE" />
<meta http-equiv="Content-Type" content="text/html; charset=ISO-8859-1" />

          ….
```

As indicated in section 1.E(e), the HTML <td> tag and its attributes are used to ensure the location of content data.

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
```

The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled). |
| 4(preamble) | 4. A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or | Bank of America employs a serving device for serving pages of viewable data to browsing devices with their Military Bank Online, Financial News server. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics. |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No.6,961,737

| | | |
|---|---|---|
| | graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data, said serving device comprising: | 

An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. The content data is highlighted.

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
```
|
| 4.A | identifying means for | Bank of America employs a serving device that identifies requests from browsing devices that define a request for specified content |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

| | identifying requests from browsing devices that define a request for specified content data; | data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "Financial News" webpage.

URL: https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal.jsp

 |
|---|---|---|
| 4.B | data storage means storing content data; | Bank of America employs a serving device that stores content data that it serves to users who request the "Financial News" webpage.

Examples of "content data" stored by Bank of America include the text,

And      *Headline News*

         *Business News* |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| | | |
|---|---|---|
| | | This can be seen on the "Financial News" webpage when displayed at a browsing device. |
| 4.C | function storage means storing executable functions; | Bank of America employs a serving device that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 4.D | a user database comprising information relating to user preferences; | Bank of America employs a serving device that maintains a database of user information, the information related to user preferences (both content and formatting preferences).<br><br>Since this is a demo version of the page, the user in this example is "demo" The user can specify their preference for the location of modules within the Financial News page, including the "Headline News" and "Business News" modules (as well as additional modules). The user can also specify the content (which modules will appear) on their "Financial News" page. These preferences would be stored by the Financial News server allowing the user to see those preferences upon subsequent visits to their "Financial News" page.<br><br>The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "Financial News" webpage.<br><br><br><br>User can move modules up or down or choose to add or remove modules in both the left and right columns. |

MP3 20247384.1

11/1/2007

For example, the user can select the categories "Business News" from the Left Column Content list and can click the "up" link. When the user clicks the "up" link the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.MoveUp" with a value of "NEWSBUSINESS" and "selectedwides" with a value of "NEWSBUSINESS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content in their desired layout on subsequent visits to their "Financial News" personalized webpage.

URL:
https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.MoveUp=NEWSBUSINESS&selectedwides=NEWSBUSINESS&random=0.8013961156708853

POST data:
PortalItems.MoveUp=NEWSBUSINESS
selectedwides=NEWSBUSINESS
random=0.8013961156708853

To specify which modules to display on their "Financial News" webpage, the user can make content selections on the "Edit Layout" page shown above. For example, the user can select the "Stock Portfolio" item in the Left Column Content list and click the "remove" link. When the user clicks the "remove" link the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.Remove" with a value of "STOCKS" and "selectedwides" with a value of "STOCKS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "Financial News" personalized webpage.

URL:
https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.Remove=STOCKS&selectedwides=STOCKS&random=0.7052622468695134

POST data:
PortalItems.Remove=STOCKS
selectedwides=STOCKS
random=0.7052622468695134

The resulting "Financial News" page has the module "Business News" at the top and no longer contains the "Stocks" module.

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



| | | |
|---|---|---|
| 4.E | and processing means configured such that, in response to said identifying means identifying a request for specified content data and a user identifier, said processing means; | Bank of America employs a serving device that identifies a request for content data and a user identifier.<br><br>When the user "Demo" initiates a request for the "Financial News" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:     https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalRefresh<br><br>Cookie data:<br>BOA_0020=20071023:0:E:00045C73-7831-171E-8F0E8310197B0000<br>BOA_COM_BT_ELIGIBLE=No<br>throttle_value=100<br>JSESSIONID=0000TNtjRs7vzacALmLUAlRXsUs:129degmk8 |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737

| 4.E(a) | (a) reads user preference information from said user database in response to a received user identifier, | Bank of America employs a serving device that reads the user's preferences in response to the received user identifier. For example, the server reads that the "demo" user has a preference for the "Business News" module to appear at the top of the page and for only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" to be included in the Left Column on the "Financial News" page as illustrated at element 1.D, supra.<br><br> |
|---|---|---|
| 4.E(b) | (b) selects content data from said data storage means in dependence upon the content data specified in a request received by said identifying means; | Bank of America employs a method that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified is the "Financial News" webpage. |
| 4.E(c) | (c) receives format identifiers identifying the type of formatting required; | Bank of America employs a serving device that receives format identifiers which identify the type of formatting required.<br>After a user has customized their "Financial News" webpage, the server utilizes format identifiers associated with that user to enable the |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Patent No. 6,961,737**

| | | server to serve to the "Demo" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
|---|---|---|
| 4.E(d) | (d) selects a set of functions from said function storage means in dependence upon a received format identifier and said read user information; and | Bank of America employs a serving device that selects functions in dependence upon the format identifier and read user information. For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "Financial News" page with the "Business News" module in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear within the "Financial News" webpage as illustrated at element 1.D, supra. |
| 4.E(e) | (e) executes said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a serving device that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags). The Bank of America server will execute one or more functions to serve a page with the "Business News" module at the top of the webpage and will execute one or more different functions to serve a page with the "Headline News" module located at the top of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules (described at element 1.D, supra). |

| The "Business News" module at the top of the page and only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" included in the Left Column on the "Financial News" page | The "Headline News" module at the top of the page and only the "Headline News," "Business News," "Military News," "Weather", "Sports News" and "Stock Portfolio" included in the Left Column on the "Financial News" page |
|---|---|

MP3 20247384.1

11/1/2007

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable. The content data is highlighted. The HTML <td> tag and its attributes shown below and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <td> tag along with the attribute valing= "middle" preceding the text "Headline News" specifies the vertical alignment of the cell content, in this case the text "Headline News."

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
```

The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled).



| 6 | 6. A serving device as in claim 4 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.

This excerpt from the source code from the "Financial News" page indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.

```
<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">

<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en">
<head>
<meta name="GOOGLEBOT"  content="NOSNIPPET" />
<meta name="GOOGLEBOT"  content="NOARCHIVE" />
<meta http-equiv="Content-Type" content="text/html; charset=ISO-8859-1" />
            ….
```

As indicated in section 1.E(e), the HTML <td> tag and its attributes are used to ensure the location of content data.

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
```

The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled). |

Confidential        Page 19                11/1/2007

# EXHIBIT B

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

| Claim element identifier | Claim Language | Operation of Bank of America's My Portfolio Overview |
|---|---|---|
| 1. (preamble) | 1. A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises<br><br>content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page,<br><br>and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data,<br><br>said method comprising: | Bank of America practices a method for serving pages of viewable data to browsing devices with their My Portfolio Overview server. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics.<br><br><br><br>An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. The content data is highlighted. |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| | | |
|---|---|---|
| | | ```<div class="module_body"><div class="float_table"><span class="floatleft"><h2><a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduclJ9svGto%3D&l=u:s" title="Net Worth Summary" >Net Worth Summary</a></h2>``` |
| 1.A | identifying requests from browsing devices that define a request for specified content data; | Bank of America employs a method that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "My Portfolio Overview" website.<br><br>URL:<br>https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AEBLJskWrfqSVB%2FPlyktmE0%2BRMFo%3D&l=view:u:s |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise' US Pat. No. 6,961,737



Request for specified content of "My Portfolio Overview" page comprises the identified URL

Content data shown in combination with formatting data for a portion of "My Portfolio Overview" page

| 1.B | storing content data; | Bank of America employs a method that stores content data that it serves to users who request the "My Portfolio Overview" webpage.

Examples of "content data" stored by Bank of America include the text,

*News*

And

*Net Worth Summary*

This can be seen on the "My Portfolio Overview" webpage when displayed at a browsing device. |
|---|---|---|
| 1.C | storing executable functions; | Bank of America employs a method that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |

MP3 20246844.1

11/1/2007

| 1.D | maintaining a user database comprising information relating to user preferences; | Bank of America employs a method that maintains a database of user information, the information related to user preferences (both content and formatting preferences).

The user in this example is "JBurns8111" The user can specify their preference for the location of the "News" and "Net Worth Summary" modules (as well as additional modules) on the "My Portfolio Overview" webpage as well as the content within the "My Portfolio Overview" webpage by clicking on the link "settings". These preferences are stored by the My Portfolio Overview server allowing the user to see those preferences upon subsequent visits to their "My Portfolio Overview" page.

The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "My Portfolio Overview" webpage.



For example, when the user selects the buttons "Net Worth Summary" and "News" on the above webpage the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter |

MP3 20246844.1

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

|  |  | "module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "My Portfolio Overview" personalized webpage.<br><br>URL:<br>https://allmyaccounts.bankofamerica.com/moneycenter/editModules/update.bofa.do<br><br>POST data:<br>module7=1<br>module2=1<br>c=csit_key:dYsj3jRLxs5q4lK0UauD4BAX69s=<br>l=u:s<br><br><br>To "change layout" to the user's My Portfolio Overview page, the user clicks the "Change Layout" link shown in the above image. The image below shows how the user can select the layout of their My Portfolio Overview page. |
|---|---|---|

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737



User selects their personalized layout here which BofA maintains

For example, when the user selects "Net Worth Summary" and the up arrow and then clicks "Update Module Layout" the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content in their desired layout on subsequent visits to their "My Portfolio Overview" personalized webpage.

URL:
https://allmyaccounts.bankofamerica.com/moneycenter/changeLayout/update.bofa.do

POST data:
columns=1
leftlst=7,2
rcolumn=1

left=7
update=Update Module Layout
c=csit_key:yL4MVIgydK1DWj96sncZh4elhpE=
l=u:s


In fact, after logging out of the Bank of America Online Banking website, clearing all caches and cookies on the "JBurns8111" user's computer and logging back into the account of JBurns8111, the "My Portfolio" page served to the user "JBurns8111" is displayed at the user's browsing device in the user's specified format (Net Worth Summary at the top) and including the users specified content (only showing the "Net Worth Summary" and "News" modules. This indicates that Bank of America maintains the information of the user, "JBurns8111."



Claim Chart of Bank of America's Exemplary Infringement of Ablaise' US Pat. No. 6,961,737

| 1.E | and in response to identifying a request for specified content data and a user identifier; | Bank of America employs a method that identifies a request for content data and a user identifier.<br><br>When the user "JBurns8111" initiates a request for the "My Portfolio Overview" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:<br>https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AfAlp%2FVzLif QzvyMjaIzBe4WHI0A%3D&l=view:u:s<br><br>Cookie data:<br>BOA_0020=20071019:0:E:0002E00B-F71E-1718-A3E7839BF7110000<br>BOA_COM_BT_DATA=NULL\|NULL\|NULL\|NULL\|NULL\|MV<br>BOA_COM_BT_ELIGIBLE=Yes<br>BOA_COM_GEOCODE_IP=Yes<br>throttle_value=82<br>state=IL<br>queue_indicator=GAIEC<br>SERVERID=1192818499627_26018_58<br>LANG_COOKIE=en_US<br>BA_0021=OLB<br>BOA_WMEL=M<br>BOA_INSES=sessioncheck=1192818499865_&returnurl=https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/1/WatermarkReturnEntryPoint<br>olb_signin_prefill_multi_secure=JBur*****:C6785270DAB058E037EEC307EC5DF2DA8DF76ECE5D422916:10/19/2007<br>olb_signin_prefill_multi=JBur*****:10/19/2007<br>ssoolb=MODEL:3308CF230A75E557193B76D829A7006EC85412BC56A14816:https://onlineeast2.bankofamerica.com<br>yodlee_alert=alert:Y\|li:en_US<br>prod_name=ut=1&pn=1&ver=1<br>rsession=11092004_1:33e19e6b76957813dbee256d07e8ef29bc98d16923b199a25838847d1bf238fbb793976585408aac98d7e24621071a 48678028569a2be1c9<br>JSESSIONID=Mqg0onjJ9QeUuKH5wr<br>jsdk=1.0.0<br>scriptable=1<br>csdp=0<br>csdver= |
| 1.E(a) | (a) reading user preference information from said user database in response to a received user identifier; | Bank of America employs a method that reads the user's preferences in response to the received user identifier. For example, the server reads that the "JBurns8111" user has a preference for the "Net Worth Summary" module to appear at the top of the page and for only the "Net Worth Summary" and "News" modules to be included on the "My Portfolio Overview" page. |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| | | |
|---|---|---|
| | |  |
| 1.E(b) | (b) selecting stored content data in dependence upon the content data specified in a received request; | Bank of America employs a method that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified is the "My Portfolio Overview" webpage. |
| 1.E(c) | (c) receiving format identifiers identifying the type of formatting required; | Bank of America employs a method that receives format identifiers which identify the type of formatting required.<br>After a user has customized their "My Portfolio Overview" webpage, the server utilizes format identifiers associated with that user to enable the server to serve to the "JBurns8111" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
| 1.E(d) | (d) selecting a set of stored | Bank of America employs a method that selects functions in dependence upon the format identifier and read user information. For |

MP3 20246844.1

11/1/2007

| | functions in dependence upon a received format identifier and said read user information; | example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "My Portfolio Overview" page with the "Net Worth Summary" and "News" modules in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear on their "My Portfolio Overview" webpage as illustrated at element 1.D, supra. |
|---|---|---|
| 1.E(e) | and (e) executing said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a method that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags).

The Bank of America server will execute one or more functions to serve a page with the "Net Worth Summary" module at the top of the webpage and will execute one or more different functions to serve a page with the "Net Worth Summary" module located at the bottom of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules (described at element 1.D, supra).



"Net Worth Summary" module appearing first. User selected only two modules to appear on page.

"Net Worth Summary" module appearing second. User selected only two modules to appear on page.

For example, when executed, the one or more functions act to combine content data and formatting data. The following source code |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise' US Pat No. 6,961,737

| | | |
|---|---|---|
| | | illustrates Bank of America's combination of content data and formatting data to generate viewable data comprising the user's specified content data. The content data is highlighted. The HTML <span> tag shown below, along with its attribute value and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <span> tag preceding the text "Net Worth Summary" ensures that the text is located aligned left. |

```
<div class="module_body">
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.



| 3 | 3. A method as in claim 1 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data. |

This excerpt from the source code from the "Bill Pay Overview" indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd">

    <html lang="en">

<head>
<meta http-equiv="content-type" content="text/html; charset=utf-8">
<title>My Portfolio Overview</title>

        ….
```

As indicated in section 1.E(e), the HTML <span> tag is used to ensure the location of the text. Below is the excerpted HTML data where HTML tags are used to format content data (content data is highlighted).

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

| | | |
|---|---|---|
| | | ```<div class="module_body"><br><div class="float_table"><br><span class="floatleft"><br><h2><br><a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"<br>title="Net Worth Summary" >Net Worth Summary</a><br></h2>```<br><br>The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.<br><br> |
| 4(preamble) | 4. A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data, said serving device comprising: | Bank of America employs a serving device for serving pages of viewable data to browsing devices. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics. |

Confidential        Page 12                                    11/1/2007

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise' US Pat. No. 6,961,737**



Viewable data displayed at a browsing device

An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. The content data is highlighted.

```
<div class="module_body">
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

| 4.A | identifying means for identifying requests from browsing devices that define a request for specified content data; | Bank of America employs a serving device that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "My Portfolio Overview" website.

URL: https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AEBLJskWrfqSVB%2FPlyktmE0%2BRMFo%3D&l=view:u:s

 |
| 4.B | data storage means storing content data; | Bank of America employs a serving device that stores content data that it serves to users who request the "My Portfolio Overview" webpage.

Examples of "content data" stored by Bank of America include the text, |

| | | |
|---|---|---|
| | | *News*<br><br>And<br><br>*Net Worth Summary*<br><br>This can be seen on the "My Portfolio Overview" webpage when displayed at a browsing device. |
| 4.C | function storage means storing executable functions; | Bank of America employs a serving device that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 4.D | a user database comprising information relating to user preferences; | Bank of America employs a serving device that maintains a database of user information, the information related to user preferences (both content and formatting preferences).<br>The user in this example is "JBurns8111" The user can specify their preference for the location of the "News" and "Net Worth Summary" modules (as well as additional modules) on the "My Portfolio Overview" webpage as well as the content within the "My Portfolio Overview" webpage by clicking on the link "settings". These preferences are stored by the My Portfolio Overview server allowing the user to see those preferences upon subsequent visits to their "My Portfolio Overview" page.<br><br>The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "My Portfolio Overview" webpage. |



User selects their personalized content here which BofA maintains

For example, when the user selects the buttons "Net Worth Summary" and "News" on the above webpage the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "My Portfolio Overview" personalized webpage.

URL:
https://allmyaccounts.bankofamerica.com/moneycenter/editModules/update.bofa.do

POST data:
module7=1
module2=1

c=csit_key:dYsj3jRLxs5q4lK0UauD4BAX69s=
l=u:s

To "change layout" to the user's My Portfolio Overview page, the user clicks the "Change Layout" link shown in the above image. The image below shows how the user can select the layout of their My Portfolio Overview page.



User selects their personalized layout here which BofA maintains

For example, when the user selects "Net Worth Summary" and the up arrow and then clicks "Update Module Layout" the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "My Portfolio Overview" personalized webpage.

URL:

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737

<table>
<tr>
<td></td>
<td></td>
<td>

https://allmyaccounts.bankofamerica.com/moneycenter/changeLayout/update.bofa.do

POST data:
columns=1
leftlst=7,2
rcolumn=1
left=7
update=Update Module Layout
c=csit_key:yL4MVIgydK1DWj96sncZh4elhpE=
l=u:s


In fact, after logging out of the Bank of America Online Banking website, clearing all caches and cookies on the "JBurns8111" user's computer and logging back into the account of JBurns8111, the "My Portfolio" page served to the user "JBurns8111" is displayed at the user's browsing device in the user's specified format (Net Worth Summary at the top) and including the users specified content (only showing the "Net Worth Summary" and "News" modules. This indicates that Bank of America maintains the information of the user, "JBurns8111."

</td>
</tr>
</table>

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**



| | | |
|---|---|---|
| 4.E | and processing means configured such that, in response to said identifying means identifying a request for specified content data and a user identifier, said processing means; | Bank of America employs a serving device that identifies a request for content data and a user identifier. |

When the user "JBurns8111" initiates a request for the "My Portfolio Overview" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.

URL:
https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AfAlp%2FVzLif QzvyMjaIzBe4WHI0A%3D&l=view:u:s

Cookie data:
BOA_0020=20071019:0:E:0002E00B-F71E-1718-A3E7839BF7110000

| | | |
|---|---|---|
| | | BOA_COM_BT_DATA=NULL\|NULL\|NULL\|NULL\|NULL\|MV<br>BOA_COM_BT_ELIGIBLE=Yes<br>BOA_COM_GEOCODE_IP=Yes<br>throttle_value=82<br>state=IL<br>queue_indicator=GAIEC<br>SERVERID=1192818499627_26018_58<br>LANG_COOKIE=en_US<br>BA_0021=OLB<br>BOA_WMEL=M<br>BOA_INSES=sessioncheck=1192818499865_&returnurl=https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/1/WatermarkReturnEntryPoint<br>olb_signin_prefill_multi_secure=JBur\*\*\*\*\*:C6785270DAB058E037EEC307EC5DF2DA8DF76ECE5D422916:10/19/2007<br>olb_signin_prefill_multi=JBur\*\*\*\*\*:10/19/2007<br>ssoolb=MODEL:3308CF230A75E557193B76D829A7006EC85412BC56A14816:https://onlineeast2.bankofamerica.com<br>yodlee_alert=alert:Y\|li:en_US<br>prod_name=ut=1&pn=1&ver=1<br>rsession=11092004_1:33e19e6b76957813dbee256d07e8ef29bc98d16923b199a25838847d1bf238fbb793976585408aac98d7e24621071a48678028569a2be1c9<br>JSESSIONID=Mqg0onjJ9QeUuKH5wr<br>jsdk=1.0.0<br>scriptable=1<br>csdp=0<br>csdver= |
| 4.E(a) | (a) reads user preference information from said user database in response to a received user identifier, | Bank of America employs a serving device that reads the user's preferences in response to the received user identifier. For example, the server reads that the "JBurns8111" user has a preference for the "Net Worth Summary" module to appear at the top of the page and for only the "Net Worth Summary" and "News" modules to be included on the "My Portfolio Overview" page. |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**



| | | |
|---|---|---|
| 4.E(b) | (b) selects content data from said data storage means in dependence upon the content data specified in a request received by said identifying means; | Bank of America employs a serving device that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified is the "My Portfolio Overview" webpage. |
| 4.E(c) | (c) receives format identifiers identifying the type of formatting required; | Bank of America employs a serving device that receives format identifiers which identify the type of formatting required.<br>After a user has customized their "My Portfolio Overview" webpage, the server utilizes format identifiers associated with that user to enable the server to serve to the "JBurns8111" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
| 4.E(d) | (d) selects a set of functions from said function storage means in dependence upon a | Bank of America employs a serving device that selects functions in dependence upon the format identifier and read user information.<br>For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "My |

Claim Chart of Bank of America's Exemplary Infringement of AllBase US Pat No. 6,961,737

| | received format identifier and said read user information; and | Portfolio Overview" page with the "Net Worth Summary" and "News" modules in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear on their "My Portfolio Overview" webpage as illustrated at element 1.D, supra. |
|---|---|---|
| 4.E(e) | (e) executes said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a serving device that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags).<br><br>The Bank of America server will execute one or more functions to serve a page with the "Net Worth Summary" module at the top of the webpage and will execute one or more different functions to serve a page with the "Net Worth Summary" module located at the bottom of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules.<br><br><br><br>For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable data comprising the user's specified |

content data. The content data is highlighted. The HTML <span> tag shown below, along with its attribute value and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <span> tag preceding the text "Net Worth Summary" ensures that the text is located aligned left.

```
<div class="module_body">
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.



| 6 | 6. A serving device as in claim 4 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.<br><br>This excerpt from the source code from the "Bill Pay Overview" indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.<br><br>`<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"`<br>`"http://www.w3.org/TR/html4/loose.dtd">`<br><br>`    <html lang="en">`<br><br>`<head>`<br>`<meta http-equiv="content-type" content="text/html; charset=utf-8">`<br>`<title>My Portfolio Overview</title>`<br><br>`        ....`<br><br>As indicated in section 1.E(e), the HTML <span> tag is used to ensure the location of the text. Below is the excerpted HTML data where HTML tags are used to format content data (content data is highlighted).<br><br>`<div class="module_body">` |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

```
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.

# EXHIBIT C

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| Claim element identifier | Claim Language | Operation of Bank of America's Online Bill Pay Website |
|---|---|---|
| 1. (preamble) | 1. A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises<br><br>content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page,<br><br>and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data,<br><br>said method comprising: | Bank of America practices a method for serving pages of viewable data to browsing devices with their Online Bill Pay server. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics.<br><br><br><br>An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page.<br><br>The content data is highlighted. |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

| | | |
|---|---|---|
| | | `<td valign="middle" nowrap class=moduletitle5><h2>`Add a Payee`</h2></td>` |
| 1.A | identifying requests from browsing devices that define a request for specified content data; | Bank of America employs a method that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "Bill Pay Overview" website.<br><br>URL:<br>https://bills.bankofamerica.com/wps8207/wps?oss=820a0f7f55ad6c5a9bde88b53b6749b5&rq=ov&osn=820a0f7f55ad6c5a9bde88b53b6749b5&lgrd=Y&sp=8207<br><br> |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

| | | |
|---|---|---|
| | | |
| 1.B | storing content data; | Bank of America employs a method that stores content data that it serves to users who request the "Bill Pay Overview" webpage. Examples of "content data" stored by Bank of America include the text, <br><br> *Add a Payee* <br> And <br> *Make Payments* <br><br> This can be seen as the titles of the two modules on the "Bill Pay Overview" webpage when displayed at a browsing device. |
| 1.C | storing executable functions; | Bank of America employs a method that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 1.D | maintaining a user database comprising information relating to user preferences; | Bank of America employs a method that maintains a database of user information, the information related to user preferences (both content and formatting preferences). <br> The user in this example is "JBurns8111" The user can specify their preference for the location of the "Add a Payee" and "Make Payments" modules on the "Bill Pay Overview" webpage as well as the content within the "Make Payments" module by clicking on the link "customize this page". These preferences are stored by the Online Bill Pay server allowing the user to see those preferences upon subsequent visits to their "Bill Pay Overview" page on the Online Bill Pay site. <br><br> The following shows an image of a portion of the Online Bill Pay website where the user can customize the layout and content of their "Bill Pay Overview" webpage. |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



User selects their personalized layout here which BofA maintains

User selects their personalized content here which BofA maintains

For example, when the user selects the radio button "Display the Add Payees box on bottom" on the "Customize Bill Pay Overview" webpage the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "payee_location" with a value of "bottom." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user their desired page layout on subsequent visits to their "Bill Pay Overview" personalized webpage.

URL:
https://bills.bankofamerica.com/wps8207/wps

POST data:
sp=8207
oss=820a0f7f55ad6c5a9bde88b53b6749b5
rq=customize_update

Confidential

buttonClicked=Continue
payee_location=bottom
displayPayee=1

In fact, after logging out of the Bank of America Online Banking website, clearing all caches and cookies on the "JBurns8111" user's computer and logging back into the account of JBurns8111, the "Bill Pay Overview" page served to the user "JBurns8111" is displayed at the user's browsing device in the user's specified format (Add a Payee module located at the bottom of the page) and including the users specified content, "Test company." This indicates that Bank of America maintains the information of the user, "JBurns8111."



| 1.E | and in response to identifying a request for specified content data and a user identifier; | Bank of America employs a method that identifies a request for content data and a user identifier.<br>When the user "JBurns8111" initiates a request for the "Bill Pay Overview" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier. |

| | | |
|---|---|---|
| | | URL:<br>https://bills.bankofamerica.com/wps8207/wps?oss=820a0f7f55ad6c5a9bde88b53b6749b5&rq=ov&osn=820a0f7f55ad6c5a9bde88b53b6749b5&lgrd=Y&sp=8207<br><br>Cookie data:<br>BOA_0020=20071004:0:W:00045283-2BF5-1705-A22D83A819034552<br>BOA_COM_BT_ELIGIBLE=No<br>throttle_value=35<br>state=IL<br>BA_0021=OLB<br>BOA_WMEL=M<br>olb_signin_prefill_multi_secure=JBur*****:CE0529CBF338324B466791E63AFED7E15C39C3883F74B0BD:10/04/2007<br>olb_signin_prefill_multi=JBur*****:10/04/2007<br>queue_indicator=GAIEC<br>SERVERID=1191600580330_26048_60<br>LANG_COOKIE=en_US<br>BOA_INSES=sessioncheck=1191600580736_&returnurl=https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/1/WatermarkReturnEntryPoint<br>JSESSIONID=HGhJvV3mJjH6yK6ThxpW2D1MffXVxrpHLVgzPnf7dT12VKhW7J1Q!793537745<br>wps_session=a75e3a3946ee237c09dd2ec5f58338a609e57d198c6c777e1948519963f5bac7051ddfc6bb46f48cd0c6e2406920fadf5809278bcdc7c8df7f18796633676e9c9d2a81fffa9c92617a2692d01d50aab7eb2112acee84ccdf1f7b2752fb159ffd2a6749d9478dfd94ea5246b7dcf9335f0819da731122dca4299020e0715e87ce9af91cbb730df4bf808b7039d3a6307fb8b179a77193f424032eb2dc3a2a5c72<br>wps_session_tms=add_retrieve_tms=20071005120956732<br>wps_pooRequestHistory=ov::<br>wps_csort=FUSED@20&guid@43932bf:11566fe112f:4820bofa-elpbwl10<br>wps_sbsrCon=FUSED@20&cl_urls%controlURL%3Dhttps%253A%252F%252Fonlineeast2.bankofamerica.com%252Fcgi-bin%252Fias%252FDP28QNryjVf29eTnBDkprvv8BSZSqF297mE5P87P969559%252F2%252Fbofa%252Fibd%252FIAS%252Fpresentation%26al%3D1%26li%3Den_US%26ut%3D1%26pn%3D1%26ver%3D1%26sp_sid%3DDP28QNryjVf29eTnBDkprvv8BSZSqF297mE5P87P969559 |
| 1.E(a) | (a) reading user preference information from said user database in response to a received user identifier; | Bank of America employs a method that reads the user's preferences in response to the received user identifier. For example, the server reads that the "JBurns8111" user has a preference for the "Add a Payee" module to appear at the bottom of the page and for the "Test company," to be included in the Payee list. |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



| | | |
|---|---|---|
| 1.E(b) | (b) selecting stored content data in dependence upon the content data specified in a received request; | Bank of America employs a method that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified was the "Bill Pay Overview" webpage. |
| 1.E(c) | (c) receiving format identifiers identifying the type of formatting required; | Bank of America employs a method that receives format identifiers which identify the type of formatting required.<br>After a user has customized their Bill Pay Overview webpage, the server utilizes format identifiers associated with that user to enable the server to serve to the "JBurns8111" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
| 1.E(d) | (d) selecting a set of stored functions in dependence upon a received format identifier and said read user | Bank of America employs a method that selects functions in dependence upon the format identifier and read user information. For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "Bill Pay |

| | information; | Overview" page with the "Add a Payee" and "Make Payments" modules in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include, within the "Make Payments" module, the user's preferred companies (preferred content) which in this example is "Test company." |
|---|---|---|
| 1.E(e) | and (e) executing said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a method that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags).

The Bank of America server will execute one or more functions to serve a page with the "Add a Payee" module at the top of the webpage and will execute one or more different functions to serve a page with the "Add a Payee" module located at the bottom of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's list of Payees which in this example includes "Test company."



For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable. The content data is highlighted. The HTML &lt;td&gt; tag and its attributes shown below and used by Bank of America in combination with content data is exemplary of HTML |

| | | |
|---|---|---|
| | | tags dictating the location of text within the viewable data. Here, the <td> tag preceding the text "Add a Payee" specifies the vertical alignment of the cell content, in this case the text "Add a Payee."<br><br>`<td valign="middle" nowrap class=module1title5><h2>`<mark>`Add a Payee`</mark>`</h2></td>`<br><br>The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.<br><br> |
| 2 | 2. A method as in claim 1 wherein said format identifier is received with said request for specified content data, whereby viewable data is served to a browser for display with a format that depends upon the particular format identifier received from said browser. | Bank of America employs a method that receives the format identifier with the request for specified content data. The viewable data that is served to the browser for display has a format that depends upon the particular format identifier received from the browser.<br><br>When a user customizes their "Bill Pay Overview" webpage on the "Customize Bill Pay Overview" webpage, the user can select a page layout. The user can choose to select a radio button associated with "Display the Add Payees box on top" or choose to select a radio button associated with "Display the Add Payees box on bottom." The "Customize Bill Pay Overview" webpage is shown below. Upon selecting the appropriate radio button, the user can click the "Save Changes" button at the bottom of the webpage. |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No.6,961,737



The user chooses one of the two radio buttons to select their preferred layout.

The user clicks the "Save Changes" button to request the "Bill Pay Overview" webpage in their desired layout.

Upon clicking the "Save changes" button, the next webpage displayed to the user is the "Bill Pay Overview" webpage which contains the user's chosen layout. Clicking on the "Save Changes" button is a request for specified content data of the "Bill Pay Overview" webpage. The viewable data of the "Bill Pay Overview" webpage is served to the browsing device with a format that depends on the particular format identifier received from the browser.

The following is the request for specified content data as recorded by the software HTTP Analyzer.

| NO. | URL | RedirectURL |
|-----|-----|-------------|
| 1 | https://bills.bankofamerica.com/wps8207/wps | https://bills.bankofamerica.com/wps8207/wps?rq=ov& sp=8207&oss=820a0f7f55ad6c5a9bde88b53b6749b5& msg=%26msgId%3DOV_CUSTOMIZE_POS_ACK_MESSAGE%26msgType%3DI |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737

| 2 | https://bills.bankofamerica.com/wps8207/wps?rq=ov&sp=8207&oss=820a0f7f55ad6c5a9bde88b53b6749b5&msg=%26msgId%3DOV_CUSTOMIZE_POS_ACK_MESSAGE%26msgType%3DI |
|---|---|
| 3 | https://bills.bankofamerica.com/sbp/0919/bofa_master_cp.css |
| 4 | https://bills.bankofamerica.com/sbp/0919//cf_master_cp.css |
| 5 | https://bills.bankofamerica.com/sbp/0919//bofa_win_ie_cp.css |
| 6 | https://bills.bankofamerica.com/sbp/0919//cf_win_ie_cp.css |
| 7 | https://bills.bankofamerica.com/sbp/0919/bofa_cp.js |
| 8 | https://bills.bankofamerica.com/sbp/0919/cf_cp.js |
| 9 | https://bills.bankofamerica.com/sbp/0919/cal_cp.js |
| 10 | https://onlineeast2.bankofamerica.com/cgi-bin/ias/6SJIFkEK81NnQzhqVeTHAumlAryfI03X6NrTcaJr122370/2/bofa/ibd/IAS/presentation/PingControl?pts=20071008182407052 |
| 11 | https://bills.bankofamerica.com/sbp/i0919/pos_ok.gif |

Within the No. 1 URL:
https://bills.bankofamerica.com/wps8207/wps,

the following data is sent from the browsing device:
sp=8207
oss=820a0f7f55ad6c5a9bde88b53b6749b5
rq=customize_update
buttonClicked=Continue
payee_location=top
displayPayee=1

The parameter "payee_location" has a value of "top" which identifies the format selected by the user.

The following is the resulting viewable data displayed at the browsing device in the format depending on the format identifier sent in the request (the value of "top" for the parameter "payee_location").

MP3 20244635.1

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737



Viewable data of the "Bill Pay Overview" webpage displayed at the browsing device with a format that depends on the particular format identifier received from the browser.

| 3 | 3. A method as in claim 1 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.<br><br>This excerpt from the source code from the "Bill Pay Overview" indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.<br><br><pre><!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"><br><!--! version 20070919-73 / MATCH  --><br><!--! request id 2007-10-08-16:52:15:640 (bofa-elpbwl07) --><br><!--! page id OVERVIEW --><br><html lang="en-US"><br><head><br><meta http-equiv="content-type" content="text/html; charset=iso-8859-1"><br><meta name="Description" content="This Bank of America Online Banking page for Bill Pay lets you add payees, make payments to your payees, view incoming e-Bills, and view outgoing payments."></pre> |

Confidential        Page 12

11/1/2007

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| | | |
|---|---|---|
| | | &lt;title&gt;Bank of America \| Online Banking \| Bill Pay \| Overview \| Bill Pay Overview&lt;/title&gt;<br><br>….<br><br>As indicated in section 1.E(e), the HTML &lt;td&gt; tag and its attribute is used to ensure the location of the content with the cell that the &lt;td&gt; tag defines.<br><br>&lt;td valign="middle" nowrap class=module1title5&gt;&lt;h2&gt;**Add a Payee**&lt;/h2&gt;&lt;/td&gt;<br><br>The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.<br><br> |
| 4(preamble) | 4. A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data, said serving device comprising: | Bank of America employs a serving device for serving pages of viewable data to browsing devices. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics. |

MP3 20244635.1

Claim Chart of Bank of America's Exemplary Infringement of Ablaise' US Pat No. 6,961,737



Viewable data displayed at a browsing device

An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page.

The content data is highlighted.

```
<td valign="middle" nowrap class=module1title5><h2>Add a Payee</h2></td>
```

| 4.A | identifying means for identifying requests from browsing devices that define a request for specified content data; | The Bank of America server employs software and hardware that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "Bill Pay Overview" website.<br><br>URL:<br>https://bills.bankofamerica.com/wps8207/wps?oss=820a0f7f55ad6c5a9bde88b53b6749b5&rq=ov&osn=820a0f7f55ad6c5a9bde88b53b |

| | | |
|---|---|---|
| | | 6749b5&lgrd=Y&sp=8207<br><br> |
| 4.B | data storage means storing content data; | Bank of America employs hardware and software that stores content data that it serves to users who request the "Bill Pay Overview" webpage.<br><br>Examples of "content data" stored by Bank of America include the text,<br><br>*Add a Payee*<br>And<br>*Make Payments* |

Confidential     Page 15

| | | This can be seen as the titles of the two modules on the "Bill Pay Overview" webpage when displayed at a browsing device. |
|---|---|---|
| 4.C | function storage means storing executable functions; | Bank of America employs software and hardware to store executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 4.D | a user database comprising information relating to user preferences; | The Bank of America Server employs a user database comprising information related to user preferences (both content and formatting preferences). <br><br> The user in this example is "JBurns8111" The user can specify their preference for the location of the "Add a Payee" and "Make Payments" modules on the "Bill Pay Overview" webpage as well as the content within the "Make Payments" module by clicking on the link "customize this page". These preferences are stored by the Online Bill Pay server allowing the user to see those preferences upon subsequent visits to their "Bill Pay Overview" page on the Online Bill Pay site. <br><br> The following shows an image of a portion of the Online Bill Pay website where the user can customize the layout and content of their "Bill Pay Overview" webpage. <br><br>  |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737

|  |  |  |
|---|---|---|
|  |  | For example, when the user selects the radio button "Display the Add Payees box on bottom" on the "Customize Bill Pay Overview" webpage the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "payee_location" with a value of "bottom." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user their desired page layout on subsequent visits to their "Bill Pay Overview" personalized webpage.<br><br>URL:<br>https://bills.bankofamerica.com/wps8207/wps<br><br>POST data:<br>sp=8207<br>oss=820a0f7f55ad6c5a9bde88b53b6749b5<br>rq=customize_update<br>buttonClicked=Continue<br>payee_location=bottom<br>displayPayee=1<br><br><br>In fact, after logging out of the Bank of America Online Banking website, clearing all caches and cookies on the "JBurns8111" user's computer and logging back into the account of JBurns8111, the "Bill Pay Overview" page served to the user "JBurns8111" is displayed at the user's browsing device in the user's specified format ( Add a Payee module located at the bottom of the page) and including the users specified content, "Test company." This indicates that Bank of America maintains the information of the user, "JBurns8111." |



| | | |
|---|---|---|
| 4.E | and processing means configured such that, in response to said identifying means identifying a request for specified content data and a user identifier, said processing means; | When the user "JBurns8111" initiates a request for the "Bill Pay Overview" webpage (specified content data) the Bank of America server employs a processor (software and hardware) that identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:<br>https://bills.bankofamerica.com/wps8207/wps?oss=820a0f7f55ad6c5a9bde88b53b6749b5&rq=ov&osn=820a0f7f55ad6c5a9bde88b53b6749b5&lgrd=Y&sp=8207<br><br>Cookie data:<br>BOA_0020=20071004:0:W:00045283-2BF5-1705-A22D83A819034552<br>BOA_COM_BT_ELIGIBLE=No<br>throttle_value=35 |

| | | |
|---|---|---|
| | | state=IL<br>BA_0021=OLB<br>BOA_WMEL=M<br>olb_signin_prefill_multi_secure=JBur*****:CE0529CBF338324B466791E63AFED7E15C39C3883F74B0BD:10/04/2007<br>olb_signin_prefill_multi=JBur*****:10/04/2007<br>queue_indicator=GAIEC<br>SERVERID=1191600580330_26048_60<br>LANG_COOKIE=en_US<br>BOA_INSES=sessioncheck=1191600580736_&returnurl=https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/1/WatermarkReturnEntryPoint<br>JSESSIONID=HGhJvV3mJjH6yK6ThxpW2D1MffXVxrpHLVgzPnf7dT12VKhW7J1Q!793537745<br>wps_session=a75e3a3946ee237c09dd2ec5f58338a609e57d198c6c777e1948519963f5bac7051ddfc6bb46f48cd0c6e2406920fadf5809278bcdc7c8df7f18796633676e9c9d2a81fffa9c92617a2692d01d50aab7eb2112acee84ccdf1f7b2752fb159ffd2a6749d9478dfd94ea5246b7dcf9335f0819da731122dca4299020e0715e87ce9af91cbb730df4bf808b7039d3a6307fb8b179a77193f424032eb2dc3a2a5c72<br>wps_session_tms=add_retrieve_tms=20071005120956732<br>wps_pooRequestHistory=ov::<br>wps_csort=FUSED@20&guid@43932bf:11566fe112f:4820bofa-elpbwl10<br>wps_sbsrCon=FUSED@20&cl_urls@controlURL%3Dhttps%253A%252F%252Fonlineeast2.bankofamerica.com%252Fcgi-bin%252Fias%252FDP28QNryjVf29eTnBDkprvv9BSZSqF297mE5P87P969559%252F%252Fbofa%252Fibd%252FIAS%252Fpresentation%26al%3D1%26li%3Den_US%26ut%3D1%26pn%3D1%26ver%3D1%26sp_sid%3DDP28QNryjVf29eTnBDkprvv9BSZSqF297mE5P87P969559 |
| 4.E(a) | (a) reads user preference information from said user database in response to a received user identifier, | The Bank of America Server employs a processor (software and hardware) that reads the user's preferences in response to the received user identifier. For example, the server  reads that the "JBurns8111" user has a preference for the "Add a Payee" module to appear at the bottom of the page and for the "Test company," to be included in the Payee list. |

MP3 20244635.1

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



| 4.E(b) | (b) selects content data from said data storage means in dependence upon the content data specified in a request received by said identifying means; | The Bank of America Server employs a processor (software and hardware) that selects the content in dependence upon content data specified in the request.

The content requested and specified was the "Bill Pay Overview" webpage. |
| --- | --- | --- |
| 4.E(c) | (c) receives format identifiers identifying the type of formatting required; | The Bank of America server employs a processor (software and hardware) that receives format identifiers which identify the type of formatting required.
After a user has customized their Bill Pay Overview webpage, the server utilizes format identifiers associated with that user to enable the server to serve to the "JBurns8111" user the modules in the location the user prefers as illustrated at element 1.D, supra. |

Claim Chart of Bank of America's Exemplary Infringement of Aniase US Pat. No. 6,961,737

| 4.E(d) | (d) selects a set of functions from said function storage means in dependence upon a received format identifier and said read user information; and | The Bank of America server employs a processor (software and hardware) that selects functions in dependence upon the format identifier and read user information. For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "Bill Pay Overview" page with the "Add a Payee" and "Make Payments" modules in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include, within the "Make Payments" module, the user's preferred companies (preferred content) which in this example is "Test company." |
|---|---|---|
| 4.E(e) | (e) executes said set of functions to generate viewable data comprising said selected content data and formatting data. | The Bank of America server employs a processor (software and hardware) that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags).<br><br>The Bank of America server will execute one or more functions to serve a page with the "Add a Payee" module at the top of the webpage and will execute one or more different functions to serve a page with the "Add a Payee" module located at the bottom of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's list of Payees which in this example includes "Test company."<br><br> |

MP3 20244635.1

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

| | | |
|---|---|---|
| | | For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable. The content data is highlighted. The HTML <td> tag and its attributes shown below and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <td> tag preceding the text "Add a Payee" specifies the vertical alignment of the cell content, in this case the text "Add a Payee."<br><br>`<td valign="middle" nowrap class=module1title5><h2>Add a Payee</h2></td>`<br><br>The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.<br><br> |
| 5 | 5. A serving device as in claim 4 wherein said format identifier is received via said identifying means with said request for specified content data, whereby viewable data is served to a browser for display with a format which depends upon the particular format identifier received from said browser. | The Bank of America server employs software and hardware that receives a format identifier from the software and hardware that identifies the request for specified content data. The server employs software and hardware that serves to the browser the viewable data for display with a format which depends upon the particular format identifier received from the browser.<br><br>When a user customizes their "Bill Pay Overview" webpage on the "Customize Bill Pay Overview" webpage, the user can select a page layout. The user can choose to select a radio button associated with "Display the Add Payees box on top" or choose to select a radio button associated with "Display the Add Payees box on bottom." The "Customize Bill Pay Overview" webpage is shown below. Upon selecting the appropriate radio button, the user can click the "Save Changes" button at the bottom of the webpage. |

Confidential         11/1/2007

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



The user chooses one of the two radio buttons to select their preferred layout.

The user clicks the "Save Changes" button to request the "Bill Pay Overview" webpage in their desired layout.

Upon clicking the "Save changes" button, the next webpage displayed to the user is the "Bill Pay Overview" webpage which contains the user's chosen layout. Clicking on the "Save Changes" button is a request for specified content data of the "Bill Pay Overview" webpage. The viewable data of the "Bill Pay Overview" webpage is served to the browsing device with a format that depends on the particular format identifier received from the browser.

The following is the request for specified content data as recorded by the software HTTP Analyzer.

| NO. | URL | RedirectURL |
|-----|-----|-------------|
| 1 | https://bills.bankofamerica.com/wps8207/wps | https://bills.bankofamerica.com/wps8207/wps?rq=ov& sp=8207&oss=820a0f7f55ad6c5a9bde88b53b6749b5& msg=%26msgId%3DOV_CUSTOMIZE_POS_ACK_MESSAGE%26msgType%3DI |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| | | | | |
|---|---|---|---|---|
| | | | 2 | https://bills.bankofamerica.com/wps8207/wps?rq=ov&sp=8207&oss=820a0f7f55ad6c5a9bde88b53b6749b5&msg=%26msgId%3DOV_CUSTOMIZE_POS_ACK_MESSAGE%26msgType%3DI |
| | | | 3 | https://bills.bankofamerica.com/sbp/0919/bofa_master_cp.css |
| | | | 4 | https://bills.bankofamerica.com/sbp/0919//cf_master_cp.css |
| | | | 5 | https://bills.bankofamerica.com/sbp/0919//bofa_win_ie_cp.css |
| | | | 6 | https://bills.bankofamerica.com/sbp/0919//cf_win_ie_cp.css |
| | | | 7 | https://bills.bankofamerica.com/sbp/0919/bofa_cp.js |
| | | | 8 | https://bills.bankofamerica.com/sbp/0919/cf_cp.js |
| | | | 9 | https://bills.bankofamerica.com/sbp/0919/cal_cp.js |
| | | | 10 | https://onlineeast2.bankofamerica.com/cgi-bin/ias/6SJIFkEK81NnQzhqVeTHAumIAryfI03X6NrTcaJr122370/2/bofa/ibd/IAS/presentation/PingControl?pts=20071008182407052 |
| | | | 11 | https://bills.bankofamerica.com/sbp/i0919/pos_ok.gif |

Within the No. 1 URL:
https://bills.bankofamerica.com/wps8207/wps,

the following data is sent from the browsing device:
sp=8207
oss=820a0f7f55ad6c5a9bde88b53b6749b5
rq=customize_update
buttonClicked=Continue
payee_location=top
displayPayee=1

The parameter "payee_location" has a value of "top" which identifies the format selected by the user.

The following is the resulting viewable data displayed at the browsing device in the format depending on the format identifier sent in the request (the value of "top" for the parameter "payee_location").

MP3 20244635.1

11/1/2007

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737



Viewable data of the "Bill Pay Overview" webpage displayed at the browsing device with a format that depends on the particular format identifier received from the browser.

| | | |
|---|---|---|
| 6 | 6. A serving device as in claim 4 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.<br><br>This excerpt from the source code from the "Bill Pay Overview" indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.<br><br>&lt;!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"&gt;<br>&lt;--! version 20070919-73 / MATCH  --&gt;<br>&lt;--! request id 2007-10-08-16:52:15:640 (bofa-elpbwl07) --&gt;<br>&lt;--! page id OVERVIEW --&gt;<br>&lt;html lang="en-US"&gt;<br>&lt;head&gt;<br>&lt;meta http-equiv="content-type" content="text/html; charset=iso-8859-1"&gt;<br>&lt;meta name="Description" content="This Bank of America Online Banking page for Bill Pay lets you add payees, make payments to your payees, view incoming e-Bills, and view outgoing payments."&gt; |

Confidential        Page 25

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737

<title>Bank of America | Online Banking | Bill Pay | Overview | Bill Pay Overview</title>

….

As indicated in section 1.E(e), the HTML <td> tag and its attribute is used to ensure the location of the content with the cell that the <td> tag defines.

```
<td valign="middle" nowrap class=module1title5><h2>Add a Payee</h2></td>
```

The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.

MP3 20244635.1                                                                                              11/1/2007