# EXHIBIT R

MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
E-Mail:        martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
TREVOR J. FOSTER, Admitted Pro Hac Vice
SETH A. NORTHROP, Admitted Pro Hac Vice
PATRICK M. ARENZ, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   (612) 349-8500
Facsimile:   (612) 339-4181
E-Mail:        camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, | CASE NO.  C06-02451 SBA |
| Plaintiff, | **ABLAISE LTD. AND GENERAL INVENTIONS INSTITUTE A, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO.  C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

ABLAISE'S DISCLOSURE OF ASSERTED CLAIMS
AND PRELIMINARY INFRINGEMENT
CONTENTIONS - CASE NO. C06-07222 SBA

CONFIDENTIAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO.  C06-001995 SBA |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

Pursuant to Rule 3-1 of the Patent Local Rules of the Northern District of California, Defendant Ablaise Ltd. and General Inventions Institute A, Inc. ("Ablaise") submits its Disclosure of Asserted Claims and Preliminary Infringement Contentions to the Plaintiff Yodlee, Inc. ("Yodlee").  Ablaise's initial disclosures are based on the information available to it at this time.  Yodlee has refused to provide Ablaise with requested discovery regarding the products or services Yodlee offers in an html environment.   Ablaise intends to move to amend its counterclaim to limit its infringement allegations to just those products and services that Ablaise has identified at this point—without waiving any infringement claims relating to products or services that Ablaise is unaware of.  In alternative, Ablaise reserves the right to supplement or amend these contentions herein based on additional information obtained through formal discovery or other means.  In particular, Ablaise reserves the right to amend these contentions if discovery or other means show that Yodlee provides any service or product that operates in a substantially similar manner to any of the accused websites or portions of websites.

## I.     ASSERTED CLAIMS (Patent Local Rule 3-1(a))

Ablaise asserts that Yodlee infringes United States Patent No. 6,961,737 claims 1, 3, 4, and 6.  These claims are asserted based on information available at this time.  In the alternative to Ablaise's upcoming motion to amend its counterclaim to limit Ablaise's infringement allegations to those currently known to Ablaise, additional claims may be asserted if discovery shows additional infringements.   Ablaise specifically reserves the right to amend these contentions after Yodlee properly responds to Ablaise's outstanding discovery requests.

CONFIDENTIAL

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## II.    ACCUSED INSTRUMENTALITY (Patent Local Rule 3-1(b))

Ablaise's Interrogatory No. 1 and Request for Inspection No. 1 requested identification of all products or services that Yodlee offers in an html environment.  Yodlee has refused to properly answer this interrogatory or provide inspection.  Ablaise will, therefore, move to amend its counterclaim to limit its infringement allegations to the services and products that Yodlee infringes that are currently known to Ablaise.  In doing so, Ablaise will reserve the right to bring an infringement claim against any additional Yodlee products or services that Ablaise later learns infringe.  In the alternative, Ablaise specifically reserves the right to amend these contentions after Yodlee properly responds to Ablaise's outstanding interrogatory and inspection request and provides discovery.  Ablaise will identify the following services and products currently known to Ablaise that Yodlee offers, which infringe United States Patent No. 6,961,737.

Ablaise asserts that at least Yodlee infringes United States Patent No. 6,961,737 by servicing the following website:

1.    https://www.bankofamerica.com/index.jsp

The following portions of that website infringe the following claims.

A.    A user's My Portfolio Overview page, available at:

https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do;jsessionid=ZS3wdaM bN25GOnyYxr?view=dashboard&c=csit_key%3AFVN35Y6cfAcmWQVkS3CTP%2Fe4gGc%3 D&l=view:u:s

A user's My Portfolio Overview page infringes claims 1, 3, 4, and 6.

B.    The "Preferences" tab on the Settings page for the user's My Portfolio Overview page, available at:

https://allmyaccounts.bankofamerica.com/moneycenter/editModules/show.bofa.do?c=csit_key%3 AHxvzBwD%2BferOPDehWJ0Sji6Xges%3D&l=u:s

The "Preferences" tab on the Settings page for the user's My Portfolio Overview page infringes claims 1, 3, 4, and 6.

C.    The "Preferences" tab including the "Change Layout" feature on the Settings page for the user's My Portfolio Overview page, available at:

ABLAISE'S DISCLOSURE OF ASSERTED CLAIMS
AND PRELIMINARY INFRINGEMENT            - 3 -
CONTENTIONS - CASE NO. C06-07222 SBA

CONFIDENTIAL

1  https://allmyaccounts.bankofamerica.com/moneycenter/changeLayout/show.bofa.do?c=csit_key

2  %3AbAEi0AzviZXdMF%2FWyu0RxREGens%3D&l=u:s

3         The "Preferences" tab including the "Change Layout" feature on the

4  Settings page for the user's My Portfolio Overview page infringes claims 1, 3, 4, and 6.

5  **III.    INFRINGEMENT CLAIM CHARTS (Patent Local Rule 3-1(c))**

6         The following charts are based on information currently available to Ablaise.  Ablaise's

7  infringement claim charts for the '737 patent are attached as Exhibit A.  Ablaise may need to

8  supply additional charts depending on the outcome of its motion to amend, as well as, after

9  Yodlee has complied with discovery.

10  **IV.    TYPE OF INFRINGEMENT (Patent Local Rule 3-1(d))**

11         Ablaise contends that each element of the asserted claims is literally present in the

12  accused instrumentality.  Should any element of the asserted claims be found not literally present,

13  Ablaise contends that any such element would be infringed under the doctrine of equivalents.

14  **V.    PRIORITY TO EARLIER APPLICATIONS (Patent Local Rule 3-1(e))**

15         The patents in suit are entitled to the priority date of United Kingdom Patent Application

16  9509828 filed May 15, 1995.  It is Ablaise's position that all of the asserted claims are entitled to

17  this priority date.

18  **VI.    COMMERCIAL EMBODIMENT (Patent Local Rule 3-1(f))**

19         Ablaise does not currently intend to rely on whether any Ablaise apparatus, product,

20  device, process, method, act or other instrumentality practices the asserted claims.

21

22

23

24

25

26

27

28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

1    DATED:  November 1, 2007

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____
     Ronald J. Schutz, Esq.
     Jake H. Holdreith, Esq.
     Cyrus A. Morton, Esq.
     Trevor J. Foster, Esq.
     Patrick M. Arenz, Esq.

     2800 LaSalle Plaza
     800 LaSalle Avenue
     Minneapolis, MN  55402-2015
     612-349-8500

**DAVIS WRIGHT TREMAINE LLP**

     Martin L. Fineman, Esq.
     (CA State Bar No.104413)

     505 Montgomery Street
     Suite 800
     San Francisco, California  94111
     415-276-6500

**ATTORNEYS FOR ABLAISE LTD. AND
GENERAL INVENTORS INSTITUTE A, INC.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2007, I have caused to be served true and correct copies of the following documents:

- Ablaise's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Bank of America)

- Ablaise's Disclosure of Asserted Claims and Preliminary Infringement Contentions (Yodlee)

- A CD containing bates numbers AB0000001 - AB0000881 (via U.S. Mail only).

on the following in the manner indicated below:

### ALL BY E-MAIL & U.S. MAIL

David Barkan, Esq.                         *Attorney for Plaintiff*
Fish & Richardson P.C.                     Yodlee
500 Arguello Street                        *Attorney for Defendant*
Redwood City, CA 95063                     Bank of America

Martin L. Fineman, Esq.                    *Attorney for Plaintiff/Defendant*
Davis Wright Tremaine LLP                  Ablaise
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

Patrick M. Arenz

ATTORNEYS FOR ABLAISE LTD. AND
GENERAL INVENTIONS INSTITUTE A, INC.

MP1 10053783.1

# EXHIBIT A

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| Claim element identifier | Claim Language | Operation of Bank of America's My Portfolio Overview |
|---|---|---|
| 1. (preamble) | 1. A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises<br><br>content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page,<br><br>and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data,<br><br>said method comprising: | Bank of America practices a method for serving pages of viewable data to browsing devices with their My Portfolio Overview server. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics.<br><br><br><br>An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. The content data is highlighted. |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

<table>
<tr>
<td></td>
<td></td>
<td>

```
<div class="module_body">
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduclJ9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

</td>
</tr>
<tr>
<td>1.A</td>
<td>identifying requests from browsing devices that define a request for specified content data;</td>
<td>

Bank of America employs a method that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "My Portfolio Overview" website.

URL:
https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AEBLJskWrfqSVB%2FPlyktmE0%2BRMFo%3D&l=view:u:s

</td>
</tr>
</table>

Confidential        Page 2

Claim Chart of Bank of America's Exemplary Infringement of Ablaise' US Pat No. 6,961,737



Request for specified content of "My Portfolio Overview" page comprises the identified URL

Content data shown in combination with formatting data for a portion of "My Portfolio Overview" page

| 1.B | storing content data; | Bank of America employs a method that stores content data that it serves to users who request the "My Portfolio Overview" webpage.

Examples of "content data" stored by Bank of America include the text,

*News*

And

*Net Worth Summary*

This can be seen on the "My Portfolio Overview" webpage when displayed at a browsing device. |
|-----|----------------------|---|
| 1.C | storing executable functions; | Bank of America employs a method that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |

| 1.D | maintaining a user database comprising information relating to user preferences; | Bank of America employs a method that maintains a database of user information, the information related to user preferences (both content and formatting preferences). |
|---|---|---|

The user in this example is "JBurns8111" The user can specify their preference for the location of the "News" and "Net Worth Summary" modules (as well as additional modules) on the "My Portfolio Overview" webpage as well as the content within the "My Portfolio Overview" webpage by clicking on the link "settings". These preferences are stored by the My Portfolio Overview server allowing the user to see those preferences upon subsequent visits to their "My Portfolio Overview" page.

The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "My Portfolio Overview" webpage.



User selects their personalized content here which BofA maintains

For example, when the user selects the buttons "Net Worth Summary" and "News" on the above webpage the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter

"module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "My Portfolio Overview" personalized webpage.

URL:
https://allmyaccounts.bankofamerica.com/moneycenter/editModules/update.bofa.do

POST data:
module7=1
module2=1
c=csit_key:dYsj3jRLxs5q4lK0UauD4BAX69s=
l=u:s


To "change layout" to the user's My Portfolio Overview page, the user clicks the "Change Layout" link shown in the above image. The image below shows how the user can select the layout of their My Portfolio Overview page.

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737



User selects their personalized layout here which BofA maintains

For example, when the user selects "Net Worth Summary" and the up arrow and then clicks "Update Module Layout" the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content in their desired layout on subsequent visits to their "My Portfolio Overview" personalized webpage.

URL:
https://allmyaccounts.bankofamerica.com/moneycenter/changeLayout/update.bofa.do

POST data:
columns=1
leftlst=7,2
rcolumn=1

MP3 20246844.1

left=7
update=Update Module Layout
c=csit_key:yL4MVIgydK1DWj96sncZh4elhpE=
l=u:s

In fact, after logging out of the Bank of America Online Banking website, clearing all caches and cookies on the "JBurns8111" user's computer and logging back into the account of JBurns8111, the "My Portfolio" page served to the user "JBurns8111" is displayed at the user's browsing device in the user's specified format (Net Worth Summary at the top) and including the users specified content (only showing the "Net Worth Summary" and "News" modules. This indicates that Bank of America maintains the information of the user, "JBurns8111."



Confidential      Page 7

Claim Chart of Bank of America's Exemplary Infringement of Abilisa US Pat. No. 6,961,737

| 1.E | and in response to identifying a request for specified content data and a user identifier; | Bank of America employs a method that identifies a request for content data and a user identifier. When the user "JBurns8111" initiates a request for the "My Portfolio Overview" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:<br>https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AfAlp%2FVzLif QzvyMjaIzBe4WHI0A%3D&l=view:u:s<br><br>Cookie data:<br>BOA_0020=20071019:0:E:0002E00B-F71E-1718-A3E7839BF7110000<br>BOA_COM_BT_DATA=NULL\|NULL\|NULL\|NULL\|NULL\|MV<br>BOA_COM_BT_ELIGIBLE=Yes<br>BOA_COM_GEOCODE_IP=Yes<br>throttle_value=82<br>state=IL<br>queue_indicator=GAIEC<br>SERVERID=1192818499627_26018_58<br>LANG_COOKIE=en_US<br>BA_0021=OLB<br>BOA_WMEL=M<br>BOA_INSES=sessioncheck=1192818499865_&returnurl=https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/1/WatermarkReturnEntryPoint<br>olb_signin_prefill_multi_secure=JBur\*\*\*\*\*:C6785270DAB058E037EEC307EC5DF2DA8DF76ECE5D422916:10/19/2007<br>olb_signin_prefill_multi=JBur\*\*\*\*\*:10/19/2007<br>ssoolb=MODEL:3308CF230A75E557193B76D829A7006EC85412BC56A14816:https://onlineeast2.bankofamerica.com<br>yodlee_alert=alert:Y\|li:en_US<br>prod_name=ut=1&pn=1&ver=1<br>rsession=11092004_1:33e19e6b76957813dbee256d07e8ef29bc98d16923b199a25838847d1bf238fbb793976585408aac98d7e24621071a 48678028569a2be1c9<br>JSESSIONID=Mqg0onjJ9QeUuKH5wr<br>jsdk=1.0.0<br>scriptable=1<br>csdp=0<br>csdver= |
| 1.E(a) | (a) reading user preference information from said user database in response to a received user identifier; | Bank of America employs a method that reads the user's preferences in response to the received user identifier. For example, the server reads that the "JBurns8111" user has a preference for the "Net Worth Summary" module to appear at the top of the page and for only the "Net Worth Summary" and "News" modules to be included on the "My Portfolio Overview" page. |

Confidential        Page 8

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**



| 1.E(b) | (b) selecting stored content data in dependence upon the content data specified in a received request; | Bank of America employs a method that selects the content in dependence upon content data specified in the request.\n\nThe content requested and specified is the "My Portfolio Overview" webpage. |
|---|---|---|
| 1.E(c) | (c) receiving format identifiers identifying the type of formatting required; | Bank of America employs a method that receives format identifiers which identify the type of formatting required.\nAfter a user has customized their "My Portfolio Overview" webpage, the server utilizes format identifiers associated with that user to enable the server to serve to the "JBurns8111" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
| 1.E(d) | (d) selecting a set of stored | Bank of America employs a method that selects functions in dependence upon the format identifier and read user information. For |

MP3 20246844.1

| | functions in dependence upon a received format identifier and said read user information; | example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "My Portfolio Overview" page with the "Net Worth Summary" and "News" modules in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear on their "My Portfolio Overview" webpage as illustrated at element 1.D, supra. |
|---|---|---|
| 1.E(e) | and (e) executing said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a method that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags).<br><br>The Bank of America server will execute one or more functions to serve a page with the "Net Worth Summary" module at the top of the webpage and will execute one or more different functions to serve a page with the "Net Worth Summary" module located at the bottom of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules (described at element 1.D, supra).<br><br><br><br>For example, when executed, the one or more functions act to combine content data and formatting data. The following source code |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737

| | | |
|---|---|---|
| | | illustrates Bank of America's combination of content data and formatting data to generate viewable data comprising the user's specified content data. The content data is highlighted. The HTML <span> tag shown below, along with its attribute value and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <span> tag preceding the text "Net Worth Summary" ensures that the text is located aligned left.<br><br>```html<br><div class="module_body"><br><div class="float_table"><br><span class="floatleft"><br><h2><br><a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"<br>title="Net Worth Summary" >Net Worth Summary</a><br></h2><br>```<br><br>The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.<br><br> |
| 3 | 3. A method as in claim 1 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.<br><br>This excerpt from the source code from the "Bill Pay Overview" indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.<br><br>```html<br><!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"<br>"http://www.w3.org/TR/html4/loose.dtd"><br><br>    <html lang="en"><br><br><head><br><meta http-equiv="content-type" content="text/html; charset=utf-8"><br><title>My Portfolio Overview</title><br><br>        ….<br>```<br><br>As indicated in section 1.E(e), the HTML <span> tag is used to ensure the location of the text. Below is the excerpted HTML data where HTML tags are used to format content data (content data is highlighted). |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

<table>
<tr>
<td></td>
<td></td>
<td>

```
<div class="module_body">
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.



</td>
</tr>
<tr>
<td>4(preamble)</td>
<td>4. A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data, said serving device comprising:</td>
<td>Bank of America employs a serving device for serving pages of viewable data to browsing devices. The viewable data comprises data defining text &amp; graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics.</td>
</tr>
</table>



Viewable data displayed at a browsing device

An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. The content data is highlighted.

```
<div class="module_body">
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

| 4.A | identifying means for identifying requests from browsing devices that define a request for specified content data; | Bank of America employs a serving device that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "My Portfolio Overview" website.<br><br>URL:<br>https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AEBLJskWrfqSVB%2FPlyktmE0%2BRMFo%3D&l=view:u:s<br><br> |
| --- | --- | --- |
| 4.B | data storage means storing content data; | Bank of America employs a serving device that stores content data that it serves to users who request the "My Portfolio Overview" webpage.<br><br>Examples of "content data" stored by Bank of America include the text, |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737

| | | |
|---|---|---|
| | | *News*<br><br>And<br><br>*Net Worth Summary*<br><br>This can be seen on the "My Portfolio Overview" webpage when displayed at a browsing device. |
| 4.C | function storage means storing executable functions; | Bank of America employs a serving device that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 4.D | a user database comprising information relating to user preferences; | Bank of America employs a serving device that maintains a database of user information, the information related to user preferences (both content and formatting preferences).<br>The user in this example is "JBurns8111" The user can specify their preference for the location of the "News" and "Net Worth Summary" modules (as well as additional modules) on the "My Portfolio Overview" webpage as well as the content within the "My Portfolio Overview" webpage by clicking on the link "settings". These preferences are stored by the My Portfolio Overview server allowing the user to see those preferences upon subsequent visits to their "My Portfolio Overview" page.<br><br>The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "My Portfolio Overview" webpage. |



User selects their personalized content here which BofA maintains

For example, when the user selects the buttons "Net Worth Summary" and "News" on the above webpage the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "My Portfolio Overview" personalized webpage.

URL:
https://allmyaccounts.bankofamerica.com/moneycenter/editModules/update.bofa.do

POST data:
module7=1
module2=1

c=csit_key:dYsj3jRLxs5q4lK0UauD4BAX69s=
l=u:s


To "change layout" to the user's My Portfolio Overview page, the user clicks the "Change Layout" link shown in the above image. The image below shows how the user can select the layout of their My Portfolio Overview page.



User selects their personalized layout here which BofA maintains

For example, when the user selects "Net Worth Summary" and the up arrow and then clicks "Update Module Layout" the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "module7" with a value of "1" and "module2" with a value of "1." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "My Portfolio Overview" personalized webpage.

URL:

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737

| | | https://allmyaccounts.bankofamerica.com/moneycenter/changeLayout/update.bofa.do <br><br> POST data: <br> columns=1 <br> leftlst=7,2 <br> rcolumn=1 <br> left=7 <br> update=Update Module Layout <br> c=csit_key:yL4MVIgydK1DWj96sncZh4elhpE= <br> l=u:s <br><br><br> In fact, after logging out of the Bank of America Online Banking website, clearing all caches and cookies on the "JBurns8111" user's computer and logging back into the account of JBurns8111, the "My Portfolio" page served to the user "JBurns8111" is displayed at the user's browsing device in the user's specified format (Net Worth Summary at the top) and including the users specified content (only showing the "Net Worth Summary" and "News" modules. This indicates that Bank of America maintains the information of the user, "JBurns8111." |

Confidential        Page 18

11/1/2007

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



| | | |
|---|---|---|
| 4.E | and processing means configured such that, in response to said identifying means identifying a request for specified content data and a user identifier, said processing means; | Bank of America employs a serving device that identifies a request for content data and a user identifier.<br><br>When the user "JBurns8111" initiates a request for the "My Portfolio Overview" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:<br>https://allmyaccounts.bankofamerica.com/moneycenter/dashboard.bofa.do?view=dashboard&c=csit_key%3AfAlp%2FVzLif QzvyMjaIzBe4WHI0A%3D&l=view:u:s<br><br>Cookie data:<br>BOA_0020=20071019:0:E:0002E00B-F71E-1718-A3E7839BF7110000 |

MP3 20246844.1

| | | |
|---|---|---|
| | | BOA_COM_BT_DATA=NULL\|NULL\|NULL\|NULL\|NULL\|MV<br>BOA_COM_BT_ELIGIBLE=Yes<br>BOA_COM_GEOCODE_IP=Yes<br>throttle_value=82<br>state=IL<br>queue_indicator=GAIEC<br>SERVERID=1192818499627_26018_58<br>LANG_COOKIE=en_US<br>BA_0021=OLB<br>BOA_WMEL=M<br>BOA_INSES=sessioncheck=1192818499865_&returnurl=https://onlineeast2.bankofamerica.com/cgi-bin/ias/A/1/WatermarkReturnEntryPoint<br>olb_signin_prefill_multi_secure=JBur\*\*\*\*\*:C6785270DAB058E037EEC307EC5DF2DA8DF76ECE5D422916:10/19/2007<br>olb_signin_prefill_multi=JBur\*\*\*\*:10/19/2007<br>ssoolb=MODEL:3308CF230A75E557193B76D829A7006EC85412BC56A14816:https://onlineeast2.bankofamerica.com<br>yodlee_alert=alert:Y\|li:en_US<br>prod_name=ut=1&pn=1&ver=1<br>rsession=11092004_1:33e19e6b76957813dbee256d07e8ef29bc98d16923b199a25838847d1bf238fbb793976585408aac98d7e24621071a48678028569a2be1c9<br>JSESSIONID=Mqg0onjJ9QeUuKH5wr<br>jsdk=1.0.0<br>scriptable=1<br>csdp=0<br>csdver= |
| 4.E(a) | (a) reads user preference information from said user database in response to a received user identifier, | Bank of America employs a serving device that reads the user's preferences in response to the received user identifier. For example, the server reads that the "JBurns8111" user has a preference for the "Net Worth Summary" module to appear at the top of the page and for only the "Net Worth Summary" and "News" modules to be included on the "My Portfolio Overview" page. |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



| | | |
|---|---|---|
| 4.E(b) | (b) selects content data from said data storage means in dependence upon the content data specified in a request received by said identifying means; | Bank of America employs a serving device that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified is the "My Portfolio Overview" webpage. |
| 4.E(c) | (c) receives format identifiers identifying the type of formatting required; | Bank of America employs a serving device that receives format identifiers which identify the type of formatting required.<br>After a user has customized their "My Portfolio Overview" webpage, the server utilizes format identifiers associated with that user to enable the server to serve to the "JBurns8111" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
| 4.E(d) | (d) selects a set of functions from said function storage means in dependence upon a | Bank of America employs a serving device that selects functions in dependence upon the format identifier and read user information.<br>For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "My |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| | received format identifier and said read user information; and | Portfolio Overview" page with the "Net Worth Summary" and "News" modules in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear on their "My Portfolio Overview" webpage as illustrated at element 1.D, supra. |
|---|---|---|
| 4.E(e) | (e) executes said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a serving device that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags). The Bank of America server will execute one or more functions to serve a page with the "Net Worth Summary" module at the top of the webpage and will execute one or more different functions to serve a page with the "Net Worth Summary" module located at the bottom of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules.  For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable data comprising the user's specified |

| | | |
|---|---|---|
| | | content data. The content data is highlighted. The HTML <span> tag shown below, along with its attribute value and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <span> tag preceding the text "Net Worth Summary" ensures that the text is located aligned left.<br><br>```<div class="module_body"><br><div class="float_table"><br><span class="floatleft"><br><h2><br><a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"<br>title="Net Worth Summary" >Net Worth Summary</a><br></h2>```<br><br>The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.<br><br> |
| 6 | 6. A serving device as in claim 4 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.<br><br>This excerpt from the source code from the "Bill Pay Overview" indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.<br><br>```<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"<br>"http://www.w3.org/TR/html4/loose.dtd"><br><br>    <html lang="en"><br><br><head><br><meta http-equiv="content-type" content="text/html; charset=utf-8"><br><title>My Portfolio Overview</title><br><br>        ….```<br><br>As indicated in section 1.E(e), the HTML <span> tag is used to ensure the location of the text. Below is the excerpted HTML data where HTML tags are used to format content data (content data is highlighted).<br><br>```<div class="module_body">``` |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737**

```
<div class="float_table">
<span class="floatleft">
<h2>
<a href="/moneycenter/networth.bofa.do?c=csit_key%3AlUZqED0%2Fx%2BebQndeduc1J9svGto%3D&l=u:s"
title="Net Worth Summary" >Net Worth Summary</a>
</h2>
```

The excerpted code, above, corresponds to the following circled portion of viewable data displayed at a browsing device.