# EXHIBIT S

MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
E-Mail:        martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
TREVOR J. FOSTER, Admitted Pro Hac Vice
SETH A. NORTHROP, Admitted Pro Hac Vice
PATRICK M. ARENZ, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   (612) 349-8500
Facsimile:    (612) 339-4181
E-Mail:        camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

#### OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO.  C06-02451 SBA <br><br> **ABLAISE LTD. AND GENERAL INVENTIONS INSTITUTE A, INC.'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> CASE NO.  C06-07222 SBA |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

CONFIDENTIAL

| | |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | **RELATED CASE**<br><br>CASE NO.  C06-001995 SBA |

Pursuant to Rule 3-1 of the Patent Local Rules of the Northern District of California, Defendant Ablaise Ltd. and General Inventions Institute A, Inc. ("Ablaise") submits its Disclosure of Asserted Claims and Preliminary Infringement Contentions to the Plaintiff Financial Fusion, Inc. ("Financial Fusion").   Ablaise's initial disclosures are based on the information available to it at this time.  Financial Fusion has refused to provide Ablaise with requested discovery regarding the products or services Financial Fusion offers in an html environment.   Ablaise intends to move to amend its counterclaim to limit its infringement allegations to just those products and services that Ablaise has identified at this point—without waiving any infringement claims relating to products or services that Ablaise is unaware of.  In alternative, Ablaise reserves the right to supplement or amend these contentions herein based on additional information obtained through formal discovery or other means.  In particular, Ablaise reserves the right to amend these contentions if discovery or other means show that Financial Fusion provides any service or product that operates in a substantially similar manner to any of the accused websites or portions of websites.

## I.    ASSERTED CLAIMS (Patent Local Rule 3-1(a))

Ablaise asserts that Financial Fusion infringes United States Patent No. 6,961,737 claims 1, 3, 4, and 6.   These claims are asserted based on information available at this time.  In the alternative to Ablaise's upcoming motion to amend its counterclaim to limit Ablaise's infringement allegations to those currently known to Ablaise, additional claims may be asserted if discovery shows additional infringements.   Ablaise specifically reserves the right to amend these contentions after Financial Fusion properly responds to Ablaise's outstanding discovery requests.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## II.    ACCUSED INSTRUMENTALITY (Patent Local Rule 3-1(b))

Ablaise's Interrogatory No. 1 and Request for Inspection No. 1 requested identification of all products or services that Financial Fusion offers in an html environment.  Financial Fusion has refused to properly answer this interrogatory and refused to allow Ablaise inspection.  Ablaise will, therefore, move to amend its counterclaim to limit its infringement allegations to the services and products that Financial Fusion infringes currently known to Ablaise.  In doing so, Ablaise will reserve the right to bring any infringement claim against any additional Financial Fusion products or services that Ablaise later learns infringe.   In the alternative, Ablaise specifically reserves the right to amend these contentions after Financial Fusion properly responds to Ablaise's outstanding interrogatory and provides discovery.   Ablaise will identify the following services and products currently known to Ablaise that Financial Fusion offers, which infringe United States Patent No. 6,961,737.

Ablaise asserts that at least Financial Fusion infringes United States Patent No. 6,961,737 by servicing the following website:

https://militarybankonline.bankofamerica.com/efs/servlet/military/login.jsp

 The following portions of that website infringe the following claims.

A.    A user's Financial News tab on the Military Bank Online website, available at:

https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal.jsp

A user's Financial News tab on the Military Bank Online website infringes claims 1, 3, 4, and 6.

B.    The Edit Layout page on the Military Bank Online website, available at:

https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal-layout.jsp

The Edit Layout page on the Military Bank Online website infringes claims 1, 3, 4, and 6.

## III.    INFRINGEMENT CLAIM CHARTS (Patent Local Rule 3-1(c))

The following charts are based on information currently available to Ablaise.  Ablaise's infringement claim charts for the '737 patent are attached as Exhibit A.  Ablaise may need to

CONFIDENTIAL

supply additional charts depending on the outcome on its motion to amend, as well as, after Financial Fusion has complied with discovery.

## IV.    TYPE OF INFRINGEMENT (Patent Local Rule 3-1(d))

Ablaise contends that each element of the asserted claims is literally present in the accused instrumentality. Should any element of the asserted claims be found not literally present, Ablaise contends that any such element would be infringed under the doctrine of equivalents.

## V.    PRIORITY TO EARLIER APPLICATIONS (Patent Local Rule 3-1(e))

The patents in suit are entitled to the priority date of United Kingdom Patent Application 9509828 filed May 15, 1995. It is Ablaise's position that all of the asserted claims are entitled to this priority date.

## VI.    COMMERCIAL EMBODIMENT (Patent Local Rule 3-1(f))

Ablaise does not currently intend to rely on whether any Ablaise apparatus, product, device, process, method, act or other instrumentality practices the asserted claims.

DATED: November 1, 2007

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
       Ronald J. Schutz, Esq.
       Jake H. Holdreith, Esq.
       Cyrus A. Morton, Esq.
       Trevor J. Foster, Esq.
       Patrick M. Arenz, Esq.

       2800 LaSalle Plaza
       800 LaSalle Avenue
       Minneapolis, MN  55402-2015
       612-349-8500

**DAVIS WRIGHT TREMAINE LLP**

       Martin L. Fineman, Esq.
       (CA State Bar No.104413)

       505 Montgomery Street
       Suite 800
       San Francisco, California  94111
       415-276-6500

**ATTORNEYS FOR ABLAISE LTD. AND GENERAL INVENTORS INSTITUTE A, INC.**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November, 2007, I have caused to be served true and correct copies of the following documents:

- Ablaise's Disclosure of Asserted Claims and Preliminary Infringement Contentions

- A CD containing bates numbers AB0000001 - AB0000881 (via U.S. Mail only).

on the following in the manner indicated below:

**ALL BY E-MAIL & U.S. MAIL**

Linda Thayer, Esq.                                    *Attorney for Plaintiff*
Finnegan, Henderson, Farabow,              Financial Fusion
    Garrett & Dunner, L.L.P.
3300 Hillview Avenue
Palo Alto, CA 94304

Martin L. Fineman, Esq.                           *Attorney for Defendant*
Davis Wright Tremaine LLP                      Ablaise
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6533

Patrick M. Arenz

ATTORNEYS FOR ABLAISE LTD. AND
GENERAL INVENTIONS INSTITUTE A, INC.

MP1 10053784.1

# EXHIBIT A

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| Claim element identifier | Claim Language | Operation of Bank of America's Military Bank Online, Financial News Webpage |
|---|---|---|
| 1. (preamble) | 1. A method for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises<br><br>content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page,<br><br>and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data,<br><br>said method comprising: | Bank of America practices a method for serving pages of viewable data to browsing devices with their Military Bank Online, Financial News server. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics.<br><br><br><br>An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

| | | |
|---|---|---|
| | | The content data is highlighted.<br><br>`<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span`<br>`class="portaltitlenews">`<mark>`Headline News`</mark>`</span></td>` |
| 1.A | identifying requests from browsing devices that define a request for specified content data; | Bank of America employs a method that identifies requests from browsing devices that define a request for specified content data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "Financial News" webpage.<br><br>URL: https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal.jsp<br><br> |

| 1.B | storing content data; | Bank of America employs a method that stores content data that it serves to users who request the "Financial News" webpage. |
| --- | --- | --- |
| | | Examples of "content data" stored by Bank of America include the text, |
| | | And   *Headline News* |
| | | *Business News* |
| | | This can be seen on the "Financial News" webpage when displayed at a browsing device. |
| 1.C | storing executable functions; | Bank of America employs a method that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 1.D | maintaining a user database comprising information relating to user preferences; | Bank of America employs a method that maintains a database of user information, the information related to user preferences (both content and formatting preferences). |
| | | Since this is a demo version of the page, the user in this example is "demo" The user can specify their preference for the location of modules within the Financial News page, including the "Headline News" and "Business News" modules (as well as additional modules). The user can also specify the content (which modules will appear) on their "Financial News" page. These preferences would be stored by the Financial News server allowing the user to see those preferences upon subsequent visits to their "Financial News" page. |
| | | The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "Financial News" webpage. |

MP3 20247384.1

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**



User can move modules up or down or choose to add or remove modules in both the left and right columns.

For example, the user can select the categories "Business News" from the Left Column Content list and can click the "up" link. When the user clicks the "up" link the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.MoveUp" with a value of "NEWSBUSINESS" and "selectedwides" with a value of "NEWSBUSINESS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content in their desired layout on subsequent visits to their "Financial News" personalized webpage.

URL:
https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.MoveUp=NEWSBUSINESS&selectedwides=NEWSBUSINESS&random=0.8013961156708853

POST data:
PortalItems.MoveUp=NEWSBUSINESS

MP3 20247384.1

| | | |
|---|---|---|
| | | selectedwides=NEWSBUSINESS<br>random=0.8013961156708853<br><br>To specify which modules to display on their "Financial News" webpage, the user can make content selections on the "Edit Layout" page shown above.  For example, the user can select the "Stock Portfolio" item in the Left Column Content list and click the "remove" link. When the user clicks the "remove" link the following URL request is sent to  Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.Remove" with a value of "STOCKS" and "selectedwides" with a value of "STOCKS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "Financial News" personalized webpage.<br><br> URL:<br>https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.Remove=STOCKS&selectedwides=STOCKS&random=0.7052622468695134<br><br>POST data:<br>PortalItems.Remove=STOCKS<br>selectedwides=STOCKS<br>random=0.7052622468695134<br><br>The resulting "Financial News" page has the module "Business News" at the top and no longer contains the "Stocks" module. |

| | | |
|---|---|---|
| | |  |
| 1.E | and in response to identifying a request for specified content data and a user identifier; | Bank of America employs a method that identifies a request for content data and a user identifier.<br><br>When the user "Demo" initiates a request for the "Financial News" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:      https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalRefresh<br><br>Cookie data:<br>BOA_0020=20071023:0:E:00045C73-7831-171E-8F0E8310197B0000<br>BOA_COM_BT_ELIGIBLE=No<br>throttle_value=100<br>JSESSIONID=0000TNtjRs7vzacALmLUAlRXsUs:129degmk8 |

MP3 20247384.1

11/1/2007

| 1.E(a) | (a) reading user preference information from said user database in response to a received user identifier; | Bank of America employs a method that reads the user's preferences in response to the received user identifier. For example, the server reads that the "demo" user has a preference for the "Business News" module to appear at the top of the page and for only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" to be included in the Left Column on the "Financial News" page as illustrated at element 1.D, supra.<br><br> |
|---|---|---|
| 1.E(b) | (b) selecting stored content data in dependence upon the content data specified in a received request; | Bank of America employs a method that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified is the "Financial News" webpage. |
| 1.E(c) | (c) receiving format identifiers identifying the type of formatting required; | Bank of America employs a method that receives format identifiers which identify the type of formatting required.<br>After a user has customized their "Financial News" webpage, the server utilizes format identifiers associated with that user to enable the |

| | | server to serve to the "Demo" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
|---|---|---|
| 1.E(d) | (d) selecting a set of stored functions in dependence upon a received format identifier and said read user information; | Bank of America employs a method that selects functions in dependence upon the format identifier and read user information. For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "Financial News" page with the "Business News" module in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear within the "Financial News" webpage as illustrated at element 1.D, supra. |
| 1.E(e) | and (e) executing said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a method that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags). <br><br> The Bank of America server will execute one or more functions to serve a page with the "Business News" module at the top of the webpage and will execute one or more different functions to serve a page with the "Headline News" module located at the top of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules (described at element 1.D, supra). <br><br> The "Business News" module at the top of the page and only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" included in the Left Column on the "Financial News" page     The "Headline News" module at the top of the page and only the "Headline News," "Business News," "Military News," "Weather", "Sports News" and "Stock Portfolio" included in the Left Column on the "Financial News" page |

Confidential                      11/1/2007

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737



For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable. The content data is highlighted. The HTML <td> tag and its attributes shown below and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <td> tag along with the attribute valing= "middle" preceding the text "Headline News" specifies the vertical alignment of the cell content, in this case the text "Headline News."

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
```

The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled).

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat No. 6,961,737



| | | |
|---|---|---|
| | | Number of headlines to show has not been specified.<br>Click **Edit** to select the number of headlines to show. |
| 3 | 3. A method as in claim 1 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.<br><br>This excerpt from the source code from the "Financial News" page indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.<br><br>`<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN"`<br>`"http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">`<br><br>`<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en">`<br>`<head>`<br>`<meta name="GOOGLEBOT" content="NOSNIPPET" />`<br>`<meta name="GOOGLEBOT" content="NOARCHIVE" />`<br>`<meta http-equiv="Content-Type" content="text/html; charset=ISO-8859-1" />`<br><br>....<br><br>As indicated in section 1.E(e), the HTML `<td>` tag and its attributes are used to ensure the location of content data.<br><br>`<td width="1%" valign="middle" class="newscolor" nowrap height="18"> <span class="portaltitlenews">`Headline News`</span></td>`<br><br>The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled).<br><br>Number of headlines to show has not been specified.<br>Click **Edit** to select the number of headlines to show. |
| 4(preamble) | 4. A serving device for serving pages of viewable data to browsing devices connected to a network, wherein a page of said viewable data comprises content data defining text and/or | Bank of America employs a serving device for serving pages of viewable data to browsing devices with their Military Bank Online, Financial News server. The viewable data comprises data defining text & graphics and formatting data, i.e., HTML tags that specify the location of text and/or graphics. |

| | | |
|---|---|---|
| | graphics and formatting data which specifies locations of said text and/or graphics within a page, and said viewable data is displayed at a browsing device such that locations of said text and/or graphics depend on said formatting data, said serving device comprising: | 

An excerpt from the source code of the above webpage is shown below and exemplifies viewable data comprising content data defining text and/or graphics and formatting data which specifies locations of said text and/or graphics within a page. The content data is highlighted.

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
``` |
| 4.A | identifying means for | Bank of America employs a serving device that identifies requests from browsing devices that define a request for specified content |

| | identifying requests from browsing devices that define a request for specified content data; | data. For example, the Bank of America server identifies a request for specified content which comprises the following URL. The specified content data comprises the "Financial News" webpage. |
|---|---|---|
| | | URL: https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/portal.jsp |
| | |  |
| 4.B | data storage means storing content data; | Bank of America employs a serving device that stores content data that it serves to users who request the "Financial News" webpage. |
| | | Examples of "content data" stored by Bank of America include the text, |
| | | And    *Headline News* |
| | | *Business News* |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737

| | | |
|---|---|---|
| | | This can be seen on the "Financial News" webpage when displayed at a browsing device. |
| 4.C | function storage means storing executable functions; | Bank of America employs a serving device that stores executable functions which are identifiable sets of computer instructions that generate viewable data that comprise content data and formatting data. |
| 4.D | a user database comprising information relating to user preferences; | Bank of America employs a serving device that maintains a database of user information, the information related to user preferences (both content and formatting preferences).<br><br>Since this is a demo version of the page, the user in this example is "demo" The user can specify their preference for the location of modules within the Financial News page, including the "Headline News" and "Business News" modules (as well as additional modules). The user can also specify the content (which modules will appear) on their "Financial News" page. These preferences would be stored by the Financial News server allowing the user to see those preferences upon subsequent visits to their "Financial News" page.<br><br>The following shows images of a portion of the Bank of America website where the user can customize the layout and content of their "Financial News" webpage.<br><br> |

Confidential          Page 13

| | | |
|---|---|---|
| | | For example, the user can select the categories "Business News" from the Left Column Content list and can click the "up" link. When the user clicks the "up" link the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.MoveUp" with a value of "NEWSBUSINESS" and "selectedwides" with a value of "NEWSBUSINESS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content in their desired layout on subsequent visits to their "Financial News" personalized webpage.<br><br>URL:<br>https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.MoveUp=NEWSBUSINESS&selectedwides=NEWSBUSINESS&random=0.8013961156708853<br><br>POST data:<br>PortalItems.MoveUp=NEWSBUSINESS<br>selectedwides=NEWSBUSINESS<br>random=0.8013961156708853<br><br><br>To specify which modules to display on their "Financial News" webpage, the user can make content selections on the "Edit Layout" page shown above. For example, the user can select the "Stock Portfolio" item in the Left Column Content list and click the "remove" link. When the user clicks the "remove" link the following URL request is sent to Bank of America and contains the POST data shown below. Within the POST data sent to Bank of America is the parameter "PortalItems.Remove" with a value of "STOCKS" and "selectedwides" with a value of "STOCKS." This data may be stored by Bank of America and used by Bank of America to facilitate serving to the user the user's desired content on subsequent visits to their "Financial News" personalized webpage.<br><br> URL:<br>https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalSaveSettings?PortalItems.Remove=STOCKS&selectedwides=STOCKS&random=0.7052622468695134<br><br>POST data:<br>PortalItems.Remove=STOCKS<br>selectedwides=STOCKS<br>random=0.7052622468695134<br><br><br>The resulting "Financial News" page has the module "Business News" at the top and no longer contains the "Stocks" module. |

MP3 20247384.1

11/1/2007

| | | |
|---|---|---|
| | |  |
| 4.E | and processing means configured such that, in response to said identifying means identifying a request for specified content data and a user identifier, said processing means; | Bank of America employs a serving device that identifies a request for content data and a user identifier.<br><br>When the user "Demo" initiates a request for the "Financial News" webpage (specified content data) the Bank of America server identifies a request for specified content data (comprising the following URL) and a user identifier. The cookie data that is passed to the Bank of America server with the following URL request is used by the Bank of America server to identify the user identifier.<br><br>URL:    https://militarybankonline.bankofamerica.com/demo/servlet/militaryonline/PortalRefresh<br><br>Cookie data:<br>BOA_0020=20071023:0:E:00045C73-7831-171E-8F0E8310197B0000<br>BOA_COM_BT_ELIGIBLE=No<br>throttle_value=100<br>JSESSIONID=0000TNtjRs7vzacALmLUAlRXsUs:129degmk8 |

Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737

| 4.E(a) | (a) reads user preference information from said user database in response to a received user identifier, | Bank of America employs a serving device that reads the user's preferences in response to the received user identifier. For example, the server reads that the "demo" user has a preference for the "Business News" module to appear at the top of the page and for only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" to be included in the Left Column on the "Financial News" page as illustrated at element 1.D, supra.<br><br> |
|---|---|---|
| 4.E(b) | (b) selects content data from said data storage means in dependence upon the content data specified in a request received by said identifying means; | Bank of America employs a method that selects the content in dependence upon content data specified in the request.<br><br>The content requested and specified is the "Financial News" webpage. |
| 4.E(c) | (c) receives format identifiers identifying the type of formatting required; | Bank of America employs a serving device that receives format identifiers which identify the type of formatting required.<br>After a user has customized their "Financial News" webpage, the server utilizes format identifiers associated with that user to enable the |

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**

|  |  | server to serve to the "Demo" user the modules in the location the user prefers (as illustrated at element 1.D, supra). |
|---|---|---|
| 4.E(d) | (d) selects a set of functions from said function storage means in dependence upon a received format identifier and said read user information; and | Bank of America employs a serving device that selects functions in dependence upon the format identifier and read user information. For example, based on the received format identifier, Bank of America will select one or more functions which produce a user's "Financial News" page with the "Business News" module in the location the user desires as illustrated at element 1.D, supra. In addition, based on the read user information, Bank of America will select one or more functions that will include only the modules the user has selected to appear within the "Financial News" webpage as illustrated at element 1.D, supra. |
| 4.E(e) | (e) executes said set of functions to generate viewable data comprising said selected content data and formatting data. | Bank of America employs a serving device that executes the set of functions which generate viewable data comprising the selected content data (viewable text and graphics on the webpage) and formatting data (HTML tags). The Bank of America server will execute one or more functions to serve a page with the "Business News" module at the top of the webpage and will execute one or more different functions to serve a page with the "Headline News" module located at the top of the webpage. In addition, Bank of America will execute one or more functions to serve a page with the user's customized content, that is, the user's selected modules (described at element 1.D, supra). |

The "Business News" module at the top of the page and only the "Business News", "Headline News", "Military News," "Weather" and "Sports News" included in the Left Column on the "Financial News" page

The "Headline News" module at the top of the page and only the "Headline News," "Business News," "Military News," "Weather", "Sports News" and "Stock Portfolio" included in the Left Column on the "Financial News" page

**Claim Chart of Bank of America's Exemplary Infringement of Ablaise US Pat. No. 6,961,737**



For example, when executed, the one or more functions act to combine content data and formatting data. The following source code illustrates Bank of America's combination of content data and formatting data to generate viewable. The content data is highlighted. The HTML <td> tag and its attributes shown below and used by Bank of America in combination with content data is exemplary of HTML tags dictating the location of text within the viewable data. Here, the <td> tag along with the attribute valing= "middle" preceding the text "Headline News" specifies the vertical alignment of the cell content, in this case the text "Headline News."

```
<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span
class="portaltitlenews">Headline News</span></td>
```

The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled).



| 6 | 6. A serving device as in claim 4 wherein said viewable data is HTML (hypertext markup language) data, and said formatting data comprise of HTML tags. | The viewable data is HTML data.<br><br>This excerpt from the source code from the "Financial News" page indicates that the viewable data is HTML data when it indicates the document is an HTML document, "DOCTYPE HTML…" and uses HTML tags as formatting data.<br><br>`<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd">`<br><br>`<html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en">`<br>`<head>`<br>`<meta name="GOOGLEBOT"  content="NOSNIPPET" />`<br>`<meta name="GOOGLEBOT"  content="NOARCHIVE" />`<br>`<meta http-equiv="Content-Type" content="text/html; charset=ISO-8859-1" />`<br><br>….<br><br>As indicated in section 1.E(e), the HTML `<td>` tag and its attributes are used to ensure the location of content data.<br><br>`<td width="1%" valign="middle" class="newscolor" nowrap  height="18"> <span class="portaltitlenews">Headline News</span></td>`<br><br>The excerpted code, above, corresponds roughly to the following portion of viewable data displayed at a browsing device (shown circled). |

Confidential        Page 19