1 | *Counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Defendants. | Case No. C06-07222 SBA <br><br> **[PROPOSED] ORDER DENYING ABLAISE LTD.'S MOTION FOR A CASE MANAGEMENT ORDER** |
| FINANCIAL FUSION, INC. <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> Case No. C06-02451 SBA |
| ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br> Case No. C07-01995 SBA |

1

[PROPOSED] ORDER DENYING ABLAISE'S MOT. FOR A CASE MANAGEMENT ORDER
Case Nos. C06-07222 SBA, C07-01995 SBA, C06-02451 SBA

**IT IS ORDERED THAT:**

1. Ablaise's[1] motion for a Case Management Order is hereby **DENIED**.

2. Because Ablaise cannot show good cause, Ablaise's motion to amend its Preliminary Infringement Contentions against Bank of America is hereby **DENIED**.

3. In light of Ablaise's failure to provide Preliminary Infringement Contentions with respect to the '530 patent, Count A of Ablaise's Second Amended Complaint against Bank of America is hereby **DISMISSED WITH PREJUDICE** from the Bank of America litigation insofar as it relates to the '530 patent, pursuant to Fed. R. Civ. P. 41(b).

4. In light of Ablaise's failure to provide Preliminary Infringement Contentions with respect to the '530 patent, the following claims by Ablaise are hereby **DISMISSED WITH PREJUDICE** from the Yodlee and Financial Fusion litigations respectively, pursuant to Fed. R. Civ. P. 41(c): Count 2 of Ablaise's Counterclaims against Yodlee; and Count 2 of Ablaise's Counterclaims against Financial Fusion.

5. Because Ablaise's claims against Yodlee relating to the '530 patent are hereby dismissed with prejudice, Counts 4-6 of Yodlee's Complaint for Declaratory Judgment of Non-infringement, Invalidity, and Unenforceability against Ablaise are hereby **DISMISSED** as moot from the Yodlee litigation pursuant to Fed. R. Civ. P. 41(b).

6. Because Ablaise's claims against Financial Fusion relating to the '530 patent are hereby dismissed with prejudice, Counts 3 and 4 of Financial Fusion's Second Amended Complaint for Declaratory Judgment against Ablaise are hereby **DISMISSED** as moot from the Financial Fusion litigation pursuant to Fed. R. Civ. P. 41(b).

7. Because Ablaise expressly agreed to stay discovery until after the Court's *Markman* hearing, Ablaise's motion to compel discovery responses is hereby **DENIED**.

8. Because Ablaise identified only one customer of Yodlee and Financial Fusion in its Preliminary Infringement Contentions (namely, Bank of America), Ablaise shall not be permitted to amend its Preliminary Infringement Contentions to assert infringement against Yodlee and/or

---

[1] As used herein, the term "Ablaise" shall refer collectively to Ablaise Ltd. and General Inventors Institute A, Inc., the moving parties in the opposed motion.

2

[PROPOSED] ORDER DENYING ABLAISE'S MOT. FOR A CASE MANAGEMENT ORDER
Case Nos. C06-07222 SBA, C07-01995 SBA, C06-02451 SBA

Financial Fusion with respect to the use of Yodlee and/or Financial Fusion products or services by customers other than Bank of America, if such use had first occurred prior to the deadline for Ablaise's Preliminary Infringement Contentions (November 1, 2007). Further, Ablaise is hereby barred from raising any future claims of infringement with respect to Yodlee and/or Financial Fusion where the allegation is based upon the use of a Yodlee and/or Financial Fusion product or service by a customer other than Bank of America, if such use had first occurred prior to the deadline for Ablaise's Preliminary Infringement Contentions (November 1, 2007).

Dated: _____

                              The Honorable Saundra B. Armstrong
                              UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| David M. Barkan (CSB No. 160825<br>barkan@fr.com)<br>Craig R. Compton (CSB No. 215491<br>compton@fr.com)<br>Jonathan J. Lamberson (CSB No. 239107<br>lamberson@fr.com)<br>Christina D. Jordan (CSB No. 245944<br>jordan@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Attorneys for Plaintiffs, YODLEE, INC. and Defendant BANK OF AMERICA CORP | Linda J. Thayer (CSB No. 195115<br>Linda.thayer@finnegan.com)<br>Gerald F. Ivey (Admitted *Pro Hac Vice*<br>gerald.ivey@finnegan.com)<br>Lily Lim (CSB No. 214536<br>lily.lim@finnegan.com)<br>Jeffrey E. Danley (CSB No. 238316<br>jeff.danley@finnegan.com)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, California 94304-1203<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Attorneys for Plaintiff, FINANCIAL FUSION, INC. |

50467061.doc