1  *Counsel listed on signature page*

2
3
4
5
6
7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              (SAN FRANCISCO DIVISION)

| | |
|---|---|
| 11  ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC.,<br>12      Plaintiffs,<br>13      v.<br>14  BANK OF AMERICA CORPORATION,<br>15      Defendants. | Case No. CV 07-01995 SBA<br><br>**YODLEE, INC., BANK OF AMERICA CORPORATION, AND FINANCIAL FUSION, INC.'S STATEMENT OF RECENT DECISION (REGARDING ABLAISE'S MOTION FOR CASE MANAGEMENT CONFERENCE)**<br><br>DATE:   March 18, 2008<br>TIME:   1:00 p.m.<br>JUDGE:  Saundra B. Armstrong |

20      In accordance with Civil L. R. 7-3(d), Yodlee, Bank of America, and Financial Fusion

21 hereby submit the recent decision of the Federal Circuit Court of Appeals regarding the situations

22 that will trigger declaratory relief jurisdiction.  The decision is entitled *Micron Technology, Inc. v.*

23 *Mosaid Technologies, Inc.*, Court of Appeal Dkt No. 2007-1080 and is attached hereto as Exhibit

24 A.  This recent decision was issued by the Federal Circuit after Yodlee, Financial Fusion, and

28

1  Bank of America's filed their opposition to the pending Ablaise Motion for Case Management
2  Conference.  See (Dkt. No. 54).

3

4  Dated:  March 12, 2008                                   Dated:  March 12, 2008

5  By: */s/ David M. Barkan*                                By: */s/ Linda J. Thayer*
       David M. Barkan (CSB No. 160825                         Linda J. Thayer (CSB No. 195115
6      barkan@fr.com)                                          Linda.thayer@finnegan.com)
       Craig R. Compton (CSB No. 215491                        Gerald F. Ivey (Admitted Pro Hac Vice
7      compton@fr.com)                                         gerald.ivey@finnegan.com)
       Jonathan J. Lamberson (CSB No. 239107                   Lily Lim (CSB No. 214536
8      lamberson@fr.com)                                       lily.lim@finnegan.com)
       Christina D. Jordan (CSB No. 245944                     Jeffrey E. Danley (CSB No. 238316
9      jordan@fr.com)                                          jeff.danley@finnegan.com)
       FISH & RICHARDSON P.C.                                  FINNEGAN, HENDERSON, FARABOW,
10     500 Arguello Street, Suite 500                          GARRETT & DUNNER, LLP
       Redwood City, CA 94063                                  Stanford Research Park
11     Telephone: (650) 839-5070                               3300 Hillview Avenue
       Facsimile: (650) 839-5071                               Palo Alto, California  94304-1203
12                                                             Telephone: (650) 849-6600
   Attorneys for Plaintiffs, YODLEE, INC. and                  Facsimile: (650) 849-6666
13 Defendant BANK OF AMERICA CORP
                                                            Attorneys for Plaintiff, FINANCIAL FUSION,
14                                                          INC.

15 50469906

16 / / /

17 / / /

18 / / /

19

20

21

22

23

24

25

26

27

28
                                            2        YODLEE, INC., BANK OF AMERICA CORPORATION, AND
                                                     FINANCIAL FUSION, INC.'S STATEMENT OF RECENT DECISION
                                                     (REGARDING ABLAISE'S MOTION FOR CASE MANAGEMENT
                                                                                              CONFERENCE)
                                                     **Case No. CV 07-01995** SBA

1   Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under
2   penalty of perjury that concurrence in the filing of this document has been obtained from Linda J.
3   Thayer, counsel for Financial Fusion, Inc.

4   Dated: March 12, 2008             FISH & RICHARDSON P.C.

6                                     By: /s/ *David M. Barkan*
                                           David M. Barkan

7
8                                     Attorneys for Plaintiffs, YODLEE, INC. and
                                      Defendant BANK OF AMERICA CORP

9   50469906