1  *Counsel listed on last page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | Case No. C 06-02451 SBA <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND DATES IN CASE MANAGEMENT ORDER RELATING TO CLAIM CONSTRUCTION** |
| YODLEE, INC. <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br> Case No. C 06-07222 SBA |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendants. | **RELATED CASE** <br><br> Case No. CV 07-01995 SBA |

Pursuant to Civil Local Rules 6-2 and 7-12, the parties in the above captioned actions, Financial Fusion, Inc. ("Financial Fusion"), Bank of America Corporation ("Bank of America"), Ablaise Ltd. and General Inventors Institute A, Inc. (collectively "Ablaise"), and Yodlee, Inc. ("Yodlee"), through their respective counsel, hereby request the Court to extend the date for the

1 Tutorial and Markman Hearing from May 28, 2008, to a date convenient for the court after June
2 18, 2008.[1]

3    The parties also request that the briefing schedule be set back to the following schedule:

4   • The Accused Parties' Opening Claim Construction Briefs due May 1, 2008

5   • Responsive Claim Construction Briefs due May 15, 2008

6   • Reply Claim Construction Briefs due May 22, 2008.

7    According to the Joint Claim Construction Order issued September 20, 2007, the Accused
8 Parties' Opening Claim Construction Briefs are currently due on April 10, 2008, with Responsive
9 Claim Construction Briefs due on April 24, 2008, and Reply Claim Construction Briefs due on
10 May 1, 2008. The parties, however, are actively engaged in settlement negotiations that seem
11 likely to resolve these three litigations in the next few weeks without the time and expense of a
12 claim construction hearing. The parties therefore request that the Court extend the date of the
13 Markman hearing by at least three weeks and extend the briefing schedule as proposed above, so
14 that the parties may attempt to resolve these litigations without the Court's assistance.

15    Since these cases have been related before this Court, there have been the following time
16 modifications in these cases:

17   • Case Management Conference was continued by stipulation on March 12, 2007
18     [Dkt #65]

19   • Case Management Conference was continued by stipulation on July 16, 2007 [Dkt
20     # 84]

21    The parties note that this Court has not yet ruled on Ablaise's Motion for Case
22 Management filed January 9, 2008, for which briefing was completed on March 4, 2008. On
23 March 17, 2008, the parties were notified by the Court, that the Court considered the matter fully
24 submitted on the papers and that the hearing scheduled for March 18, 2008, was canceled. The
25 decision on Ablaise's Motion will determine whether one or both of Ablaise's involved patents

---

[1] The parties note, however, that they are not available during the week of June 30, 2008, to July 3, 2008, due to prior commitments, and request that the Markman Hearing not be scheduled for this week.

2

remain in these litigations and therefore may affect whether one or two Markman hearings would be necessary.

STIPULATED AND AGREED TO BY:

Dated: April 4, 2008

By   */s/ Jake M. Holdreith*
    Jake M. Holdreith
    (Admitted *pro hac vice*)
    ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402
    Tel: (612) 349-8500
    Fax: (612) 339-4181
    Email: jmholdreith@rkmc.com

    Attorneys for
    ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC.

Dated: April 4, 2008

By   */s/ Linda J. Thayer*
    Linda J. Thayer (SBN 195115)
    FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
    Stanford Research Park
    3300 Hillview Avenue
    Palo Alto, CA 94304-1203
    Tel: (650) 849-6600
    Fax: (650) 849-6666
    Email: linda.thayer@finnegan.com

    Attorneys for
    FINANCIAL FUSION, INC.

Dated: April 4, 2008

By   */s/ David M. Barkan*
    David M. Barkan (SBN 160825)
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Tel: (650) 839-5070
    Fax: (650) 839-5071
    Email: barkan@fr.com

    Attorneys for
    YODLEE, INC. and BANK OF AMERICA CORP.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Linda Thayer and Jake M. Holdreith.

Dated: April 4, 2008                                          FISH & RICHARDSON P.C.

                                                              By: \s\ *David M. Barkan*
                                                                  David M. Barkan

                                                              Attorneys for
                                                              YODLEE, INC. and BANK OF AMERICA
                                                              CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The date for the tutorial and Markman hearing in the above-captioned matters is hereby extended from May 28, 2008, to _____, the first available date after June 18, 2008, that is convenient for the Court. The dates for filing Opening, Responsive, and Reply Claim Construction Briefs, per Patent L.R. 4-5, are hereby set back to the following schedule:

- The Accused Parties' Opening Claim Construction Briefs due May 1, 2008
- Responsive Claim Construction Briefs due May 15, 2008
- Reply Claim Construction Briefs due May 22, 2008.

Dated: _____, 2008

                                                              _____
                                                              Honorable Saundra B. Armstrong
                                                              United States District Judge

4

JOINT STIPULATION AND [PROPOSED] ORDER TO
AMEND DATES IN CASE MANAGEMENT ORDER
Related Cases No. C 06-02451 SBA,
No. C 06-07222 SBA, and Case No. CV 07-01995 SBA