1  [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **ABLAISE PROPOSED SCHEDULE AND [PROPOSED] ORDER** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br><br> CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br><br> CASE NO. C07-001995 SBA |

CASE NO.  C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA                          **ABLAISE PROPOSED SCHEDULE**

At the request of the accused parties—Financial Fusion Inc., Yodlee Inc., and Bank of America Corp.—Ablaise Ltd. and General Inventions Institute A Inc. (collectively "Ablaise") agreed to request a stay from the schedule this Court issued, so that the parties could attempt to resolve these related cases. This Court agreed to a limited stay and set a Case Management Conference for May 14, 2008. The parties have been unable to reach an agreement resolving these cases during the limited stay. Ablaise noted the Court's request for a proposed schedule 10 days before the May 14, 2008 Case Management Conference in the event the case did not settle. The accused parties disagree that such a schedule is required. Ablaise, therefore, respectfully submits the following proposed schedule to resume these cases.

Ablaise proposes the following Markman schedule:

- The Accused Parties' Opening Claim Construction Brief due May 29, 2008
- Responsive Claim Construction Brief due June 12, 2008
- Reply Claim Construction Brief due June 19, 2008
- Tutorial and Markman Hearing at the convenience of the Court[1]

Ablaise proposes the following discovery schedule:

- Fact discovery to commence May 29, 2008
- Fact discovery to close November 27, 2008
- Opening expert reports for the party that bears the burden of proof at trial due December 18, 2008
- Rebuttal expert reports due January 15, 2008
- Expert discovery to close February 16, 2008
- Trial date at the convenience of the Court

This proposed discovery schedule is consistent with Ablaise's motion to limit the cases. If the cases are not limited to the Bank of America website, then the schedule will need to be revisited.

---

[1] Ablaise is aware that not all parties are available during the week of June 30, 2008, to July 3, 2008, due to prior commitments, and request that the Markman Hearing not be schedule for this week.

CASE NO. C06-02451 SBA; C06-07222 SBA; C07-001995 SBA — - 2 - — **ABLAISE PROPOSED SCHEDULE**

| | |
|---|---|
| DATED: May 6, 2008 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By: s/ Patrick M. Arenz |
| | Ronald J. Schutz |
| | Jake H. Holdreith |
| | Cyrus A. Morton |
| | Patrick M. Arenz |
| | |
| | 2800 LaSalle Plaza |
| | 800 LaSalle Avenue |
| | Minneapolis, MN  55402-2015 |
| | 612-349-8500 |
| | |
| | **DAVIS WRIGHT TREMAINE LLP** |
| | |
| | Martin L. Fineman (CA State Bar No. 104413) |
| | 505 Montgomery Street |
| | Suite 800 |
| | San Francisco, California  94111 |
| | 415-276-6500 |
| | |
| | **ATTORNEYS FOR ABLAISE LTD. AND GENERAL INVENTIONS INSTITUTE A, INC.** |

**[Proposed] Order**

The Court adopts the schedule above as its Case Management Order. In addition, the Court orders _____

ORDERED this ____ day of _____ 2008

_____

The Honorable Saundra B. Armstrong
U.S. District Court Judge