1  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   **PATRICK M. ARENZ**
2  2800 LaSalle Plaza, 800 LaSalle Avenue
   Minneapolis, MN 55402-2015
3  612-349-8500

4  **DAVIS WRIGHT TREMAINE LLP**
   MARTIN L. FINEMAN (CA State Bar No. 104413)
5  505 Montgomery Street, Suite 800
   San Francisco, California 94111
6  415-276-6500

7  **ATTORNEYS FOR ABLAISE LTD. AND**
   **GENERAL INVENTIONS INSTITUTE A, INC.**
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, | CASE NO. C06-02451 SBA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO. C07-001995 SBA |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| CASE NO. C06-02451 SBA; C06-07222 SBA; C07-001995 SBA | **ABLAISE PROPOSED SCHEDULE** |

(left margin: ROBINS, KAPLAN, MILLER & CIRESI L.L.P. ATTORNEYS AT LAW MINNEAPOLIS)

## Proof of Service

I, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111.

I caused to be served the following documents:

**ABLAISE PROPOSED SCHEDULE AND [PROPOSED] ORDER**

I caused the above document to be served on

> Benjamin J. Schladweiler
> Thomas C. Grimm
> Morris, Nichols, Arsht & Tunnell
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899

by enclosing a true and correct copy of said document in an envelope and placed it for collection and mailing with the United States Post Office on **May 6, 2008**, following the ordinary business

Executed on **May 6, 2008**, at San Francisco, California.

_____
EDITH SHERTZ

CASE NO. C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA          - 2 -          **ABLAISE PROPOSED SCHEDULE**

Left margin: ROBINS, KAPLAN, MILLER & CIRESI L.L.P., ATTORNEYS AT LAW, MINNEAPOLIS