1    *Counsel listed on signature page*

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11   YODLEE, INC.,

                                              Case No. C06-07222 SBA
12              Plaintiff,

13        v.                                  **YODLEE, BANK OF AMERICA, AND
                                              FINANCIAL FUSION'S OBJECTIONS
14   ABLAISE LTD. and GENERAL INVENTIONS      TO ABLAISE'S PROPOSED CASE
     INSTITUTE A, INC.,                       SCHEDULE**

15
                Defendants.
16
     FINANCIAL FUSION, INC.                   **RELATED CASE**
17
                Plaintiff,                    Case No. C06-02451 SBA
18
          v.
19
     ABLAISE LTD., and GENERAL INVENTORS
20   INSTITUTE A, INC.

21              Defendants.

22   ABLAISE LTD. and GENERAL INVENTIONS      **RELATED CASE**
     INSTITUTE A, INC.,
23                                            Case No. C07-01995 SBA
                Plaintiffs,
24
          v.
25
     BANK OF AMERICA CORPORATION,
26
                Defendant.
27

28

## I.    OBJECTIONS

On May 6, 2008, Ablaise unilaterally[1] filed a proposed schedule for the remainder of this case. Yodlee, Inc. ("Yodlee"), Financial Fusion, Inc. ("Financial Fusion"), and Bank of America Corp. ("Bank of America") object to that proposed schedule for the following reasons:

First, during the hearing on April 8, 2008, the Court stated that it would require supplemental briefing before it could resolve Ablaise's pending Motion for a Case Management Order. (Yodlee Docket No. 54, Financial Fusion Docket No. 106, Bank of America Docket No. 43). As the parties explained during the April 8th hearing, the parties require resolution of that Motion before they can conduct Markman briefing because the parties must know whether to brief claim construction issues related to the '530 patent, the parent of the asserted '737 patent. As the Court is aware, Ablaise requested leave to add the '530 patent to this suit even though it did not raise that patent in its preliminary infringement contentions. Yodlee, Financial Fusion, and Bank of America request that the Court issue its Order and resolve any supplemental briefing before it schedules the claim construction briefing.[2]

Second, Yodlee, Financial Fusion, and Bank of America object that Ablaise's proposed Markman briefing schedule is unnecessarily compressed. Assuming that the Court adopts Ablaise's proposed schedule during the case management conference on May 14, 2008, the parties will only have 15 days to complete opening claim construction briefing under Ablaise's proposal. Even assuming the case is limited to one patent, that is unnecessarily short. It also does not account for any supplemental briefing that the Court may request, and again Yodlee, Financial Fusion and Bank of America request that the Court complete that supplemental briefing before initiating claim construction briefing.

---

[1]   Ablaise first sent its proposed case schedule on May 5, 2008, requesting that the parties file it on that day. Yodlee, Bank of America, and Financial Fusion stated that they would send Ablaise their objections by the end of the week, noting that the Court gave the parties until May 12, 2008 to file a joint case management statement. Rather than waiting for those objections, Ablaise informed the parties that it would file its case management conference statement unilaterally, in violation of Civil Local Rule 16-10(d). Yodlee, Bank of America, and Financial Fusion again requested that Ablaise wait for their objections, but Ablaise refused that request. The e-mail string reflecting these discussions is attached hereto.

1    Third, Yodlee, Financial Fusion, and Bank of America object to Ablaise's proposal to

2  initiate discovery before the Markman hearing, and to end discovery only six months later.

3  Ablaise previously agreed that, "Discovery shall be limited to issues relating to claim construction

4  until after the Markman hearing." (*See* Yodlee Docket No. 38, Financial Fusion Docket No. 85,

5  Bank of America Docket No. 19 (9/6/2007 Joint Case Management Statement)). Ablaise should

6  be bound by its prior agreements. Also, this is a complex patent case involving at least three

7  different vendors of different accused products, and possibly other customers of those vendors

8  depending on the outcome of Ablaise's pending Motion. The parties will require more than six

9  months to conduct discovery. Yodlee, Financial Fusion, and Bank of America propose opening

10  discovery after the Markman Order issues, and closing discovery nine to twelve months after the

11  Court issues the claim construction Order.

12

13  Dated: May 7, 2008                                    Dated: May 7, 2008

14  By: */s/ David M. Barkan*                             By: */s/ Linda J. Thayer*
        David M. Barkan (CSB No. 160825                        Linda J. Thayer (CSB No. 195115
15      barkan@fr.com)                                         Linda.thayer@finnegan.com)
        Craig R. Compton (CSB No. 215491                       Gerald F. Ivey (Admitted Pro Hac Vice
16      compton@fr.com)                                        gerald.ivey@finnegan.com)
        Jonathan J. Lamberson (CSB No. 239107                  Lily Lim (CSB No. 214536
17      lamberson@fr.com)                                      lily.lim@finnegan.com)
        Christina D. Jordan (CSB No. 245944                    Jeffrey E. Danley (CSB No. 238316
18      jordan@fr.com)                                         jeff.danley@finnegan.com)
        FISH & RICHARDSON P.C.                                 FINNEGAN, HENDERSON, FARABOW,
19      500 Arguello Street, Suite 500                         GARRETT & DUNNER, LLP
        Redwood City, CA 94063                                 Stanford Research Park
20      Telephone: (650) 839-5070                              3300 Hillview Avenue
        Facsimile: (650) 839-5071                              Palo Alto, California 94304-1203
21                                                             Telephone: (650) 849-6600
                                                               Facsimile: (650) 849-6666
22  Attorneys for Plaintiffs, YODLEE, INC. and
    Defendant BANK OF AMERICA CORP
23                                                         Attorneys for Plaintiff, FINANCIAL FUSION,
                                                           INC.
24

25

26

27  _____
    2    If the Court is inclined to set a Markman hearing at this time, the parties note that they are not
28       available during the week of June 30th or the week of July 28th due to prior commitments.

1

**DECLARATION OF CONSENT**

2     Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

3    penalty of perjury that concurrence in the filing of this document has been obtained by each of the

4    signatories.

5

6    Dated:  May 7, 2008                              FISH & RICHARDSON P.C.

7

8                                                     By:    /s/ David M. Barkan
                                                            David M. Barkan
9

10                                                   Attorneys for Plaintiffs, YODLEE, INC. and
                                                     Defendant BANK OF AMERICA CORP
11

12   Dated:  May 7, 2008                             FINNEGAN, HENDERSON, FARABOW,
                                                     GARRETT & DUNNER, LLP
13

14                                                   By:    /s/ Linda J. Thayer
                                                            Linda J. Thayer
15

16                                                   Attorneys for Plaintiff, FINANCIAL FUSION,
                                                     INC.
17   50480749

18

19

20

21

22

23

24

25

26

27

28

YODLEE, BANK OF AMERICA, AND FINANCIAL FUSION'S
OBJECTIONS TO ABLAISE'S PROPOSED CASE SCHEDULE
Case No. C06-07222 SBA☐