**From:** Jonathan Lamberson
**Sent:** Tuesday, May 06, 2008 4:42 PM
**To:** 'Arenz, Patrick M.'; Thayer, Linda; David Barkan; Danley, Jeffrey
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** RE: Ablaise v. FFI/Yodlee/BoA

Patrick,

The Local Rules require joint filings for all case management conference statements. You chose to file your statement unilaterally, even after I requested that you wait for our objections. As I stated, we will file those objections tomorrow.

Thank you,

Jonathan Lamberson
Fish & Richardson P.C.
500 Arguello St., Ste 500
Redwood City, CA 94063
650-839-5076
lamberson@fr.com

---

**From:** Arenz, Patrick M. [mailto:PMArenz@rkmc.com]
**Sent:** Tuesday, May 06, 2008 4:35 PM
**To:** Jonathan Lamberson; Thayer, Linda; David Barkan; Danley, Jeffrey
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** RE: Ablaise v. FFI/Yodlee/BoA

>>>> Please read the confidentiality statement below <<<<
Jonathan:

Ablaise contacted you yesterday to meet and confer on this issue. We indicated that the proposed schedule was due yesterday. You thought differently, and even suggested that no schedule at all was required. Given your position, we needed to file the proposed schedule as soon as possible and consistent with the Court's direction.

In regards to your objections to be filed tomorrow, if you are referring to a competing schedule, we would consider a joint filing for the Court's convenience.

Best Regards,

Patrick M. Arenz
Attorney
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402

Office phone: (612) 349-8591
E-mail address: pmarenz@rkmc.com

---

**From:** Jonathan Lamberson [mailto:Lamberson@fr.com]
**Sent:** Tuesday, May 06, 2008 5:55 PM
**To:** Arenz, Patrick M.; Thayer, Linda; David Barkan; Danley, Jeffrey
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** RE: Ablaise v. FFI/Yodlee/BoA

Patrick,

I just received the ECF notification for this filing, and it is unfortunate that Ablaise chose to file a document without our objections. We will file those objections tomorrow.

Thank you,

Jonathan Lamberson
Fish & Richardson P.C.
500 Arguello St., Ste 500
Redwood City, CA 94063
650-839-5076
lamberson@fr.com

**From:** Jonathan Lamberson
**Sent:** Tuesday, May 06, 2008 3:36 PM
**To:** 'Arenz, Patrick M.'; Thayer, Linda; David Barkan; Danley, Jeffrey
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** RE: Ablaise v. FFI/Yodlee/BoA

Patrick,

I believe the Court stated during the hearing that this should be a joint filing. Can you at least agree to give Yodlee and Bank of America the opportunity to send you their objections to insert into your pleading by tomorrow afternoon? If not, we will have no choice but to file our objections separately, explaining Ablaise's refusal to meet and confer on this issue.

Thank you,

Jonathan Lamberson
Fish & Richardson P.C.
500 Arguello St., Ste 500
Redwood City, CA 94063
650-839-5076
lamberson@fr.com

---

**From:** Arenz, Patrick M. [mailto:PMArenz@rkmc.com]
**Sent:** Tuesday, May 06, 2008 2:59 PM
**To:** Jonathan Lamberson; Thayer, Linda; David Barkan; Danley, Jeffrey
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** RE: Ablaise v. FFI/Yodlee/BoA

>>>>  Please read the confidentiality statement below  <<<<
Jonathan and Linda:

We disagree with your recollection of the timing and substance of the proposal that the Court requested. Accordingly, we are submitting our proposal today.

Best Regards,

Patrick M. Arenz
Attorney
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402

Office phone:  (612) 349-8591
E-mail address: pmarenz@rkmc.com

---

**From:** Jonathan Lamberson [mailto:Lamberson@fr.com]
**Sent:** Monday, May 05, 2008 2:38 PM
**To:** Thayer, Linda; Arenz, Patrick M.; David Barkan; Danley, Jeffrey
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** RE: Ablaise v. FFI/Yodlee/BoA

Patrick,

Yodlee and BofA will also review your proposal this week. I believe the Court said that it wanted a CMC statement by May 12th, so we shouldn't need to file anything today. Also, I don't believe the Court asked us to prepare a schedule for the rest of the case, only to state whether or not we were able to reach a settlement. In fact the Court specifically said that if we could not reach a settlement, she would issue an Order calling for further briefing on the pending Motion for a Case Management Order. I don't see how we could possibly set a schedule for the remainder of the case without the benefit of that Order.

Thank you,

Jonathan Lamberson
Fish & Richardson P.C.
500 Arguello St., Ste 500
Redwood City, CA 94063
650-839-5076
lamberson@fr.com

---

**From:** Thayer, Linda [mailto:linda.thayer@finnegan.com]

**Sent:** Monday, May 05, 2008 11:31 AM
**To:** Arenz, Patrick M.; David Barkan; Danley, Jeffrey; Jonathan Lamberson
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** RE: Ablaise v. FFI/Yodlee/BoA

Patrick,

We have received your draft and will provide comments within a few days. On the call, Judge Armstrong mentioned that any new proposed schedule did not need to be filed until a few days before the CMC, therefore we were expecting to file one around May 12th.

That said, we will consider your draft promptly.

Regards,
Linda

---

**From:** Arenz, Patrick M. [mailto:PMArenz@rkmc.com]
**Sent:** Monday, May 05, 2008 11:17 AM
**To:** Thayer, Linda; David Barkan; Danley, Jeffrey; Jonathan Lamberson
**Cc:** Fineman, Martin; Holdreith, Jake M.; Morton, Cyrus A.
**Subject:** Ablaise v. FFI/Yodlee/BoA

>>>>  Please read the confidentiality statement below  <<<<
Counsel:

As the Court explained in our call on April 8, 2008, we are to submit a proposed schedule for the related cases today in anticipation of our May 14, 2008 Case Management Conference. I have attached a draft proposal. Please confirm your agreement, or identify your clients' proposals, so that we may file this today.

Best Regards,

Patrick M. Arenz
Attorney
Robins, Kaplan, Miller & Ciresi L.L.P.
2800 LaSalle Plaza
800 LaSalle Ave
Minneapolis, MN 55402

Office phone: (612) 349-8591
E-mail address: pmarenz@rkmc.com

---

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins, Kaplan, Miller & Ciresi L.L.P.
http://www.rkmc.com

---

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

************************************************************************************************

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information.
Any unauthorized use or disclosure is prohibited. If you are not the intended recipient, please contact the sender by reply
email and destroy all copies of the original message.

IRS CIRCULAR 230 DISCLOSURE: Any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

****************************************************************************************