**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL CASE MANAGEMENT CONFERENCE MINUTES**

**Date:** 4/8/08

**C-06-02451 SBA**
C-06-07222 SBA
C-07-01995 SBA          **JUDGE: SAUNDRA BROWN ARMSTRONG**

**Title: FINANCIAL FUSION, INC. ET AL** vs. **ABLAISE LTD. ET AL**

**Atty.: LINDA THAYER**          **JACK HOLDREITH**

**Deputy Clerk:  Lisa R. Clark**          **Court Reporter:** DIANE SKILLMAN

**PROCEEDINGS**
Plt   DFT
( )  ( ) **1. TELEPHONE HEARING -H ELD**
( )  ( ) **2.**
( )  ( ) **3.**
( )  ( ) **4.**
( ) **Motion(s)**   ( ) **Granted**     ( ) **Denied**       ( ) **Off Calendar**
        ( ) **Granted/Part**  ( ) **Denied/Part**  ( ) **Submitted**
( ) **Order to be prepared by**  ( ) **Plaintiff**  ( ) **Deft**  ( ) **Court**

**RESULT OF CASE MANAGEMENT CONFERENCE**
**Case Continued to 5/14/08** for a Telephone Case Management Conference at 3:00 p.m.
**Case Continued to**                for  OSC RE:
**Case Continued to**                for                                **Motion Hearing**
**Brief Sched. Motion papers by**        **Opposition by**          **Reply by**
**General Discovery Cut-off**          **Expert Discovery Cut-off**
**Plft to name Experts by**            **Deft to name Experts by**
**All Dispositive Motions to be heard by ( Motion Cut-off)**
**Case Continued to**                for Pretrial Conference at 1:00 p.m.
**Pretrial Papers Due**          **Motions in limine/objections to evidence due**        **Responses**
**to motions in limine and/or responses to objections to evidence due**
**Case Continued to**            for Trial(Court/Jury:        Days) at 8:30 a.m.
( ) **REFERRED TO MAGISTRATE**            **FOR SETTLEMENT CONFERENCE**
( ) **REFERRED TO MAGISTRATE TO BE ASSIGNED FOR ALL DISCOVERY MATTERS**
 **Notes:** COURT VACATES ALL DATES IN THESE CASES; COURT WILL NOT SIGN THE STIPULATION SUBMITTED BY THE PARTIES; PARTIES TO FILE ONE JOINT CASE MANAGEMENT CONFERENCE STATEMENT 10 DAYS IN ADVANCE OF THE NEXT CMC WITH SCHEDULING SUGGESTIONS

cc: