1 [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.<br><br>Defendants. | CASE NO. C06-02451 SBA<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| YODLEE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.<br><br>Defendants. | **RELATED CASE**<br><br>CASE NO. C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION,<br><br>Defendant. | **RELATED CASE**<br><br>CASE NO. C07-001995 SBA |

At the request of Financial Fusion Inc., Yodlee Inc., and Bank of America Corp. ("the Accused Parties"), Ablaise Ltd. and General Inventions Institute A Inc. (collectively "Ablaise") agreed to request a stay from the schedule this Court issued, so that the parties could attempt to resolve these related cases. On April 8, 2008, two days before the Accused Parties were

scheduled to serve their Opening Claim Construction Briefs, this Court agreed to a limited stay and set a Case Management Conference for May 14, 2008. The parties have been unable to reach an agreement resolving these cases during the limited stay. The parties, therefore, respectfully submit the following joint statement in preparation for the upcoming Case Management Conference.

**I.     Ablaise's Position and Proposal**

Ablaise proposes that the Court resume proceedings and set the following Markman schedule:

- The Accused Parties' Opening Claim Construction Brief due May 29, 2008
- Responsive Claim Construction Brief due June 12, 2008
- Reply Claim Construction Brief due June 19, 2008
- Tutorial and Markman Hearing at the convenience of the Court

Ablaise proposes the following discovery schedule:

- Fact discovery to commence May 29, 2008
- Fact discovery to close November 27, 2008
- Opening expert reports for the party that bears the burden of proof at trial due December 18, 2008
- Rebuttal expert reports due January 15, 2009
- Expert discovery to close February 16, 2009
- Trial date at the convenience of the Court

This proposed discovery schedule is consistent with Ablaise's motion to limit the cases. If the cases are not limited to the Bank of America website, then the schedule will need to be revisited.

**II.    The Accused Parties' Position and Proposal**

The Accused Parties believe that the Court should resolve Ablaise's pending Motion for a Case Management Order (Yodlee Docket No. 54, Financial Fusion Docket No. 106, Bank of America Docket No. 43) before setting a schedule for the Markman briefing. As a preliminary matter, until the Court resolves that motion, only one of the two patents-in-suit is properly before

1 the Court for a Markman hearing since the only Infringement Contentions in the case relate to the
2 '737 patent only. Ablaise has requested leave to add Infringement Contentions on the '530 patent
3 but that request remains pending. Thus, if the Markman hearing proceeds on the schedule
4 proposed by Ablaise, the status of the '530 patent remains unresolved and might require a second
5 Markman hearing if Ablaise is ultimately granted to leave to add Infringement Contentions on
6 that patent. The Accused Parties therefore request that the Court resolve the pending Motion
7 before it schedules the claim construction briefing.[1]

8 The Accused Parties further object that Ablaise's proposed Markman briefing schedule is
9 unnecessarily compressed. Assuming that the Court adopts Ablaise's proposed schedule during
10 the case management conference on May 14, 2008, the parties will only have 15 days to complete
11 opening claim construction briefing under Ablaise's proposal. Even assuming the case is limited
12 to one patent, that is unnecessarily short. It also does not account for any supplemental briefing
13 that the Court may request, and again, the Accused Parties request that the Court complete that
14 supplemental briefing before initiating claim construction briefing.

15 Third, the Accused Parties object to Ablaise's proposal to initiate discovery before the
16 Markman hearing, and to end discovery only six months later. Ablaise previously agreed that,
17 "Discovery shall be limited to issues relating to claim construction until after the Markman
18 hearing." (*See* Yodlee Docket No. 38, Financial Fusion Docket No. 85, Bank of America Docket
19 No. 19 (9/6/2007 Joint Case Management Statement).) Ablaise should be bound by its prior
20 agreements. Also, this is a complex patent case involving at least three different vendors of
21 different accused products, and possibly other customers of those vendors depending on the
22 outcome of Ablaise's pending Motion. The parties require more than six months to conduct
23 discovery. The Accused Parties propose opening discovery after the Markman Order issues, and
24 closing discovery nine to twelve months after the Court issues the claim construction Order.

---

[1] If the Court is inclined to set a Markman hearing at this time, the parties note that they are not available during the week of June 30th or the week of July 28th due to prior commitments.

CASE NO. C06-02451 SBA; C06-07222 SBA; C07-001995 SBA — - 3 - **JOINT CMC STATEMENT**

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

| | |
|---|---|
| Dated: May 13, 2008 | Dated: May 13, 2008 |
| By  *s/ Jake M. Holdreith* <br> Jake M. Holdreith <br> (Admitted *pro hac vice*) <br> ROBINS, KAPLAN, MILLER & CIRESI L.L.P. <br> 2800 LaSalle Plaza <br> 800 LaSalle Avenue <br> Minneapolis, MN 55402 <br> Tel: (612) 349-8500 <br> Fax: (612) 339-4181 <br> Email: jmholdreith@rkmc.com <br><br> Attorneys for <br> ABLAISE LTD. and GENERAL INVENTIONS INSTITUTE A, INC. | By  *s/ David M. Barkan* <br> David M. Barkan (SBN 160825) <br> FISH & RICHARDSON P.C. <br> 500 Arguello Street, Suite 500 <br> Redwood City, CA 94063 <br> Tel: (650) 839-5070 <br> Fax: (650) 839-5071 <br> Email: barkan@fr.com <br><br> Attorneys for <br> YODLEE, INC. and BANK OF AMERICA CORP. |

Dated: May 13, 2008

By  *s/ Jeffrey Danley*
Linda J. Thayer (SBN 195115)
Jeffrey Danley
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Tel: (650) 849-6600
Fax: (650) 849-6666
Email: linda.thayer@finnegan.com

Attorneys for
FINANCIAL FUSION, INC.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David Barkan and Jeffrey Danley.

| | |
|---|---|
| Dated: May 13, 2008 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. <br><br> By:  *s/ Patrick M. Arenz* <br>      Patrick M. Arenz <br> Attorneys for <br> ABLAISE LTD. & GENERAL INVENTIONS INSTITUTE A, INC. |

**[Proposed] Order**

The Court adopts the schedule above as its Case Management Order. In addition, the Court orders _____

ORDERED this ____ day of _____ 2008

_____

The Honorable Saundra B. Armstrong
U.S. District Court Judge