DAVIS WRIGHT TREMAINE LLP
MARTIN L. FINEMAN (CA State Bar No. 104413)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
PATRICK M. ARENZ, Admitted Pro Hac Vice
2800 LaSalle Plaza, 800 LaSalle Avenue
Telephone:   (612) 349-8500

Attorneys for
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, | CASE NO.  C06-02451 SBA |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| YODLEE, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO.  C06-07222 SBA |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. | |
| Defendants. | |
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., | **RELATED CASE** |
| Plaintiff, | |
| v. | CASE NO.  C07-001995 SBA |
| BANK OF AMERICA CORPORATION, | |
| Defendant. | |

CASE NO.  C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA

PROOF OF SERVICE

# PROOF OF SERVICE

I declare under the penalty of perjury under the laws of the United States that the following is true and correct:

I am an attorney at Robins, Kaplan, Miller & Ciresi L.L.P. I caused the following documents:

**Joint Case Management Conference Statement**

to be served via electronic means and U.S. mail on the following persons:

David M. Barkan
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070
Email: barkan@fr.com

Attorneys for
YODLEE, INC. and BANK OF AMERICA CORP.

Linda J. Thayer
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Email: linda.thayer@finnegan.com

Attorneys for
FINANCIAL FUSION, INC.

Dated: May 13, 2008                    /s/ Patrick M. Arenz_____
                                       Patrick M. Arenz

CASE NO. C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA         - 2 -                    PROOF OF SERVICE