1  MARTIN L. FINEMAN (CA State Bar No. 104413)
   DAVIS WRIGHT TREMAINE LLP
2  505 Montgomery Street, Suite 800
   San Francisco, California 94111
3  Telephone:  (415) 276-6500
   Facsimile:   (415) 276-6599
4  E-Mail:       martinfineman@dwt.com

5  RONALD J. SCHUTZ, Member of the N.D.
   California Bar
6  JAKE M. HOLDREITH, Admitted Pro Hac Vice
   CYRUS A. MORTON, Admitted Pro Hac Vice
7  PATRICK M. ARENZ, Admitted Pro Hac Vice
   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
8  2800 LaSalle Plaza
   800 LaSalle Avenue
9  Minneapolis, MN 55402
   Telephone:  (612) 349-8500
10 Facsimile:   (612) 339-4181
   E-Mail:       camorton@rkmc.com

**Attorneys for Defendants**
12 **Ablaise Ltd. and General Inventions Institute A, Inc.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **ABLAISE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING A CASE MANAGEMENT CONFERENCE (N.D. CAL. L.R. 7–11) AND [PROPOSED] ORDER** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | RELATED CASE <br><br> CASE NO. C06-07222 SBA |

CASE NO.  C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA

1

ABLAISE'S MOTION FOR ADMINISTRATIVE
RELIEF SEEKING A CASE MANAGEMENT
CONFERENCE (N.D. CAL. L.R. 7-11) AND [PROPOSED]
ORDER

11842043_1.DOC

| | | |
|---|---|---|
| 1 | ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., | **RELATED CASE** |
| 2 | | |
| 3 | Plaintiff, | CASE NO. C07-001995 SBA |
| 4 | v. | |
| 5 | BANK OF AMERICA CORPORATION, | |
| 6 | Defendant. | |

The patent owner in this case, Ablaise Ltd. ("Ablaise"), respectfully moves the Court for administrative relief per Local Rule 7–11 to set a Case Management Conference. The parties accused of infringement (Financial Fusion, Inc., Yodlee, Inc. and Bank of America Corp.) (collectively, "the Accused Parties") in these cases persuaded the Court to remove all deadlines in these cases from the calendar pending what they represented to the Court was their intention to settle the cases on the basis of a proposal made by Ablaise in April of this year. Ablaise opposed removing the dates from the calendar. In the ensuing four months, the Accused Parties have simply stalled and delayed, and no settlement has occurred. Ablaise respectfully requests relief from this Court to put these cases back on the track toward trial that the cases were set for. Ablaise, therefore, hereby moves for the Court to set a Case Management Conference.

These cases were set for a Markman hearing on May 28, 2008. Exh. A at 3. The United States District Court for the District of District of Columbia has already issued a Markman decision construing the asserted patents. The Accused Parties were to file their opening claim construction brief on April 10, 2008 to propose to this Court any changes or additions they sought from the constructions of the D.C. Court. Id. On April 4, 2008, six days before their opening claim construction brief was due, the Accused Parties sought to postpone the Markman process by a few weeks, which Ablaise stipulated to. Exh. B. In a conference with the Court, the Accused Parties represented that they wanted time to settle the cases. Holdreith Decl. ¶4. In fact, the Accused Parties represented that they expected to conclude a settlement within weeks of the

CASE NO. C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA

11842043_1.DOC

2

ABLAISE'S MOTION FOR ADMINISTRATIVE
RELIEF SEEKING A CMC (N.D. CAL. L.R. 7-11) AND
[PROPOSED] ORDER

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

conference based on a demand that had already been made by Ablaise.[1] Id. Ablaise opposed the removal of the dates from the calendar out of concern that the Accused Parties might not in fact settle. Id. In the significant time that has passed since, the only thing that has changed has been concessions by Ablaise to its already reasonable settlement position, and no settlement. Id. ¶5.

Ablaise has conferred with the Accused Parties about this request for a Case Management Conference, and understands that they propose that the Court first rule on a pending motion by Ablaise to limit the case, and specifically the portion of the motion relating to whether the '530 patent is included against Bank of America. Ablaise's motion seeks to limit the related cases to the Bank of America website, and exclude Financial Fusion's and Yodlee's unnamed customers who also may be using technology similar to or the same to what Financial Fusion and Yodlee each provide Bank of America. The motion also requests to amend Ablaise's infringement contentions for an additional patent (the '530 patent) based on Bank of America's past infringement. Because the Accused Parties purportedly cannot go forward with these cases due to the issue over the '530 patent, and because the past infringement is *de minimis* and wasting resources for the parties, Ablaise withdraws without prejudice its motion to amend its infringement contentions to include the '530 patent.[2]

Without an issue over whether the '530 patent is in the case at this time, the Accused Parties have no valid reason to continue to delay these related cases—which all started when Financial Fusion *sued* Ablaise. Indeed, the Accused Parties should be ready to immediately file their Markman brief. Discovery related to the Markman issues closed on March 26, 2008. Exh. A at 3. And more importantly, the Accused Parties were only six days away from filing their brief when they sought their original stay last April. The Accused Parties have no reason for further delay.

These cases have no dates for a Markman hearing, for discovery, or for any other action in the cases. The only way to reach resolution is to re-calender a Markman hearing, discovery, and

---

[1] Ablaise is seeking a transcript of this Conference and will supplement this motion with the Accused Parties' exact representations.

[2] Ablaise will forgo the past infringement previously identified in Ablaise's motion for a case management order, submitted on January 10, 2008. But Ablaise reserves its right to later move to amend its infringement contentions on the '530 patent if discovery shows current infringement(s) by the Accused Parties that are not publicly known.

CASE NO. C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA

3

ABLAISE'S MOTION FOR ADMINISTRATIVE
RELIEF SEEKING A CMC (N.D. CAL. L.R. 7-11) AND
[PROPOSED] ORDER

11842043_1.DOC

1  other dates. The parties were prepared to proceed on the Markman briefing and to the Markman
2  hearing within eight weeks of the date the Accused Parties asked for the deadlines to be dropped.
3  Ablaise believes the best and most efficient step for resolution of the case is to reset the deadlines
4  for briefing and the hearing on claim construction issues on a similar schedule to the one in place
5  in April of this year. Ablaise respectfully requests a Case Management Conference to set these
6  dates.

DATED: September 23, 2008        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: s/ Patrick M. Arenz
    Ronald J. Schutz (Member of N.D. California Bar)
    Jake H. Holdreith (admitted *pro hac vice*)
    Cyrus A. Morton (admitted *pro hac vice*)
    Patrick M. Arenz (admitted *pro hac vice*)

    2800 LaSalle Plaza
    800 LaSalle Avenue
    Minneapolis, MN 55402-2015
    612-349-8500

**DAVIS WRIGHT TREMAINE LLP**

    Martin L. Fineman
    (CA State Bar No. 104413)

    505 Montgomery Street
    Suite 800
    San Francisco, California 94111
    415-276-6500

**ATTORNEYS FOR ABLAISE LTD. AND GENERAL INVENTIONS INSTITUTE A, INC.**

CASE NO. C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA

4

ABLAISE'S MOTION FOR ADMINISTRATIVE
RELIEF SEEKING A CMC (N.D. CAL. L.R. 7-11) AND
[PROPOSED] ORDER

11842043_1.DOC

## [Proposed] Order

The Court sets a Case Management Conference on _____, 2008 at __:00. In addition, the Court orders _____.

ORDERED this ____ day of _____ 2008.

_____
The Honorable Saundra B. Armstrong
U.S. District Judge

CASE NO. C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA

5

ABLAISE'S MOTION FOR ADMINISTRATIVE
RELIEF SEEKING A CMC (N.D. CAL. L.R. 7-11) AND
[PROPOSED] ORDER

11842043_1.DOC