# EXHIBIT B

1 | *Counsel listed on last page*

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4

OAKLAND DIVISION

5

| | |
|---|---|
| 6  FINANCIAL FUSION, INC., | Case No. C 06-02451 SBA |
| 7     Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND DATES IN CASE MANAGEMENT ORDER RELATING TO CLAIM CONSTRUCTION** |
| 8     v. | |
| 9  ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. | |
| 10     Defendants. | |
| 11 | |
| YODLEE, INC. | **RELATED CASE** |
| 12     Plaintiff, | Case No. C 06-07222 SBA |
| 13     v. | |
| 14 | |
| ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. | |
| 15 | |
| 16     Defendants. | |
| 17  ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., | **RELATED CASE** |
| 18     Plaintiffs, | Case No. CV 07-01995 SBA |
| 19     v. | |
| 20 | |
| BANK OF AMERICA CORPORATION, | |
| 21 | |
| 22     Defendants. | |

23

24       Pursuant to Civil Local Rules 6-2 and 7-12, the parties in the above captioned actions,

25  Financial Fusion, Inc. ("Financial Fusion"), Bank of America Corporation ("Bank of America"),

26  Ablaise Ltd. and General Inventors Institute A, Inc. (collectively "Ablaise"), and Yodlee, Inc.

27  ("Yodlee"), through their respective counsel, hereby request the Court to extend the date for the

28

1   Tutorial and Markman Hearing from May 28, 2008, to a date convenient for the court after June

2   18, 2008.[1]

3          The parties also request that the briefing schedule be set back to the following schedule:

4          • The Accused Parties' Opening Claim Construction Briefs due May 1, 2008

5          • Responsive Claim Construction Briefs due May 15, 2008

6          • Reply Claim Construction Briefs due May 22, 2008.

7          According to the Joint Claim Construction Order issued September 20, 2007, the Accused

8   Parties' Opening Claim Construction Briefs are currently due on April 10, 2008, with Responsive

9   Claim Construction Briefs due on April 24, 2008, and Reply Claim Construction Briefs due on

10  May 1, 2008. The parties, however, are actively engaged in settlement negotiations that seem

11  likely to resolve these three litigations in the next few weeks without the time and expense of a

12  claim construction hearing. The parties therefore request that the Court extend the date of the

13  Markman hearing by at least three weeks and extend the briefing schedule as proposed above, so

14  that the parties may attempt to resolve these litigations without the Court's assistance.

15         Since these cases have been related before this Court, there have been the following time

16  modifications in these cases:

17         • Case Management Conference was continued by stipulation on March 12, 2007

18            [Dkt #65]

19         • Case Management Conference was continued by stipulation on July 16, 2007 [Dkt

20            # 84]

21         The parties note that this Court has not yet ruled on Ablaise's Motion for Case

22  Management filed January 9, 2008, for which briefing was completed on March 4, 2008. On

23  March 17, 2008, the parties were notified by the Court, that the Court considered the matter fully

24  submitted on the papers and that the hearing scheduled for March 18, 2008, was canceled. The

25  decision on Ablaise's Motion will determine whether one or both of Ablaise's involved patents

26

27  [1] The parties note, however, that they are not available during the week of June 30, 2008, to July 3,
    2008, due to prior commitments, and request that the Markman Hearing not be scheduled for this
28  week.

                                        2

1  remain in these litigations and therefore may affect whether one or two Markman hearings would

2  be necessary.

3

4  STIPULATED AND AGREED TO BY:

5  Dated: April 4, 2008                                      Dated: April 4, 2008

6

7  By    /s/ Jake M. Holdreith                         By    /s/ David M. Barkan
       Jake M. Holdreith                                     David M. Barkan (SBN 160825)
       (Admitted *pro hac vice*)                             FISH & RICHARDSON P.C.
8      ROBINS, KAPLAN, MILLER & CIRESI                        500 Arguello Street, Suite 500
       L.L.P.                                                Redwood City, CA 94063
9      2800 LaSalle Plaza                                    Tel: (650) 839-5070
       800 LaSalle Avenue                                    Fax: (650) 839-5071
10     Minneapolis, MN 55402                                 Email: barkan@fr.com
       Tel: (612) 349-8500
11     Fax: (612) 339-4181                                   Attorneys for
       Email: jmholdreith@rkmc.com                           YODLEE, INC. and BANK OF
12                                                           AMERICA CORP.
       Attorneys for
13     ABLAISE LTD. and GENERAL
       INVENTIONS INSTITUTE A, INC.
14
   Dated: April 4, 2008
15
16 By    /s/ Linda J. Thayer
       Linda J. Thayer (SBN 195115)
17     FINNEGAN, HENDERSON, FARABOW,
       GARRETT & DUNNER, L.L.P.
       Stanford Research Park
18     3300 Hillview Avenue
       Palo Alto, CA 94304-1203
19     Tel: (650) 849-6600
       Fax: (650) 849-6666
20     Email: linda.thayer@finnegan.com

21     Attorneys for
       FINANCIAL FUSION, INC.
22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO
AMEND DATES IN CASE MANAGEMENT ORDER
Related Cases No. C 06-02451 SBA,
No. C 06-07222 SBA, and Case No. CV 07-01995 SBA

1

2          Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

3     penalty of perjury that concurrence in the filing of this document has been obtained from Linda

4     Thayer and Jake M. Holdreith.

5

6     Dated:  April 4, 2008                          FISH & RICHARDSON P.C.

7                                                    By:  \s\ *David M. Barkan*
                                                          David M. Barkan

8                                                    Attorneys for
9                                                    YODLEE, INC. and BANK OF AMERICA
                                                     CORPORATION

10

11

12

13    PURSUANT TO STIPULATION, IT IS SO ORDERED.

14          The date for the tutorial and Markman hearing in the above-captioned matters is hereby

15    extended from May 28, 2008, to _____, the first available date after June 18, 2008, that is

16    convenient for the Court.  The dates for filing Opening, Responsive, and Reply Claim

17    Construction Briefs, per Patent L.R. 4-5, are hereby set back to the following schedule:

18          •  The Accused Parties' Opening Claim Construction Briefs due May 1, 2008

19          •  Responsive Claim Construction Briefs due May 15, 2008

20          •  Reply Claim Construction Briefs due May 22, 2008.

21

22    Dated:  _____, 2008

23                                                    _____
24                                                    Honorable Saundra B. Armstrong
                                                      United States District Judge

25

26

27

28

4

JOINT STIPULATION AND [PROPOSED] ORDER TO
AMEND DATES IN CASE MANAGEMENT ORDER
Related Cases No. C 06-02451 SBA,
No. C 06-07222 SBA, and Case No. CV 07-01995 SBA

| | |
|---|---|
| From: | Tacheny, Michele M. |
| Sent: | Thursday, April 10, 2008 10:46 AM |
| To: | Neff, Holly |
| Subject: | FW: Activity in Case 4:06-cv-07222-SBA Yodlee, Inc. v. Ablaise Ltd. et al Stipulation |
| Attachments: | #68yodlee.pdf |

**From:** ECF-CAND@cand.uscourts.gov [mailto:ECF-CAND@cand.uscourts.gov]
**Sent:** Friday, April 04, 2008 7:30 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 4:06-cv-07222-SBA Yodlee, Inc. v. Ablaise Ltd. et al Stipulation

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available* .
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Barkan, David entered on 4/4/2008 5:29 PM and filed on 4/4/2008
**Case Name:**        Yodlee, Inc. v. Ablaise Ltd. et al
**Case Number:**      4:06-cv-7222
**Filer:**                 Yodlee, Inc.
**Document Number:** 68

**Docket Text:**
STIPULATION *and Proposed Order to Amend Dates in Case Mgmt Order Relating to Claim Construction* by Yodlee, Inc.. (Barkan, David) (Filed on 4/4/2008)

**4:06-cv-7222 Notice has been electronically mailed to:**

Patrick M. Arenz    pmarenz@rkmc.com

David M. Barkan    barkan@fr.com, horsley@fr.com

4/10/2008

Craig R. Compton     compton@fr.com

Martin L. Fineman     martinfineman@dwt.com, edithshertz@dwt.com

Jake M. Holdreith     jmholdreith@rkmc.com

Jonathan Joseph Lamberson     lamberson@fr.com, barnick@fr.com

Cyrus A. Morton     camorton@rkmc.com, klkelley@rkmc.com, labowles@rkmc.com, mmtacheny@rkmc.com

Seth A. Northrop     sanorthrop@rkmc.com

**4:06-cv-7222 Notice has been delivered by other means to:**

Trevor J. Foster
Robins Kaplan Miller & Ciresi LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Y:\12233-011LL1 Yodlee Inc v Ablaise Ltd and General Inventors\Pleadings\04 04 08 Stip to Amend CM Dates re Markman.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=4/4/2008] [FileNumber=4277965-0] [
1c1c053ebd3de592fd98bbd3c8ef88bbc0e06d66f63d5ec9e5baedfc277d04293bab23
e17aefd271021739652b7a0fba3cb11f92407f7d483103dadf63be91bf]]

4/10/2008