MARTIN L. FINEMAN (CA State Bar No. 104413)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
E-Mail:       martinfineman@dwt.com

RONALD J. SCHUTZ, Member of the N.D. California Bar
JAKE M. HOLDREITH, Admitted Pro Hac Vice
CYRUS A. MORTON, Admitted Pro Hac Vice
PATRICK M. ARENZ, Admitted Pro Hac Vice
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone:   (612) 349-8500
Facsimle:    (612) 339-4181
E-Mail:       camorton@rkmc.com

Attorneys for Defendants
Ablaise Ltd. and General Inventions Institute A, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FINANCIAL FUSION, INC, <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | CASE NO. C06-02451 SBA <br><br> **DECLARATION OF JAKE M. HOLDREITH IN SUPPORT OF ABLAISE'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING A CASE MANAGEMENT CONFERENCE** |
| YODLEE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC. <br><br> Defendants. | **RELATED CASE** <br><br><br> CASE NO. C06-07222 SBA |

CASE NO. C06-02451 SBA;
C06-07222 SBA; C07-001995 SBA

DECLARATION OF JAKE M. HOLDREITH

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
MINNEAPOLIS

|  |  |
|---|---|
| ABLAISE LTD., and GENERAL INVENTIONS INSTITUTE A, INC., <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA CORPORATION, <br><br> Defendant. | **RELATED CASE** <br><br> CASE NO.  C07-001995 SBA |

I, Jake M. Holdreith, declare as follows:

1. I represent Ablaise Ltd. and General Inventions Institute A, Inc. (collectively "Ablaise") in these related cases. I make this declaration in support of Ablaise's Motion for Administrative Relief Seeking a Case Management Conference. The following facts are true of my own personal knowledge and, if called and sworn as a witness, I could and would competently testify as follows.

2. Attached as Exhibit A is a true and correct copy of the Case Management Conference Order entered in these related cases by this Court on September 20, 2007.

3. Attached as Exhibit B is a true and correct copy of the Joint Stipulation to Amend Dates in the Case Management Order Relating to Claim Construction, submitted on April 4, 2008.

4. On April 8, 2008, I participated in a conference with counsel for the accused parties in these related cases and the Court. During the conference, counsel for the accused parties represented that they expected to conclude a settlement within weeks of the conference. Ablaise opposed the removal of the dates from the calendar out of concern that the accused parties might not in fact settle.

5. Since the call on April 8, 2008, Ablaise has lowered its previous settlement position, which the accused parties have not accepted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of September, 2008 at Minneapolis, Minnesota.

Dated:    September 23, 2008

/s/Jake M. Holdreith
Jake M. Holdreith