1  David M. Barkan (CSB No. 160825/barkan@fr.com)
   Craig R. Compton (CSB No. 215491/compton@fr.com)
2  Jonathan J. Lamberson (CSB No. 239107/lamberson@fr.com)
   Christina D. Jordan (CSB No. 245944/jordan@fr.com)
3  FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
4  Redwood City, CA 94063
   Telephone: (650) 839-5070
5  Facsimile: (650) 839-5071

6  Attorneys for
   YODLEE, INC. and BANK OF AMERICA CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

11

| | |
|---|---|
| 12  FINANCIAL FUSION, INC. | Case No. C 06-02451 SBA |
| 13          Plaintiff, | **DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF FINANCIAL FUSION, YODLEE, AND BANK OF AMERICA'S RESPONSE TO ABLAISE'S MOTION FOR ADMINISTRATIVE RELIEF** |
| 14  v. | |
| 15  ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. | |
| 16          Defendants. | |
| 17  YODLEE, INC. | |
| 18          Plaintiff, | **RELATED CASE** |
| 19      v. | Case No. C 06-07222 SBA |
| 20  ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC. | |
| 21          Defendants. | |
| 22 | |
| 23  ABLAISE LTD. and GENERAL INVENTORS INSTITUTE A, INC., | |
| 24          Plaintiffs, | **RELATED CASE** |
| 25  v. | Case No. C 07-01995 SBA |
| 26  BANK OF AMERICA CORPORATION, | |
| 27          Defendant. | |
| 28 | |

1  I, Jonathan J. Lamberson, declare and state as follows:

2  1. I am a member of the Bar of the State of California and of this Court. I am an associate at the law firm of Fish & Richardson P.C., counsel of record for Plaintiff Yodlee, Inc. ("Yodlee") and Defendant Bank of America Corporation ("BofA"). My business address is 500 Arguello Street, Suite 500, Redwood City, California 94063. I make this declaration based on my own knowledge and would testify to the matters stated herein under oath if called upon to do so.

3  2. Attached as Exhibit A is a true and correct copy of the Joint Stipulation and [Proposed] Order to Amend Dates In Case Management Order Relating To Claim Construction filed on April 4, 2008.

4  3. Attached as Exhibit B is a true and correct copy of the Joint Case Management Conference Statement filed on May 13, 2008.

5  4. Attached as Exhibit C is a true and correct copy of Ablaise's Motion to Dismiss the '530 Patent filed on July 21, 2008 in the *Dow Jones* litigation.

6  5. Attached as Exhibit D is a true and correct copy of Opposition of Plaintiffs Dow Jones Company, Inc. and Dow Jones Reuters Business Interactive, LLC d/b/a/ Factiva to Defendant Ablaise, Ltd.'s Motion to Dismiss the '530 Patent filed on August 11, 2008.

7  6. Attached as Exhibit E is a true and correct copy of Reply Memorandum to Dow Jones' Opposition to Ablaise's Motion to Dismiss the '530 Patent filed on August 20, 2008.

8  7. Attached as Exhibit F is a true and correct copy of the Minute Entry denying Ablaise's motion to dismiss from the *Dow Jones* docket.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25th day of September, 2008, at Redwood City, California

      /s/ Jonathan J. Lamberson  
      Jonathan J. Lamberson

50610232.doc

1  DECLARATION OF JONATHAN J. LAMBERSON IN SUPPORT OF FINANCIAL FUSION, YODLEE, & B OF A'S RESPONSE TO ABLAISE'S MTN. FOR ADMIN. RELIEF  
Case No. C 07-01995 SBA