# EXHIBIT A

1  *Counsel listed on last page*

2                    UNITED STATES DISTRICT COURT

3                   NORTHERN DISTRICT OF CALIFORNIA

4                          OAKLAND DIVISION

5

6  FINANCIAL FUSION, INC.,                    Case No. C 06-02451 SBA

7          Plaintiff,                         **JOINT STIPULATION AND [PROPOSED]**
                                              **ORDER TO AMEND DATES IN CASE**
8          v.                                 **MANAGEMENT ORDER RELATING TO**
                                              **CLAIM CONSTRUCTION**
9  ABLAISE LTD. and GENERAL INVENTORS
   INSTITUTE A, INC.
10
          Defendants.
11
   YODLEE, INC.                               **RELATED CASE**
12
          Plaintiff,                          Case No. C 06-07222 SBA
13
          v.
14
   ABLAISE LTD. and GENERAL INVENTORS
15 INSTITUTE A, INC.

16        Defendants.

17 ABLAISE LTD. and GENERAL INVENTORS         **RELATED CASE**
   INSTITUTE A, INC.,
18                                            Case No. CV 07-01995 SBA
          Plaintiffs,
19
          v.
20
   BANK OF AMERICA CORPORATION,
21
          Defendants.
22

23

24        Pursuant to Civil Local Rules 6-2 and 7-12, the parties in the above captioned actions,

25 Financial Fusion, Inc. ("Financial Fusion"), Bank of America Corporation ("Bank of America"),

26 Ablaise Ltd. and General Inventors Institute A, Inc. (collectively "Ablaise"), and Yodlee, Inc.

27 ("Yodlee"), through their respective counsel, hereby request the Court to extend the date for the

28
                                    **JOINT STIPULATION AND [PROPOSED] ORDER TO**
                                    **AMEND DATES IN CASE MANAGEMENT ORDER**
                                    Related Cases No. C 06-02451 SBA,
                                    No. C 06-07222 SBA, and Case No. CV 07-01995 SBA

Tutorial and Markman Hearing from May 28, 2008, to a date convenient for the court after June 18, 2008.[1]

The parties also request that the briefing schedule be set back to the following schedule:

- The Accused Parties' Opening Claim Construction Briefs due May 1, 2008
- Responsive Claim Construction Briefs due May 15, 2008
- Reply Claim Construction Briefs due May 22, 2008.

According to the Joint Claim Construction Order issued September 20, 2007, the Accused Parties' Opening Claim Construction Briefs are currently due on April 10, 2008, with Responsive Claim Construction Briefs due on April 24, 2008, and Reply Claim Construction Briefs due on May 1, 2008. The parties, however, are actively engaged in settlement negotiations that seem likely to resolve these three litigations in the next few weeks without the time and expense of a claim construction hearing. The parties therefore request that the Court extend the date of the Markman hearing by at least three weeks and extend the briefing schedule as proposed above, so that the parties may attempt to resolve these litigations without the Court's assistance.

Since these cases have been related before this Court, there have been the following time modifications in these cases:

- Case Management Conference was continued by stipulation on March 12, 2007 [Dkt #65]
- Case Management Conference was continued by stipulation on July 16, 2007 [Dkt # 84]

The parties note that this Court has not yet ruled on Ablaise's Motion for Case Management filed January 9, 2008, for which briefing was completed on March 4, 2008. On March 17, 2008, the parties were notified by the Court, that the Court considered the matter fully submitted on the papers and that the hearing scheduled for March 18, 2008, was canceled. The decision on Ablaise's Motion will determine whether one or both of Ablaise's involved patents

---

[1] The parties note, however, that they are not available during the week of June 30, 2008, to July 3, 2008, due to prior commitments, and request that the Markman Hearing not be scheduled for this week.

2

1  remain in these litigations and therefore may affect whether one or two Markman hearings would

2  be necessary.

3

4  STIPULATED AND AGREED TO BY:

5  Dated: April 4, 2008                                              Dated: April 4, 2008

6

7  By    /s/ Jake M. Holdreith                          By    /s/ David M. Barkan

        Jake M. Holdreith                                          David M. Barkan (SBN 160825)
8       (Admitted *pro hac vice*)                                   FISH & RICHARDSON P.C.
        ROBINS, KAPLAN, MILLER & CIRESI                            500 Arguello Street, Suite 500
        L.L.P.                                                      Redwood City, CA 94063
9       2800 LaSalle Plaza                                          Tel: (650) 839-5070
        800 LaSalle Avenue                                          Fax: (650) 839-5071
10      Minneapolis, MN 55402                                       Email: barkan@fr.com
        Tel: (612) 349-8500
11      Fax: (612) 339-4181
        Email: jmholdreith@rkmc.com                                Attorneys for
12                                                                  YODLEE, INC. and BANK OF
                                                                    AMERICA CORP.
        Attorneys for
13      ABLAISE LTD. and GENERAL
        INVENTIONS INSTITUTE A, INC.
14
   Dated: April 4, 2008
15
16 By    /s/ Linda J. Thayer
        Linda J. Thayer (SBN 195115)
17      FINNEGAN, HENDERSON, FARABOW,
        GARRETT & DUNNER, L.L.P.
        Stanford Research Park
18      3300 Hillview Avenue
        Palo Alto, CA 94304-1203
19      Tel: (650) 849-6600
        Fax: (650) 849-6666
20      Email: linda.thayer@finnegan.com

21      Attorneys for
        FINANCIAL FUSION, INC.
22

23

24

25

26

27

28
                                       3

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Linda Thayer and Jake M. Holdreith.

Dated: April 4, 2008

FISH & RICHARDSON P.C.

By: \s\ *David M. Barkan*
_____
David M. Barkan

Attorneys for
YODLEE, INC. and BANK OF AMERICA
CORPORATION

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The date for the tutorial and Markman hearing in the above-captioned matters is hereby extended from May 28, 2008, to _____, the first available date after June 18, 2008, that is convenient for the Court. The dates for filing Opening, Responsive, and Reply Claim Construction Briefs, per Patent L.R. 4-5, are hereby set back to the following schedule:

- The Accused Parties' Opening Claim Construction Briefs due May 1, 2008
- Responsive Claim Construction Briefs due May 15, 2008
- Reply Claim Construction Briefs due May 22, 2008.

Dated: _____, 2008

_____
Honorable Saundra B. Armstrong
United States District Judge

4