# EXHIBIT F

JURY, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:06-cv-01014-JR

DOW JONES & COMPANY, INC. v. ABLAISE LTD et al
Assigned to: Judge James Robertson
 Case: 1:07-cv-01836-JR
Cause: 28:2201 Declaratory Judgement

Date Filed: 06/01/2006
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

### Plaintiff

**DOW JONES & COMPANY, INC.**   represented by   **Sharon Lynch Davis**
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040
Fax: 202-783-6031
Email: sdavis@rothwellfigg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven Lieberman**
ROTHWELL, FIGG, ERNST & MANBECK
1425 K Street, NW
Suite 800
Washington, DC 20005-3673
(202) 783-6040
Fax: (202) 783-6031
Email: slieberman@rothwellfigg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Rosenbloom**
ROTHWELL FIGG ERNST & MANBECK, P.C.
1425 K Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040
Fax: (202) 783-6031
Email: brosenbloom@rfem.com
*ATTORNEY TO BE NOTICED*

District of Columbia live database
Case 4:07-cv-01995-SBA   Document 67-7   Filed 09/25/2008   Page 3 of 4
Page 18 of 19

| | | |
|---|---|---|
| 08/25/2008 | 86 | MOTION to Compel Production of Documents by DOW JONES & COMPANY, INC. (tg, ) (FILED UNDER SEAL) (Entered: 09/04/2008) |
| 08/27/2008 | 83 | STIPULATION *Motion to Enter Order* by DOW JONES & COMPANY, INC.. (Attachments: # 1 Text of Proposed Order Proposed Order)(Rosenbloom, Brian) (Entered: 08/27/2008) |
| 08/27/2008 | | MINUTE ORDER that the proposed order 83 is approved and so ordered. Signed by Judge James Robertson on August 27, 2008. (MT) (Entered: 08/27/2008) |
| 08/28/2008 | | Set/Reset Hearings: Oral Arguments set for 9/11/2008 at 11:00 AM in Courtroom 23A before Judge James Robertson. (cp, ) (Entered: 08/28/2008) |
| 09/03/2008 | 84 | NOTICE OF WITHDRAWAL OF APPEARANCE as to ABLAISE LTD, GENERAL INVENTIONS INSTITUTE A, INC.. Attorney Eric S. Jackson terminated. (Attachments: # 1 Certificate of Service)(Arenz, Patrick) (Entered: 09/03/2008) |
| 09/03/2008 | 85 | MOTION for Leave to File *Opposition Out of Time* by ABLAISE LTD, GENERAL INVENTIONS INSTITUTE A, INC. (Attachments: # 1 Text of Proposed Order)(Owen, Amy) (Opposition to Plaintiff's Motion to Compel Production of Documents LODGED UNDER SEAL) Modified on 9/4/2008 (tg, ). (Entered: 09/03/2008) |
| 09/04/2008 | | MINUTE ORDER granting defendants' motion for leave to late file opposition to motion to compel 85 . Signed by Judge James Robertson on September 4, 2008. (MT) (Entered: 09/04/2008) |
| 09/04/2008 | 87 | Memorandum in opposition to re 86 MOTION to Compel Production of Documents filed by ABLAISE LTD, GENERAL INVENTIONS INSTITUTE A, INC. (tg, ) (FILED UNDER SEAL) (Entered: 09/04/2008) |
| 09/09/2008 | 88 | MOTION for Leave to File *Dow Jones' Reply Brief and Declaration Under Seal* by DOW JONES & COMPANY, INC. (Attachments: # 1 Text of Proposed Order Proposed Order)(Rosenbloom, Brian) (Entered: 09/09/2008) |
| 09/09/2008 | | MINUTE ORDER granting plaintiff's motion for leave to file reply and declaration under seal 88 in case 1:06-cv-01014-JR; and granting plaintiff's motion for leave to file reply and declaration under seal 89 in case 1:06-cv-01015-JR. Signed by Judge James Robertson on September 9, 2008. (MT) (Entered: 09/09/2008) |
| 09/09/2008 | 89 | REPLY to opposition to motion re 86 MOTION to Compel filed by DOW JONES & COMPANY, INC. (tg, ) (FILED UNDER SEAL) (Entered: 09/10/2008) |
| 09/11/2008 | | Minute Entry for proceedings held before Judge James Robertson: Motion Hearing held on 9/11/2008. (73 in 1:06-cv-01015-JR) and (72 in 1:06-cv-01014-JR) MOTION to Dismiss *the '530 Patent* filed by ABLAISE LTD.; both heard and denied without prejudice. (87 in 1:06-cv-01015-JR) and (86 in 1:06-cv-01014-JR) MOTION to Compel filed by DOW JONES & COMPANY, INC.; both heard and taken under advisement. Plaintiff's Motion for Summary Judgment due by 10/7/08; Defendants' responses due by 11/6/08; and Plaintiff's |

| | | replies due by 11/26/08. (Court Reporter Rebecca Stonestreet.) (cp, ) (Entered: 09/22/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/25/2008 12:35:12 | | | |
| PACER Login: | fr0308 | Client Code: | 12233/011LL1 |
| Description: | Docket Report | Search Criteria: | 1:06-cv-01014-JR |
| Billable Pages: | 11 | Cost: | 0.88 |